Inline Viewer

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

# FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended **June 30, 2022**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission file number **001-11350**

# CTO REALTY GROWTH, INC.
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Maryland** | **59-0483700** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

| | |
|---|---|
| **1140 N. Williamson Blvd., Suite 140** | |
| **Daytona Beach, Florida** | **32114** |
| (Address of principal executive offices) | (Zip Code) |

**(386) 274-2202**
**(Registrant's telephone number, including area code)**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class: | Trading Symbols | Name of each exchange on which registered: |
|---|---|---|
| Common Stock, $0.01 par value per share | CTO | NYSE |
| 6.375% Series A Cumulative Redeemable Preferred Stock, $0.01 par value per share | CTO PrA | NYSE |