Inline Viewer

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

# FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended **June 30, 2023**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission file number **001-11350**

# CTO REALTY GROWTH, INC.
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Maryland** | **59-0483700** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |
| **369 N. New York Avenue, Suite 201** | |
| **Winter Park, Florida** | **32789** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**(407) 904-3324**
**(Registrant's telephone number, including area code)**

**N/A**
**(Former name, former address and former fiscal year, if changed since last report)**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class: | Trading Symbols | Name of each exchange on which registered: |
|---|---|---|
| Common Stock, $0.01 par value per share | CTO | NYSE |