UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| CHARLES J. O'CONNOR, JR. and JUDY A. O'CONNOR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CTO REALTY GROWTH, INC., JOHN P. ALBRIGHT, MATTHEW M. PARTRIDGE, LISA M. VORAKOUN, and PHILIP R. MAYS,<br><br>Defendants. | Case No.  6:25-cv-01516-WWB-DCI<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF NATHAN C. ZIPPERIAN IN SUPPORT OF MOTION OF CHARLES J. O'CONNOR, JR. AND JUDY A. O'CONNOR TO DECLARE MOOT DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT** |

I, Nathan C. Zipperian, hereby declare as follows:

1.      I am an attorney with Miller Shah LLP ("Miller Shah"), counsel on behalf of Charles J. O'Connor, Jr. and Judy A. O'Connor (together, the "O'Connors"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the O'Connors' Motion to Declare Moot Defendants' Motion to Dismiss Plaintiffs' Class Action Complaint and Incorporated Memorandum of Law.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Order Granting Stipulation, Appointing Lead Plaintiff, and Setting Schedule for Amended Complaint and Responses Thereto, filed in *Buqueras et al. v. Sharecare, Inc. et al.*, No. 1:24-cv-02769-LMM (N.D. Ga.);

Exhibit B:    Civil Docket for *Cantner v. Game of Silks, Inc. et al.*, No. 9:25-cv-80262-AMC (S.D. Fla.), printed from Bloomberg Law on October 17, 2025, as annotated by the O'Connors' counsel at page 8, highlighting Paperless Order granting in part Joint Motion for Extension of Time to Respond to Complaint (Dkt. No. 30);

Exhibit C:    Order Granting Joint Consent Motion for Scheduling Order, filed in *City of Southfield General Employees' Retirement System v. National Vision Holdings, Inc. et al.*, No. 1:23-cv-00425-VMC (N.D. Ga.);

Exhibit D:    Civil Docket for *Doller v. Hertz Global Holdings, Inc. et al.*, No. 2:24-cv-00513-KCD-DNF (M.D. Fla.), printed from Bloomberg Law on October 17, 2025, as annotated by the O'Connors' counsel at page 10, highlighting Endorsed Order granting Motion for Extension of Time (Dkt. No. 36);

1

Exhibit E:     Order Granting Joint Motion to Set Schedule for Filing of Amended Complaint and Defendants' Response Thereto, filed in *Frankin v. Bakkt Holdings, Inc. et al.*, No. 1:25-cv-02520-MLB (N.D. Ga.);

Exhibit F:     Order filed in *In re KnowBe4, Inc. Securities Litigation*, No. 1:25-cv-22574-CMA (S.D. Fla.);

Exhibit G:     Civil Docket for *Jastram v. Nextera Energy, Inc. et al.*, No. 9:23-cv-80833-AMC (S.D. Fla.), printed from Bloomberg Law on October 17, 2025, as annotated by the O'Connors' counsel at page 9, highlighting Paperless Order granting Joint Motion for Extension of Time to Respond to Complaint (Dkt. No. 24);

Exhibit H:     Order filed in *Johnson v. Luminar Technologies, Inc. et al.*, No. 6:23-cv-00982-JSS-LHP (M.D. Fla.);

Exhibit I:     Civil Docket for *Klein v. Micron Technology, Inc. et al.*, No. 9:25-cv-80040-DMM (S.D. Fla.), printed from Bloomberg Law on October 17, 2025, as annotated by the O'Connors' counsel at page 5, highlighting Paperless Order granting in part and denying in part the Joint Motion to Adjourn Scheduling Conference and Associated Deadlines and Extend Defendants' Time to Respond to Complaint (Dkt. No. 19);

Exhibit J:     Order on Motion for Extension of Time, filed in *Kloster v. Lilium N.V. et al.*, No. 9:24-cv-81428-RS (S.D. Fla.);

Exhibit K:     Scheduling Order, filed in *Maniraj Ashirwad Gnanaraj v. Lilium N.V. et al.*, No. 9:23-cv-80232-RLR (S.D. Fla.);

Exhibit L:     Order Granting Joint Motion to Continue Defendants' Time to Respond to Complaint, filed in *Marselis v. Fox Factory Holding Corp. et al.*, No. 1:24-cv-00747-TWT (N.D. Ga.);

Exhibit M:     Order filed in *McCluney v. Treace Medical Concepts, Inc. et al.*, No. 3:25-cv-00390-WWB-PDB (M.D. Fla.);

2

Exhibit N:    Order filed in *Ouranitsas v. Tupperware Brands Corporation et al.*, No. 6:23-cv-00511-PGB-RMN (M.D. Fla.);

Exhibit O:    Order on Consent Motion to Accept Service and Extend Time to Respond to Complaint, filed in *Plumbers, Pipefitters and Apprentices Local No. 112 Pension Fund v. Vestis Corporation et al.*, No. 1:24-cv-02175-SDG (N.D. Ga.);

Exhibit P:    Order filed in *Prime v. Manhattan Associates, Inc. et al.*, No. 1:25-cv-00992-TRJ (N.D. Ga.);

Exhibit Q:    Order Deferring Response to Complaint Pending Appointment of Lead Plaintiff and Filing or Designation of Operative Complaint, filed in *Shafer v. Active Network LLC et al.*, No. 1:23-cv-00577-LMM (N.D. Ga.);

Exhibit R:    Civil Docket for *Shelby Township Police & Fire Retirement System v. Celsius Holdings, Inc. et al.*, No. 9:24-cv-81472-MD (S.D. Fla.), printed from Bloomberg Law on October 17, 2025, as annotated by the O'Connors' counsel at page 12, highlighting Paperless Order granting in part and denying in part the parties' Joint Motion For Extension of Time (Dkt. No. 52); and

Exhibit S:    Civil Docket for *Sinder v. Alico, Inc. et al.*, No. 2:23-cv-00107-JLB-NPM (M.D. Fla.), printed from Bloomberg Law on October 17, 2025, as annotated by the O'Connors' counsel at page 6, highlighting Endorsed Order granting construed request for more time to respond and joint motion to continue the Rule 16 conference and related deadlines (Dkt. No. 25).

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 17, 2025.

*/s/ Nathan C. Zipperian*
Nathan C. Zipperian

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Nathan C. Zipperian*
Nathan C. Zipperian

4