# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

VICTOR BUQUERAS, individually and on behalf of all others similarly situated,

      Plaintiff,

v.

SHARECARE, INC., *et al.*,

      Defendants.

Civil Action No.
1:24-CV-2769-LMM

**ORDER GRANTING STIPULATION, APPOINTING LEAD PLAINTIFF, AND SETTING SCHEDULE FOR AMENDED COMPLAINT AND <u>RESPONSES THERETO</u>**

Having considered the Parties' Stipulation Regarding Lead Plaintiff and Schedule for Amended Complaint and Responses Thereto, and for good cause shown, the Court hereby **GRANTS** the stipulation and orders as follows:

1. Plaintiff Victor Buqueras is hereby appointed lead plaintiff and his counsel from The Rosen Law Firm (Laurence M. Rosen, Jonathan R. Horne, and Henry Bloxenheim) are appointed lead counsel, as there are no competing motions for such;

2. Plaintiff shall file his amended complaint within 60 days of this Order;

3. Defendants shall answer or otherwise respond to Plaintiff's amended complaint within 60 days of its filing;

4. In the event that Defendants move to dismiss the amended complaint, (a) Plaintiff shall file any opposition to that motion within 45 days of its filing; and (b) Defendants shall file any reply in support of such motion within 30 days of any opposition thereto being filed by Plaintiff.

Dated:  July 29, 2024

LEIGH MARTIN MAY
United States District Judge