# EXHIBIT B

Cantner v. Game of Silks, Inc. et al, Docket No. 9:25-cv-80262 (S.D. Fla. Feb 24, 2025), Court Docket

**Current on Bloomberg Law as of** 2025-10-06 04:08:19

**U.S. District Court**
**Southern District of Florida (West Palm Beach)**
**CIVIL DOCKET FOR CASE #: 9:25-cv-80262-AMC**

# Cantner v. Game of Silks, Inc. et al

| | |
|---|---|
| **Date Filed:** | Feb 24, 2025 |
| **Nature of suit:** | 850 Securities/ Commodities |
| **Assigned to:** | Judge Aileen M. Cannon |
| **Cause:** | 15:0077 Securities Fraud |
| **Jurisdiction:** | Federal Question |
| **Jury demand:** | Plaintiff |

## Parties and Attorneys

| **Plaintiff** | **Cary Cantner** on behalf of himself and others similarly situated | |
|---|---|---|
| **Representation** | **Chet B. Waldman** *Wolf Popper LLP* 845 Third Avenue New York, NY 10022 (212) 759-4600 cwaldman@wolfpopper.com PRO HAC VICE ATTORNEY TO BE NOTICED | **Matthew Insley-Pruitt** *Wolf Popper, LLP* 845 Third Avenue New York, NY 10022 (212) 759-4600 minsley-pruitt@wolfpopper.com PRO HAC VICE ATTORNEY TO BE NOTICED |
| | **Max Burwick** *Burwick Law, PLLC* 43 West 43rd Street, Suite 114 New York, NY 10036 (646) 762-1080 | **Terrence Zhang** *Wolf Popper LLP* 845 3rd Ave New York, NY 10022 ATTORNEY TO BE NOTICED |

**Bloomberg Law®**    © 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

max@burwick.law
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Joshua Wolf Ruthizer**
*Wolf Popper LLP*
845 Third Avenue
Apt. 12C
New York, NY 10022
(212) 759-4600
Fax: (212) 486-2093
jruthizer@wolfpopper.com
ATTORNEY TO BE NOTICED

---

| **Defendant** | **Game of Silks, Inc.** | |
|---|---|---|
| **Representation** | **Robert Kenneth Tucker , II** | **Clair E. Wischusen** |
| | *Gordon Rees Scully Mansukhani* | *Gordon Rees Scully Mansukhani, LLP* |
| | 100 Ashley Drive | 677 King Street, Suite 450 |
| | Suite 1290 | Charleston, SC 29403 |
| | Tampa, FL 33602 | cwischusen@grsm.com |
| | (813) 523-4948 | PRO HAC VICE |
| | rtucker@grsm.com | ATTORNEY TO BE NOTICED |
| | LEAD ATTORNEY | |
| | ATTORNEY TO BE NOTICED | |
| | **Peter George Siachos** | |
| | *Gordon Rees Scully Mansukhani, LLP* | |
| | 677 King Street, Suite 450 | |
| | Charleston, SC 29403 | |
| | psiachos@grsm.com | |
| | PRO HAC VICE | |
| | ATTORNEY TO BE NOTICED | |

---

| **Defendant** | **Dan Nissanoff** | |
|---|---|---|
| **Representation** | **Robert Kenneth Tucker , II** | **S. Jonathan Vine** |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

*Cole, Scott & Kissane, P.A.*
222 Lakeview Avenue
Ste 500
West Palm Beach, FL 33401
(561) 383-9200
Fax: (561) 683-8977
Jonathan.Vine@csklegal.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**John Cody German**
*Cole Scott Kissane PA*
9150 South Dadeland Boulevard
Suite 1400
Miami, FL 33156
(305) 350-5300
cody.german@csklegal.com
ATTORNEY TO BE NOTICED

**Mary Elizabeth Boning**
*Cole Scott and Kissane*
2814 Grande Parkway #201
Palm Beach Gardens, FL 33410
(772) 403-3134
mary.boning@csklegal.com
ATTORNEY TO BE NOTICED

**Tiffany Jordan Hornback**
*Cole, Scott & Kissane, P.A.*
222 Lakeview Ave
Ste 500
West Palm Beach, FL 33401
(561) 383-9266
tiffany.hornback@csklegal.com
ATTORNEY TO BE NOTICED

---

**Defendant**            **Troy Levy**

**Representation**       **Robert Kenneth Tucker , II**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Clair E. Wischusen**
(See above for address)
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Peter George Siachos**
(See above for address)
PRO HAC VICE
ATTORNEY TO BE NOTICED

Bloomberg Law ®                © 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Cantner v. Game of Silks, Inc. et al, Docket No. 9:25-cv-80262 (S.D. Fla. Feb 24, 2025), Court Docket

**Defendant**          **Tropical Racing, Inc.**

   **Representation**          **Robert Kenneth Tucker , II**          **Clair E. Wischusen**
                               (See above for address)                 (See above for address)
                               LEAD ATTORNEY                            PRO HAC VICE
                               ATTORNEY TO BE NOTICED                   ATTORNEY TO BE NOTICED

                               **Peter George Siachos**
                               (See above for address)
                               PRO HAC VICE
                               ATTORNEY TO BE NOTICED

---

**Defendant**          **Ron Luniewski**

   **Representation**          **Robert Kenneth Tucker , II**          **Clair E. Wischusen**
                               (See above for address)                 (See above for address)
                               LEAD ATTORNEY                            PRO HAC VICE
                               ATTORNEY TO BE NOTICED                   ATTORNEY TO BE NOTICED

                               **Peter George Siachos**
                               (See above for address)
                               PRO HAC VICE
                               ATTORNEY TO BE NOTICED

---

**Defendant**          **Derek Cribbs**

   **Representation**          **Robert Kenneth Tucker , II**          **Clair E. Wischusen**
                               (See above for address)                 (See above for address)
                               LEAD ATTORNEY                            PRO HAC VICE
                               ATTORNEY TO BE NOTICED                   ATTORNEY TO BE NOTICED

                               **Peter George Siachos**
                               (See above for address)
                               PRO HAC VICE
                               ATTORNEY TO BE NOTICED

# Docket Entries

**Bloomberg Law**®          © 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Cantner v. Game of Silks, Inc. et al, Docket No. 9:25-cv-80262 (S.D. Fla. Feb 24, 2025), Court Docket

Numbers shown are court assigned numbers.

| Entry # | Filing Date | Description |
| --- | --- | --- |
| 1 | Feb 24, 2025 | COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS against Derek Cribbs, Game of Silks, Inc., Troy Levy, Ron Luniewski, Dan Nissanoff, Tropical Racing, Inc.. Filing fees $ 405.00 receipt number AFLSDC-18230891, filed by Cary Cantner. (Attachments: # 1 Civil Cover Sheet, # 2 Summon(s))(Ruthizer, Joshua) (Entered: 02/24/2025) |
| 2 | Feb 24, 2025 | Clerks Notice of Judge Assignment to Judge Aileen M. Cannon. Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Ryon M. McCabe is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. (cwc) (Entered: 02/25/2025) |
| 3 | Feb 25, 2025 | Summons Issued as to Derek Cribbs, Game of Silks, Inc., Troy Levy, Ron Luniewski, Dan Nissanoff, Tropical Racing, Inc.. (cwc) (Entered: 02/25/2025) |
| 4 | Feb 25, 2025 | Bar Letter re: Admissions sent to attorney Chet B. Waldman, Matthew Insley-Pruitt, Terrence Zhang, Max Burwick, mailing date February 25, 2025, (pt) (Entered: 02/25/2025) |
| 5 | Feb 27, 2025 | ORDER DISMISSING SHOTGUN COMPLAINT AND PERMITTING REPLEADING, ( Amended Complaint due by 3/10/2025.) Signed by Judge Aileen M. Cannon on 2/27/2025. See attached document for full details. (ebz) (Entered: 02/27/2025) |
| 6 | Mar 6, 2025 | AMENDED COMPLAINT against Derek Cribbs, Game of Silks, Inc., Troy Levy, Ron Luniewski, Dan Nissanoff, Tropical Racing, Inc., filed by Cary Cantner.(Ruthizer, Joshua) (Entered: 03/06/2025) |
| 7 | Mar 7, 2025 | NOTICE OF COURT PRACTICES ON SEALING/REDACTION: Notwithstanding the requirements of Local Rule 5.4 and/or any protective order, the parties are prohibited from filing anything under seal or from redacting any content from a court filing or exhibit/attachment (except for the personal data identifiers listed in Section 6A of this District's CM/ECF Administrative Procedures) unless the party with a stated interest in sealing/redaction first seeks and obtains permission from the Court via a motion for leave. The motion for leave must be filed after meaningful conferral with the opposing party (or parties) and be filed publicly except as authorized by prior Court order. Additionally, the motion for leave shall specify the particularized basis for sealing the proposed material; shall describe the information/documents to be sealed with as much specificity as possible but without attaching the proposed sealed material; shall indicate the proposed duration of the seal request and the reasons why means other than sealing are unavailable or unsatisfactory; shall contain a separate certificate of conference section indicating the results of the parties' meaningful conferral; and shall be filed at last three business days before any related deadline to permit adequate Court consideration. The party seeking authorization to seal material shall not file or otherwise attach the subject material until the Court has ruled on the motion for leave. Finally, all parties are advised that mere designation of material as confidential and/or otherwise subject to a protective order does not bind the Court, does not supplant the requirements of the Local Rules on sealing, and does not otherwise relieve the party seeking sealing/redaction from justifying its request under applicable legal principals governing the presumption of public access to civil proceedings. Failure to comply with this Notice may result in immediate unsealing of any unauthorized shielded material. |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

| Entry # | Filing Date | Description |
|---------|-------------|-------------|
| | | Signed by Judge Aileen M. Cannon on 3/7/2025. (bbk) (Entered: 03/07/2025) |
| 8 | Mar 10, 2025 | ORDER REQUIRING COMBINED RESPONSES: After all Defendants have been served, Defendants shall submit a single combined response or separate answers within the time allowed for the last-served Defendant to respond. Signed by Judge Aileen M. Cannon on 3/10/2025. See attached document for full details. (scn) (Entered: 03/10/2025) |
| 9 | Mar 10, 2025 | WAIVER OF SERVICE Returned Executed by Cary Cantner. Dan Nissanoff waiver sent on 3/6/2025, response/answer due 5/5/2025. (Ruthizer, Joshua) (Entered: 03/10/2025) |
| 10 | Mar 10, 2025 | WAIVER OF SERVICE Returned Executed by Cary Cantner. Derek Cribbs waiver sent on 3/6/2025, response/answer due 5/5/2025. (Ruthizer, Joshua) (Entered: 03/10/2025) |
| 11 | Mar 10, 2025 | WAIVER OF SERVICE Returned Executed by Cary Cantner. Game of Silks, Inc. waiver sent on 3/6/2025, response/answer due 5/5/2025. (Ruthizer, Joshua) (Entered: 03/10/2025) |
| 12 | Mar 10, 2025 | WAIVER OF SERVICE Returned Executed by Cary Cantner. Ron Luniewski waiver sent on 3/6/2025, response/answer due 5/5/2025. (Ruthizer, Joshua) (Entered: 03/10/2025) |
| 13 | Mar 10, 2025 | WAIVER OF SERVICE Returned Executed by Cary Cantner. Tropical Racing, Inc. waiver sent on 3/6/2025, response/answer due 5/5/2025. (Ruthizer, Joshua) (Entered: 03/10/2025) |
| 14 | Mar 10, 2025 | WAIVER OF SERVICE Returned Executed by Cary Cantner. Troy Levy waiver sent on 3/6/2025, response/answer due 5/5/2025. (Ruthizer, Joshua) (Entered: 03/10/2025) |
| 15 | Mar 19, 2025 | NOTICE of Attorney Appearance by John Cody German on behalf of Dan Nissanoff. Attorney John Cody German added to party Dan Nissanoff(pty:dft). (German, John) (Entered: 03/19/2025) |
| 16 | Mar 20, 2025 | NOTICE of Attorney Appearance by Tiffany Jordan Hornback on behalf of Dan Nissanoff. Attorney Tiffany Jordan Hornback added to party Dan Nissanoff(pty:dft). (Hornback, Tiffany) (Entered: 03/20/2025) |
| 17 | Mar 20, 2025 | NOTICE of Attorney Appearance by S. Jonathan Vine on behalf of Dan Nissanoff. Attorney S. Jonathan Vine added to party Dan Nissanoff(pty:dft). (Vine, S.) (Entered: 03/20/2025) |
| 18 | Mar 28, 2025 | NOTICE of Attorney Appearance by Robert Kenneth Tucker, II on behalf of Game of Silks, Inc., Troy Levy, Tropical Racing, Inc., Ron Luniewski, Derek Cribbs. Attorney Robert Kenneth Tucker, II added to party Game of Silks, Inc. (pty:dft), Attorney Robert Kenneth Tucker, II added to party Troy Levy(pty:dft), Attorney Robert Kenneth Tucker, II added to party Tropical Racing, Inc.(pty:dft), Attorney Robert Kenneth Tucker, II added to party Ron Luniewski(pty:dft), Attorney Robert Kenneth Tucker, II added to party Derek Cribbs(pty:dft). (Tucker, Robert) (Entered: 03/28/2025) |
| 19 | Apr 9, 2025 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Clair E. Wischusen. Filing Fee $ 250.00 Receipt # AFLSDC-18353715 by Game of Silks, Inc., Troy Levy, Tropical Racing, Inc., Ron Luniewski, Derek Cribbs. Responses due by 4/23/2025. (Attachments: # 1 Text of Proposed Order)(Tucker, Robert) (Entered: 04/09/2025) |

**Bloomberg Law**®

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Cantner v. Game of Silks, Inc. et al, Docket No. 9:25-cv-80261 (S.D. Fla. Feb 24, 2025), Court Docket

| Entry # | Filing Date | Description |
| --- | --- | --- |
| 20 | Apr 9, 2025 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Peter G. Siachos. Filing Fee $ 250.00 Receipt # AFLSDC-18353760 by Game of Silks, Inc., Troy Levy, Tropical Racing, Inc., Ron Luniewski, Derek Cribbs. Responses due by 4/23/2025. (Attachments: # 1 Text of Proposed Order)(Tucker, Robert) (Entered: 04/09/2025) |
| 21 | Apr 10, 2025 | PAPERLESS ORDER granting 19 Motion to Appear Pro Hac Vice, Consents to Designation, and Requests to Electronically Receive Notices of Electronic Filing for Attorney Clair E. Wischusen and 20 Motion to Appear Pro Hac Vice, Consents to Designation, and Requests to Electronically Receive Notices of Electronic Filing for Attorney Peter G. Siachos. The Court reserves the power to withdraw permission for special appearance at any time. Failure to abide by any court order or failure to appear at any scheduled matter may result in immediate revocation of counsel's pro hac vice status. Local counsel must be ready to adequately represent the party at any time. Signed by Judge Aileen M. Cannon on 4/10/2025. Signed by Judge Aileen M. Cannon (bbk) (Entered: 04/10/2025) |
| 22 | Apr 14, 2025 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Max Burwick. Filing Fee $ 250.00 Receipt # AFLSDC-18363766 by Cary Cantner. Responses due by 4/28/2025. (Attachments: # 1 Text of Proposed Order)(Ruthizer, Joshua) (Entered: 04/14/2025) |
| 23 | Apr 15, 2025 | STRICKEN. STIPULATION Concerning Service and Complaint (Joint) by Game of Silks, Inc., Troy Levy, Tropical Racing, Inc., Ron Luniewski, Derek Cribbs (Tucker, Robert) Modified per DE 26 Notice of Striking on 4/17/2025 (ebz). (Entered: 04/15/2025) |
| 24 | Apr 15, 2025 | PAPERLESS ORDER granting 22 Motion to Appear Pro Hac Vice, Consents to Designation, and Requests to Electronically Receive Notices of Electronic Filing for Attorney Max Burwick. The Court reserves the power to withdraw permission for special appearance at any time. Failure to abide by any court order or failure to appear at any scheduled matter may result in immediate revocation of counsel's pro hac vice status. Local counsel must be ready to adequately represent the party at any time. Signed by Judge Aileen M. Cannon on 4/15/2025. (bbk) (Entered: 04/15/2025) |
| 25 | Apr 15, 2025 | Clerk's Notice to Filer re 23 Stipulation. Proposed Order Docketed as Main Document; CORRECTIVE ACTION REQUIRED WITHIN 3 DAYS - Filer must File a Notice of Striking, then resubmit the proposed order as instructed in the CM/ECF Administrative Procedures. (ebz) (Entered: 04/16/2025) |
| 26 | Apr 17, 2025 | NOTICE of Striking 23 Stipulation filed by Derek Cribbs, Tropical Racing, Inc., Ron Luniewski, Troy Levy, Game of Silks, Inc. by Game of Silks, Inc., Dan Nissanoff, Troy Levy, Tropical Racing, Inc., Ron Luniewski, Derek Cribbs. Attorney Robert Kenneth Tucker, II added to party Dan Nissanoff(pty:dft). (Tucker, Robert) (Entered: 04/17/2025) |
| 27 | Apr 17, 2025 | STIPULATION Concerning Service and Complaint (Joint) by Game of Silks, Inc., Dan Nissanoff, Troy Levy, Tropical Racing, Inc., Ron Luniewski, Derek Cribbs (Attachments: # 1 Text of Proposed Order)(Tucker, Robert) (Entered: 04/17/2025) |
| 28 | Apr 17, 2025 | PAPERLESS ORDER: The Court is in receipt of the jointly filed Stipulation and Proposed Order 27 [27-1], in which the parties stipulate that "Defendants shall not be required to answer or otherwise respond to the Amended Complaint at this time" due to the forthcoming appointment of a lead plaintiff and a potential Second Amended |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Cantner v. Game of Silks, Inc. et al, Docket No. 9:25-cv-80262 (S.D. Fla. Feb 24, 2025), Court Docket

| Entry # | Filing Date | Description |
|---|---|---|
|  |  | Complaint to be filed, in accordance with 15 U.S.C. § 77z-1. The Court deems the Stipulation 27 ineffective because the parties may not stipulate to their own response deadlines. Absent a Court order extending any forthcoming deadlines, Defendants' May 5, 2025, deadline to file a combined response or individual answers 8 to Plaintiff's Amended Complaint 6 remains in effect. Should the parties seek to extend that deadline, they must do so via a properly filed motion on the docket, explaining in detail why good cause exists to extend such deadline in accordance with the federal rules and any applicable statute relevant to this case. Signed by Judge Aileen M. Cannon on 4/17/2025. (bbk) (Entered: 04/17/2025) |
| 29 | Apr 24, 2025 | Joint MOTION for Extension of Time to File Response/Reply/Answer to Amended Complaint by Game of Silks, Inc., Troy Levy, Tropical Racing, Inc., Ron Luniewski, Derek Cribbs. (Attachments: # 1 Exhibit A - Proposed Order)(Tucker, Robert) (Entered: 04/24/2025) |
| 30 | Apr 25, 2025 | PAPERLESS ORDER granting in part 29 Joint Motion for Extension of Time to Respond to Complaint. Defendants are not required to respond to the Amended Complaint 6 until a lead plaintiff and lead counsel are appointed. Within fourteen days of the Court's appointment of a lead plaintiff and lead counsel, the lead Plaintiff shall either file a Second Amended Complaint or a notice designating the Amended Complaint 6 as operative. Within fourteen days of Plaintiff filing a Second Amended Complaint or designating the Amended Complaint 6 as operative, Defendants shall respond to the operative complaint in accordance with the Court's Order Requiring Combined Responses 8 . Signed by Judge Aileen M. Cannon on 4/25/2025. (bbk) (Entered: 04/25/2025) |
| 31 | Apr 25, 2025 | MOTION to Appoint Lead Plaintiff Cary Cantner ( Responses due by 5/9/2025.), MOTION to Appoint Lead Counsel Wolf Popper LLP and Burwick Law PLLC by Cary Cantner. (Attachments: # 1 Exhibit Declaration of Joshua Ruthizer, # 2 Exhibit PSLRA Notice, # 3 Exhibit Declaration of Cary Cantner, # 4 Exhibit Wolf Popper Resume, # 5 Exhibit Burwick Law Resume)(Ruthizer, Joshua) (Entered: 04/25/2025) |
| 32 | May 5, 2025 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Chet B. Waldman. Filing Fee $ 250.00 Receipt # AFLSDC-18422313 by Cary Cantner. Responses due by 5/19/2025. (Attachments: # 1 Text of Proposed Order Proposed Order)(Ruthizer, Joshua) (Entered: 05/05/2025) |
| 33 | May 5, 2025 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Matthew Insley-Pruitt. Filing Fee $ 250.00 Receipt # AFLSDC-18422332 by Cary Cantner. Responses due by 5/19/2025. (Attachments: # 1 Text of Proposed Order Proposed Order)(Ruthizer, Joshua) (Entered: 05/05/2025) |
| 34 | May 6, 2025 | PAPERLESS ORDER granting 32 33 Motions to Appear Pro Hac Vice, Consents to Designation, and Requests to Electronically Receive Notices of Electronic Filing for Attorneys Chet B. Waldman and Matthew Insley-Pruitt. The Court reserves the power to withdraw permission for special appearance at any time. Failure to abide by any court order or failure to appear at any scheduled matter may result in immediate revocation of counsel's pro hac vice status. Local counsel must be ready to adequately represent the party at any time. Signed by Judge Aileen M. Cannon on 5/6/2025. (bbk) (Entered: 05/06/2025) |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Cantner v. Game of Silks, Inc. et al, Docket No. 9:25-cv-80262 (S.D. Fla. Feb 24, 2025), Court Docket

| Entry # | Filing Date | Description |
|---|---|---|
| 35 | May 13, 2025 | NOTICE of Attorney Appearance by Mary Elizabeth Boning on behalf of Dan Nissanoff. Attorney Mary Elizabeth Boning added to party Dan Nissanoff(pty:dft). (Boning, Mary) (Entered: 05/13/2025) |
| 36 | Jun 13, 2025 | ORDER APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL AND DIRECTING FINAL PLEADING. Plaintiff's Motion to Appoint Lead Plaintiff Cary Cantner DE 31 is GRANTED. Wolf Popper LLP and Burwick Law, PLLC are appointed CO-LEAD COUNSEL. On or before June 26, 2025, in accordance with the Court's prior Order DE 30 , Lead Plaintiff Cary Cantner shall either file a Second Amended Complaint or designate the Amended Complaint DE 6 as operative via appropriate notice. ( Amended Complaint due by 6/26/2025.) Signed by Judge Aileen M. Cannon on 6/12/2025. See attached document for full details. (ebz) (Entered: 06/13/2025) |
| 37 | Jun 26, 2025 | Second AMENDED COMPLAINT against All Defendants filed in response to Order Granting Motion for Leave, filed by Cary Cantner.(Ruthizer, Joshua) (Entered: 06/26/2025) |
| 38 | Jul 2, 2025 | Agreed MOTION for Extension of Time to File Response/Reply/Answer as to 37 Amended Complaint/Amended Notice of Removal by Game of Silks, Inc.. (Attachments: # 1 Text of Proposed Order)(Tucker, Robert) (Entered: 07/02/2025) |
| 39 | Jul 3, 2025 | PAPERLESS ORDER granting 38 Joint Motion for Extension of Time and Pages. On or before July 25, 2025, Defendants shall file a single combined response to Plaintiff's Second Amended Complaint 37 in accordance with the Court's Order Requiring Combined Responses 8 . Plaintiff's response to such motion is due on or before August 25, 2025. Both filings shall not exceed twenty-five double spaced pages. Signed by Judge Aileen M. Cannon on 7/3/2025. (bbk) (Entered: 07/03/2025) |
| | Jul 3, 2025 | Set/Reset Response/Answer Due Deadline per DE 39 Order. Derek Cribbs response/answer due 7/25/2025; Game of Silks, Inc. response/answer due 7/25/2025; Troy Levy response/answer due 7/25/2025; Ron Luniewski response/answer due 7/25/2025; Dan Nissanoff response/answer due 7/25/2025; Tropical Racing, Inc. response/answer due 7/25/2025.( Responses due by 8/25/2025.) (amb) (Entered: 07/03/2025) |
| 40 | Jul 25, 2025 | MOTION TO DISMISS 37 Amended Complaint/Amended Notice of Removal FOR FAILURE TO STATE A CLAIM , MOTION to Stay and Compel Arbitration ( Responses due by 8/8/2025.), MOTION to Change Venue ( Responses due by 8/8/2025.) by Derek Cribbs, Game of Silks, Inc., Troy Levy, Ron Luniewski, Dan Nissanoff, Tropical Racing, Inc.. (Attachments: # 1 Memorandum of Law in Support, # 2 Declaration of Derek Cribbs, # 3 Declaration of Ron Luniewski, # 4 Declaration of Dan Nissanoff, # 5 Declaration of Dan Nissanoff, Exhibit A, # 6 Declaration of Dan Nissanoff, Exhibit B)(Tucker, Robert) (Entered: 07/25/2025) |
| 41 | Aug 25, 2025 | RESPONSE in Opposition re 40 MOTION TO DISMISS 37 Amended Complaint/Amended Notice of Removal FOR FAILURE TO STATE A CLAIM MOTION to Stay and Compel Arbitration MOTION to Change Venue filed by Cary Cantner. Replies due by 9/2/2025. (Ruthizer, Joshua) (Entered: 08/25/2025) |
| 42 | Sep 2, 2025 | REPLY in Support of Motion re 40 MOTION TO DISMISS 37 Amended Complaint/Amended Notice of Removal FOR FAILURE TO STATE A CLAIM MOTION to Stay and Compel Arbitration MOTION to Change Venue . filed by Derek Cribbs, Game of Silks, Inc., Troy Levy, Ron Luniewski, Dan Nissanoff, Tropical Racing, Inc.. (Tucker, Robert) (Entered: 09/02/2025) |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Cantner v. Game of Silks, Inc. et al, Docket No. 9:25-cv-80262 (S.D. Fla. Feb 24, 2025), Court Docket

| Entry # | Filing Date | Description |
| --- | --- | --- |
| 43 | Sep 5, 2025 | PAPERLESS NOTICE of Hearing on 40 Defendants' Motion to Compel Arbitration and Stay, or in the Alternative to Transfer, or to Dismiss under Rule 12(b)(6). Motion Hearing set for 10/31/2025 at 10:00 AM in the Fort Pierce Division before Judge Aileen M. Cannon. (bbk) (Entered: 09/05/2025) |
| 44 | Sep 24, 2025 | Joint MOTION to Continue to Reschedule In-Person Hearing re 43 Order Setting Hearing on Motion,, Joint MOTION for clarification 43 Order Setting Hearing on Motion, for Clarification of Parameters of Hearing by Cary Cantner. Responses due by 10/8/2025. (Attachments: # 1 Exhibit A - Text of Proposed Order)(Ruthizer, Joshua) (Entered: 09/24/2025) |
| 45 | Sep 25, 2025 | PAPERLESS ORDER granting 44 Joint Motion to Reschedule Hearing; resetting hearing on 40 Defendants' Motion to Compel Arbitration and Stay, or in the Alternative to Transfer, or to Dismiss under Rule 12(b)(6), and requiring joint filing. Motion Hearing reset for 11/18/2025 at 10:00 AM in the Fort Pierce Division before Judge Aileen M. Cannon. Additionally, on or before October 2, 2025, the parties shall meaningfully confer and jointly file a Status Report indicating their respective positions on whether an evidentiary hearing is warranted on the arbitration portion of the Motion. 9 U.S.C. § 4; see also Bazemore v. Jefferson Cap. Sys., LLC, 827 F.3d 1325, 1333 (11th Cir. 2016); Lamonaco v. Experian Info. Sols., Inc., No. 24-11270, 2025 WL 1831283, at *2 (11th Cir. July 3, 2025) (noting that "the § 4 framework mirrors summary judgment"). The Status Report shall crystallize any purported factual disputes for the Court, including any factual disputes regarding whether Plaintiff entered into an arbitration agreement. Disagreements may be denoted separately in the Status Report. Any further clarification regarding the scope of the hearing will follow by separate order following review of the forthcoming Status Report. Signed by Judge Aileen M. Cannon on 9/25/2025. (bbk) (Entered: 09/25/2025) |
|  | Sep 25, 2025 | Set/Reset Deadlines/Hearings per DE 45 Order. Joint Status Report due by 10/2/2025. (amb) (Entered: 09/29/2025) |
| 46 | Sep 30, 2025 | Joint MOTION for Extension of Time to File Status Report re 45 Order Setting Hearing on Motion,,,,, Set/Reset Deadlines/Hearings by Cary Cantner. Responses due by 10/14/2025. (Attachments: # 1 Exhibit A - Text of Proposed Order)(Ruthizer, Joshua) (Entered: 09/30/2025) |
| 47 | Oct 1, 2025 | PAPERLESS ORDER granting 46 Joint Motion for Extension of Time to File Status Report. On or before October 3, 2025, the parties shall file a status report in accordance with the Court's prior Order 45 . Signed by Judge Aileen M. Cannon on 10/1/2025. (bbk) (Entered: 10/01/2025) |
|  | Oct 1, 2025 | Set/Reset Deadlines/Hearings per DE 47 Order. Status Report due by 10/3/2025. (amb) (Entered: 10/01/2025) |
| 48 | Oct 3, 2025 | STATUS REPORT by Derek Cribbs, Game of Silks, Inc., Troy Levy, Ron Luniewski, Dan Nissanoff, Tropical Racing, Inc. (Tucker, Robert) (Entered: 10/03/2025) |
| 49 | Oct 5, 2025 | PAPERLESS ORDER clarifying scope of 45 Motion Hearing on 40 Defendants' Motion to Compel Arbitration and Stay, or in the Alternative to Transfer, or to Dismiss under Rule 12(b)(6). In light of the Joint Status Report 48 indicating the parties' agreement that "an evidentiary hearing is not warranted on the arbitration portion of the Motion," the Motion Hearing 45 is hereby designated as a non-evidentiary hearing. Signed by Judge Aileen M. Cannon on 10/5/2025. (bbk) (Entered: 10/05/2025) |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service