# EXHIBIT C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CITY OF SOUTHFIELD GENERAL )   Civil Action No. 1:23-cv-00425-VMC
EMPLOYEES' RETIREMENT )
SYSTEM, Individually and on Behalf of )   <u>CLASS ACTION</u>
All Others Similarly Situated, )
                                     )
                Plaintiff, )
                                     )
   vs. )
                                     )
NATIONAL VISION HOLDINGS, )
INC., et al., )
                                   )
            Defendants. )
_____ )

**ORDER GRANTING**
**JOINT CONSENT MOTION FOR SCHEDULING ORDER**

This cause having come before the Court on the Joint Consent Motion for Scheduling Order ("Joint Motion") filed by proposed lead plaintiffs City of Southfield General Employees' Retirement System and International Union of Operating Engineers, Local No. 793, Members Pension Benefit Trust of Ontario and Defendants National Vision Holdings, Inc., L. Reade Fahs, and Patrick R. Moore (collectively, "Defendants"), and good cause to grant the Joint Motion appearing, the Court hereby ORDERS as follows:

1. The Joint Motion is GRANTED.

2. The following schedule shall apply to filing and responding to an amended complaint:

(a) the Court-appointed Lead Plaintiff shall have 45 days from the Court's Order appointing lead plaintiff to file an amended complaint;

(b) Defendants shall answer, move to dismiss, or otherwise respond to the amended complaint within 45 days of its filing;

(c) if Defendants move to dismiss the amended complaint, the Lead Plaintiff shall file a response to that motion within 45 days, and Defendants shall file their reply brief within 30 days of the Lead Plaintiff's response; and

(d) should the motion to dismiss be denied in whole or in part, Defendants shall then have 45 days to answer the operative complaint.

2

DATED:   So Ordered this 10th Day of April, 2023.

_____

DISTRICT JUDGE VICTORIA M. CALVERT