# EXHIBIT D

**Current on Bloomberg Law as of** 2025-10-17 13:09:17

**U.S. District Court**
**Middle District of Florida (Ft. Myers)**
**CIVIL DOCKET FOR CASE #: 2:24-cv-00513-KCD-DNF**

# Doller v. Hertz Global Holdings, Inc. et al

| | |
|---|---|
| **Date Filed:** | May 31, 2024 |
| **Nature of suit:** | 850 Securities/Commodities |
| **Assigned to:** | District Judge Kyle C. Dudek |
| **Cause:** | 15:0078m(a) Securities Exchange Act |
| **Jurisdiction:** | Federal Question |
| **Jury demand:** | Plaintiff |
| **Referred to:** | Magistrate Judge Douglas N. Frazier |

# Parties and Attorneys

| **Plaintiff** | **Edward M. Doller** |
|---|---|
| | Individually and on Behalf of All Others Similarly Situated |

| **Representation** | **Jeremy A. Lieberman** | **J. Alexander Hood II** |
|---|---|---|
| | *Pomerantz Grossman Hufford Dahlstrom & Gross, LLP* | *Pomerantz LLP* |
| | 600 Third Ave 20th Flr | 600 Third Avenue, 20th Floor |
| | New York, NY 10016 | New York, NY 10016 |
| | (212) 661-1100 | (212) 661-1100 |
| | Fax: (212) 661-8665 | Fax: (917) 463-1044 |
| | jalieberman@pomlaw.com | PRO HAC VICE |
| | LEAD ATTORNEY | ATTORNEY TO BE NOTICED |
| | PRO HAC VICE | |
| | ATTORNEY TO BE NOTICED | |
| | **Nathan Zipperian** | **Jayne Arnold Goldstein** |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

*Miller Shah LLP*
2103 N. Commerce Parkway
Fort Lauderdale, FL 33326
(866) 540-5505
Fax: (866) 300-7367
nczipperian@millershah.com
ATTORNEY TO BE NOTICED

*Miller Shah LLP*
2103 N. Commerce Parkway
Ft. Lauderdale, FL 33326
(954) 903-3170
Fax: (866) 300-7367
jagoldstein@millershah.com
ATTORNEY TO BE NOTICED

| | |
|---|---|
| **Defendant** | **Hertz Global Holdings, Inc.** |

**Representation**

**Edmund Polubinski , III**
*Davis Polk & Wardwell LLP*
450 Lexington Ave.
New York, NY 10017
(212) 450-4695
edmund.polubinski@davispolk.com
LEAD ATTORNEY
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Andrew Ditchfield**
*Davis Polk & Wardwell LLP*
450 Lexington Ave.
New York, NY 10017
(212) 450-4000
andrew.ditchfield@davispolk.com
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Deborah S. Mazer**
*Davis Polk & Wardwell LLP*
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
deborah.mazer@davispolk.com
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Jonathan K. Chang**
*Davis Polk & Wardwell LLP*
900 Middlefield Road
Suite 200
Redwood City, CA 94063
(650) 752-2043
jonathan.chang@davispolk.com
ATTORNEY TO BE NOTICED

**Michael P Matthews**
*Foley & Lardner, LLP*
100 N Tampa St Ste 2700
Tampa, FL 33602
(813) 225-4131
Fax: (813) 221-4210
mmatthews@foley.com
ATTORNEY TO BE NOTICED

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Doller v. Hertz Global Holdings, Inc. et al, Docket No. 2:24-cv-00513 (M.D. Fla. May 31, 2024), Court Docket

**Defendant**            **Stephen M. Scherr**

    **Representation**            **Edmund Polubinski , III**            **Andrew Ditchfield**
(See above for address)            (See above for address)
LEAD ATTORNEY            PRO HAC VICE
PRO HAC VICE            ATTORNEY TO BE NOTICED
ATTORNEY TO BE NOTICED

**Deborah S. Mazer**            **Jonathan K. Chang**
(See above for address)            (See above for address)
PRO HAC VICE            ATTORNEY TO BE NOTICED
ATTORNEY TO BE NOTICED

**Michael P Matthews**
(See above for address)
ATTORNEY TO BE NOTICED

---

**Defendant**            **Alexandra Brooks**

    **Representation**            **Edmund Polubinski , III**            **Andrew Ditchfield**
(See above for address)            (See above for address)
LEAD ATTORNEY            PRO HAC VICE
PRO HAC VICE            ATTORNEY TO BE NOTICED
ATTORNEY TO BE NOTICED

**Deborah S. Mazer**            **Jonathan K. Chang**
(See above for address)            (See above for address)
PRO HAC VICE            ATTORNEY TO BE NOTICED
ATTORNEY TO BE NOTICED

**Michael P Matthews**
(See above for address)
ATTORNEY TO BE NOTICED

---

**Movant**            **Tom Murdoch**

    **Representation**            **Leo Wassner Desmond**            **Charles H. Linehan**
601 21st street            *Glancy Prongay & Murray, LLP*

**Bloomberg Law**®

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Suite 300
Vero Beach, FL 32960
(772) 231-9600
ld@desmondlawfirm.com
Leo W. Desmond, ESQ.
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

1925 Century Park E Ste 2100
Los Angeles, CA 90067
(310) 201-9150
Fax: (310) 201-9160
clinehan@glancylaw.com
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Frank R. Cruz**
1999 Avenue of the Stars
Suite 1100
Los Angeles, CA 90067
(310) 914-5007
fcruz@frankcruzlaw.com
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Pavithra Rajesh**
*Glancy Prongay & Murray, LLP*
1925 Century Park E Ste 2100
Los Angeles, CA 90067
(310) 201-9150
prajesh@glancylaw.com
ATTORNEY TO BE NOTICED

**Robert V. Prongay**
*Glancy Prongay & Murray, LLP*
1925 Century Park E Ste 2100
Los Angeles, CA 90067
(310) 201-9150
Fax: (310) 201-9160
RProngay@glancylaw.com
PRO HAC VICE
ATTORNEY TO BE NOTICED

---

| Movant | Robert Stephens | |
|---|---|---|
| Representation | **Cullin Avram O'Brien**<br>*Cullin O'Brien Law, P.A.*<br>6541 NE 21st Way<br>Ft. Lauderdale, FL 33308<br>(561) 676-6370<br>cullin@cullinobrienlaw.com<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED | **Amanda D. Foley**<br>*Levi & Korsinsky LLP*<br>1111 Summer Street<br>Suite 403<br>Stamford, CT 06905<br>(203) 992-4523<br>afoley@zlk.com<br>PRO HAC VICE<br>ATTORNEY TO BE NOTICED |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Doller v. Hertz Global Holdings, Inc. et al, Docket No. 2:24-cv-00513 (M.D. Fla. May 31, 2024), Court Docket

|  | **Gregory M Potrepka** | **Shannon Lee Hopkins** |
|---|---|---|
|  | *Levi & Korsinsky LLP* | *Levi & Korsinsky, LLP* |
|  | 1111 Summer Street | 1111 Summer Street |
|  | Suite 403 | Suite 403 |
|  | Stamford, CT 06905 | Stamford, CT 06905 |
|  | (203) 992-4523 | (203) 992-4523 |
|  | gpotrepka@zlk.com | shopkins@zlk.com |
|  | PRO HAC VICE | PRO HAC VICE |
|  | ATTORNEY TO BE NOTICED | ATTORNEY TO BE NOTICED |

| **Movant** | **Leo Lorenz** | |
|---|---|---|
| **Representation** | **Jayne Arnold Goldstein** | **Jeremy A. Lieberman** |
|  | (See above for address) | (See above for address) |
|  | LEAD ATTORNEY | LEAD ATTORNEY |
|  | ATTORNEY TO BE NOTICED | PRO HAC VICE |
|  |  | ATTORNEY TO BE NOTICED |
|  | **J. Alexander Hood II** | **Laurence Matthew Rosen** |
|  | (See above for address) | *The Rosen Law Firm, P.A.* |
|  | PRO HAC VICE | 275 Madison Avenue, 40th Floor |
|  | ATTORNEY TO BE NOTICED | New York, NY 10016 |
|  |  | (212) 686-1060 |
|  |  | lrosen@rosenlegal.com |
|  |  | PRO HAC VICE |
|  |  | ATTORNEY TO BE NOTICED |

| **Movant** | **ITENT EDV Dienstleistungs GmbH** | |
|---|---|---|
| **Representation** | **Jayne Arnold Goldstein** | **Jeremy A. Lieberman** |
|  | (See above for address) | (See above for address) |
|  | LEAD ATTORNEY | LEAD ATTORNEY |
|  | ATTORNEY TO BE NOTICED | PRO HAC VICE |
|  |  | ATTORNEY TO BE NOTICED |
|  | **J. Alexander Hood II** | **Laurence Matthew Rosen** |
|  | (See above for address) | (See above for address) |
|  | PRO HAC VICE | PRO HAC VICE |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Doller v. Hertz Global Holdings, Inc. et al, Docket No. 2:24-cv-00513 (M.D. Fla. May 31, 2024), Court Docket

|  |  |  |
|---|---|---|
|  | ATTORNEY TO BE NOTICED | ATTORNEY TO BE NOTICED |

| | |
|---|---|
| **Movant** | **John Paul Karhoff** |

| | | |
|---|---|---|
| **Representation** | **Jayne Arnold Goldstein**<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED | **Jeremy A. Lieberman**<br>(See above for address)<br>LEAD ATTORNEY<br>PRO HAC VICE<br>ATTORNEY TO BE NOTICED |
| | **J. Alexander Hood II**<br>(See above for address)<br>PRO HAC VICE<br>ATTORNEY TO BE NOTICED | **Laurence Matthew Rosen**<br>(See above for address)<br>PRO HAC VICE<br>ATTORNEY TO BE NOTICED |

# Docket Entries

Numbers shown are court assigned numbers.

| Entry # | Filing Date | Description |
|---|---|---|
| 1 | May 31, 2024 | COMPLAINT against Alexandra Brooks, Hertz Global Holdings, Inc., Stephen M. Scherr with Jury Demand (Filing fee $405 receipt number AFLMDC-22152271) filed by Edward M. Doller. (Attachments: # 1 Certification, # 2 Schedule A, # 3 Civil Cover Sheet, # 4 Proposed Summons - Hertz Global Holdings, Inc., # 5 Proposed Summons - Stephen M. Scherr, # 6 Proposed Summons - Alexandra Brooks)(Goldstein, Jayne) (Entered: 05/31/2024) |
| 2 | Jun 3, 2024 | NEW CASE ASSIGNED to Judge John L. Badalamenti and Magistrate Judge Kyle C. Dudek. New case number: 2:24-cv-513-JLB-KCD. (AA) (Entered: 06/03/2024) |
| 3 | Jun 4, 2024 | SUMMONS issued as to Alexandra Brooks, Hertz Global Holdings, Inc., Stephen M. Scherr. (LAB) (Entered: 06/04/2024) |
| 4 | Jun 4, 2024 | CIVIL Action Order. Signed by All Divisional Judges on 6/4/2024. (CGW) (Entered: 06/04/2024) |
| 5 | Jun 6, 2024 | CERTIFICATE of interested persons and corporate disclosure statement re 4 Civil Action Order by Edward M. Doller. (Goldstein, Jayne) (Entered: 06/06/2024) |
| 6 | Jun 27, 2024 | NOTICE of Appearance by Michael P Matthews on behalf of Alexandra Brooks, Hertz Global Holdings, Inc., Stephen M. Scherr (Matthews, Michael) (Entered: 06/27/2024) |
| 7 | Jun 27, 2024 | CORPORATE Disclosure Statement by Alexandra Brooks, Hertz Global Holdings, Inc., Stephen M. Scherr. (Matthews, Michael) (Entered: 06/27/2024) |
| 8 | Jun 27, 2024 | Unopposed MOTION for Extension of Time to File Answer, Move to Dismiss, or |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Doller v. Hertz Global Holdings, Inc. et al, Docket No. 2:24-cv-00513 (M.D. Fla. May 31, 2024), Court Docket

| Entry # | Filing Date | Description |
|---------|-------------|-------------|
| | | Otherwise Respond, and Notice of Exception Under Local Rule 3.02(d) by Alexandra Brooks, Hertz Global Holdings, Inc., Stephen M. Scherr. (Matthews, Michael) Motions referred to Magistrate Judge Kyle C. Dudek. (Entered: 06/27/2024) |
| 9 | Jun 28, 2024 | NOTICE TO COUNSEL Edmund Polubinski, III, Andrew Ditchfield, Deborah Mazer Local Rule 2.01(c), Special Admission - File a Motion to Appear Pro Hac Vice. Co-counsel with filing rights may electronically file the motion on behalf of the lawyer seeking Special Admission or the motion may be filed in paper format; Pay the Special Admission Fee; Submit a Pro Hac Vice E-File Registration through PACER. Visit www.flmd.uscourts.gov/for-lawyers for details The attorney listed shall file a notice of compliance within fourteen days. Failure to comply with this notice within fourteen days will result in counsel being terminated from the docket sheet without further notice. (Signed by Deputy Clerk). (EVK) (Entered: 06/28/2024) |
| 10 | Jun 28, 2024 | Unopposed MOTION for Edmund Polubinski III to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-22249547 for $150 by Alexandra Brooks, Hertz Global Holdings, Inc., Stephen M. Scherr. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Matthews, Michael) Motions referred to Magistrate Judge Kyle C. Dudek. (Entered: 06/28/2024) |
| 11 | Jun 28, 2024 | Unopposed MOTION for Deborah Mazer to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-22249623 for $150 by All Defendants. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Matthews, Michael) Motions referred to Magistrate Judge Kyle C. Dudek. (Entered: 06/28/2024) |
| 12 | Jun 28, 2024 | Unopposed MOTION for Andrew Ditchfield to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-22249651 for $150 by All Defendants. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Matthews, Michael) Motions referred to Magistrate Judge Kyle C. Dudek. (Entered: 06/28/2024) |
| 13 | Jun 28, 2024 | ***STRICKEN; pursuant to court's endorsed order 18.*** NOTICE of change of address by Nathan Zipperian. (Zipperian, Nathan) Modified on 7/3/2024 (LNR). (Entered: 06/28/2024) |
| 14 | Jul 1, 2024 | NOTICE TO COUNSEL Nathan Zipperian of Local Rule 2.01(b)(2)(B), which requires members of the Middle District bar to maintain with the clerk a current telephone number, mailing address, and email address. Update your contact information for the Middle District through PACER. (Signed by Deputy Clerk). (MCB) (Entered: 07/01/2024) |
| 15 | Jul 1, 2024 | ENDORSED ORDER granting 10 Motion for Edmund Polubinski III to specially appear to represent Defendants, which complies with Local Rule 2.01(c). Unless non-resident attorney Edmund Polubinski III already has CM/ECF filing credentials for the Middle District of Florida, he shall submit an E-Filer Registration Form within fourteen days of the date of this order. Failure to complete this step may cause the court to revoke its permission to appear specially without further notice. Signed by Magistrate Judge Kyle C. Dudek on 7/1/2024. (DM) (Entered: 07/01/2024) |
| 16 | Jul 1, 2024 | ENDORSED ORDER granting 11 Motion for Deborah Mazer to specially appear to represent Defendants, which complies with Local Rule 2.01(c). Unless non-resident attorney Deborah Mazer already has CM/ECF filing credentials for the Middle District of Florida, she shall submit an E-Filer Registration Form within fourteen days of the date of this order. Failure to complete this step may cause the court to revoke its permission to appear specially without further notice. Signed by Magistrate Judge Kyle |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Doller v. Hertz Global Holdings, Inc. et al, Docket No. 2:24-cv-00513 (M.D. Fla. May 31, 2024), Court Docket

| Entry # | Filing Date | Description |
|---------|-------------|-------------|
| | | C. Dudek on 7/1/2024. (DM) (Entered: 07/01/2024) |
| 17 | Jul 1, 2024 | ENDORSED ORDER granting 12 Motion for Andrew Ditchfield to specially appear to represent Defendants, which complies with Local Rule 2.01(c). Unless non-resident attorney Andrew Ditchfield already has CM/ECF filing credentials for the Middle District of Florida, he shall submit an E-Filer Registration Form within fourteen days of the date of this order. Failure to complete this step may cause the court to revoke its permission to appear specially without further notice. Signed by Magistrate Judge Kyle C. Dudek on 7/1/2024. (DM) (Entered: 07/01/2024) |
| 18 | Jul 2, 2024 | ENDORSED ORDER striking notice of change of firm address 13 as improperly filed. Counsel is obligated to keep their contact information current in CM/ECF, which is where service information is pulled. The Court will not entertain address or name changes by notice. Signed by Magistrate Judge Kyle C. Dudek on 7/2/2024. (BLW) (Entered: 07/02/2024) |
| 19 | Jul 2, 2024 | ORDER denying 8 Joint Motion Regarding Service and Extension of Time to Answer, and Notice of Exception Under Local Rule 3.02(d). Signed by Magistrate Judge Kyle C. Dudek on 7/2/2024. (CGW) (Entered: 07/02/2024) |
| 20 | Jul 3, 2024 | NOTICE of compliance re 15 Order on Motion to Appear Pro Hac Vice by Alexandra Brooks, Hertz Global Holdings, Inc., Stephen M. Scherr (Polubinski, Edmund) (Entered: 07/03/2024) |
| 21 | Jul 3, 2024 | NOTICE of compliance re 17 Order on Motion to Appear Pro Hac Vice by Alexandra Brooks, Hertz Global Holdings, Inc., Stephen M. Scherr (Ditchfield, Andrew) (Entered: 07/03/2024) |
| 22 | Jul 3, 2024 | NOTICE of compliance re 16 Order on Motion to Appear Pro Hac Vice by Alexandra Brooks, Hertz Global Holdings, Inc., Stephen M. Scherr (Mazer, Deborah) (Entered: 07/03/2024) |
| 23 | Jul 11, 2024 | AMENDED JOINT UNOPPOSED AGREED MOTION Regarding Service of Time to Answer, Move to Dismiss, or otherwise Response, and Notice of Exemption Under Local Rule 3.02(d) by Alexandra Brooks, Hertz Global Holdings, Inc., Stephen M. Scherr. (Polubinski, Edmund) Motions referred to Magistrate Judge Kyle C. Dudek. Modified on 7/12/2024 to edit docket text (JDR). (Entered: 07/11/2024) |
| 24 | Jul 15, 2024 | ENDORSED ORDER granting in part and denying in part 23 Agreed Motion Regarding Service and Extension of Time to Answer. Defendants are relieved of their obligation to respond until the Court appoints a lead plaintiff and lead counsel. Within fourteen days after the lead plaintiff is appointed, she shall file and serve a consolidated or amended complaint (or inform Defendants' counsel that it will not do so). If the pleadings remain the same, Defendants shall have fourteen days to respond. If a new complaint is filed, Defendants shall have thirty days to respond. Any further briefing will be governed by the Court's local rules, and all other or different relief sought is denied. Signed by Magistrate Judge Kyle C. Dudek on 7/15/2024. (Dudek, Kyle) (Entered: 07/15/2024) |
| 25 | Jul 22, 2024 | NOTICE of change of address by Jayne Arnold Goldstein (Goldstein, Jayne) (Entered: 07/22/2024) |
| 26 | Jul 30, 2024 | MOTION to Appoint Lead Plaintiff , MOTION for Approval of Counsel by Tom Murdoch. (Attachments: # 1 Memorandum, # 2 Text of Proposed Order)(Desmond, Leo) Motions referred to Magistrate Judge Kyle C. Dudek. Modified text on 7/31/2024 (JK). (Entered: 07/30/2024) |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Doller v. Hertz Global Holdings, Inc. et al, Docket No. 2:24-cv-00513 (M.D. Fla. May 31, 2024), Court Docket

| Entry # | Filing Date | Description |
|---|---|---|
| 27 | Jul 30, 2024 | AFFIDAVIT of Leo W Desmond re: 26 MOTION o Appoint Lead Plaintiff , MOTION for Approval of Counsel by Tom Murdoch. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Desmond, Leo) Modified text on 7/31/2024 (JK). (Entered: 07/30/2024) |
| 28 | Jul 30, 2024 | MOTION to Appoint Counsel Motion of Robert Stephens for Appointment as Lead Plaintiff and Approval of Selection of Counsel, and Incorporated Memorandum of Law in Support Thereof by Robert Stephens. (Attachments: # 1 Affidavit Supporting Declaration of Cullin O'Brien, # 2 Exhibit Exhibit A to Declaration - PSLRA Certification, # 3 Exhibit Exhibit B to Declaration - Loss Chart, # 4 Exhibit Exhibit C to Declaration - PSLRA Notice, # 5 Affidavit Exhibit D to Declaration - Stephens Declaration, # 6 Exhibit Exhibit E to Declaration - Firm Resume of Levi & Korsinsky, # 7 Exhibit Exhibit F to Declaration - Firm Resume of Cullin O'Brien Law, P.A.)(O'Brien, Cullin) Motions referred to Magistrate Judge Kyle C. Dudek. (Entered: 07/30/2024) |
| 29 | Jul 30, 2024 | MOTION to Appoint Lead Plaintiff , MOTION for Approval of Counsel by Leo Lorenz, ITENT EDV Dienstleistungs GmbH, John Paul Karhoff. (Goldstein, Jayne) Motions referred to Magistrate Judge Kyle C. Dudek. Modified text on 7/31/2024 (JK). (Entered: 07/30/2024) |
| 30 | Jul 30, 2024 | DECLARATION of Jayne A. Goldstein re 29 MOTION to Appoint Lead Plaintiff , MOTION for Approval of Counsel by ITENT EDV Dienstleistungs GmbH, John Paul Karhoff, Leo Lorenz. (Attachments: # 1 Exhibit A - Damages Analysis, # 2 Exhibit B - Press Release, # 3 Exhibit C - Certifications, # 4 Exhibit D - Joint Declaration, # 5 Exhibit E - Pomerantz Resume, # 6 Exhibit F - Rosen Resume, # 7 Exhibit G - Miller Shah Resume)(Goldstein, Jayne) Modified text on 7/31/2024 (JK). (Entered: 07/30/2024) |
| 31 | Jul 31, 2024 | NOTICE TO COUNSEL Robert V. Prongay, Charles H. Linehan, Pavithra Rajesh, Frank R. Cruz Local Rule 2.01(c), Special Admission - File a Motion to Appear Pro Hac Vice. Co-counsel with filing rights may electronically file the motion on behalf of the lawyer seeking Special Admission or the motion may be filed in paper format; Pay the Special Admission Fee; The attorney listed shall file a notice of compliance within fourteen days. Failure to comply with this notice within fourteen days will result in counsel being terminated from the docket sheet without further notice. (Signed by Deputy Clerk). (JK) (Entered: 07/31/2024) |
| 32 | Jul 31, 2024 | NOTICE TO COUNSEL Jeremy A. Lieberman; J. Alexander Hood II Local Rule 2.01(c), Special Admission - File a Motion to Appear Pro Hac Vice. Co-counsel with filing rights may electronically file the motion on behalf of the lawyer seeking Special Admission or the motion may be filed in paper format; Pay the Special Admission Fee; Submit a Pro Hac Vice E-File Registration through PACER. Visit www.flmd.uscourts.gov/for-lawyers for details The attorney listed shall file a notice of compliance within fourteen days. Failure to comply with this notice within fourteen days will result in counsel being terminated from the docket sheet without further notice. (Signed by Deputy Clerk). (JK) (Entered: 07/31/2024) |
| 33 | Jul 31, 2024 | NOTICE TO COUNSEL Laurence M. Rosen Local Rule 2.01(c), Special Admission - File a Motion to Appear Pro Hac Vice. Co-counsel with filing rights may electronically file the motion on behalf of the lawyer seeking Special Admission or the motion may be filed in paper format; Pay the Special Admission Fee; The attorney listed shall file a notice of compliance within fourteen days. Failure to comply with this notice within fourteen days will result in counsel being terminated from the docket sheet without |

Doller v. Hertz Global Holdings, Inc. et al, Docket No. 2:24-cv-00513 (M.D. Fla. May 31, 2024), Court Docket

| Entry # | Filing Date | Description |
|---------|-------------|-------------|
| | | further notice. (Signed by Deputy Clerk). (JK) (Entered: 07/31/2024) |
| 34 | Aug 2, 2024 | NOTICE of WITHDRAWAL of motion re 29 Motion for Miscellaneous Relief filed by Leo LorenzITENT EDV Dienstleistungs GmbH, John Paul Karhoff of the Hertz Investor Group for Appointment as Lead Plaintiff and Approval of Selection of Counsel by ITENT EDV Dienstleistungs GmbH, John Paul Karhoff, Leo Lorenz. (Goldstein, Jayne) Modified text on 8/5/2024 (GL). (Entered: 08/02/2024) |
| 35 | Aug 2, 2024 | Unopposed MOTION for Extension of Time to File Case Management Report Until After Lead Plaintiff and Lead Counsel are Appointed by Alexandra Brooks, Hertz Global Holdings, Inc., Stephen M. Scherr. (Matthews, Michael) Motions referred to Magistrate Judge Kyle C. Dudek. (Entered: 08/02/2024) |
| 36 | Aug 4, 2024 | ENDORSED ORDER granting 35 Motion for Extension of Time. The Court will set the deadline to file a case management report after lead counsel is appointed. Signed by Magistrate Judge Kyle C. Dudek on 8/4/2024. (Dudek, Kyle) (Entered: 08/04/2024) |
| 37 | Aug 4, 2024 | ENDORSED ORDER denying as moot 29 Motion to Appoint Lead Counsel because the motion has been withdrawn. Signed by Magistrate Judge Kyle C. Dudek on 8/4/2024. (Dudek, Kyle) (Entered: 08/04/2024) |
| 38 | Aug 13, 2024 | RESPONSE to Motion re 26 MOTION to Appoint Lead PlaintiffMOTION for Approval of Counsel, 28 MOTION to Appoint Counsel Motion of Robert Stephens for Appointment as Lead Plaintiff and Approval of Selection of Counsel, and Incorporated Memorandum of Law in Support Thereof (Defendants' Statement of No Position on Motions) filed by Alexandra Brooks, Hertz Global Holdings, Inc., Stephen M. Scherr. (Matthews, Michael) (Entered: 08/13/2024) |
| 39 | Aug 13, 2024 | NOTICE of WITHDRAWAL of motion re 26 Motion for Miscellaneous Relief, Motion to Appoint Counsel filed by Tom Murdoch by Tom Murdoch (Desmond, Leo) (Entered: 08/13/2024) |
| 40 | Aug 13, 2024 | RESPONSE in Opposition re 29 o Appoint Lead Plaintiff, MOTION for Approval of Counsel, 26 MOTION to Appoint Lead PlaintiffMOTION for Approval of Counsel, 28 MOTION to Appoint Counsel Motion of Robert Stephens for Appointment as Lead Plaintiff and Approval of Selection of Counsel, and Incorporated Memorandum of Law in Support Thereof Robert Stephens' Response in Further Support of His Motion for Appointment as Lead Plaintiff and Opposition to Competing Lead Plaintiff Motions filed by Robert Stephens. (O'Brien, Cullin) (Entered: 08/13/2024) |
| 41 | Aug 14, 2024 | ORDER denying 26 Motion for Appointment as Lead Plaintiff and Approval of Counsel; granting 28 Robert Stephens' Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. Stephens is directed to review the Court's order at Doc. 24 and comply with its requirements. Plaintiff Tom Murdoch's Motion for Appointment as Lead Plaintiff and Approval of Counsel (Doc. 26) is DENIED. Plaintiff Edward M. Doller's request to serve as lead plaintiff (Doc. 1 at 43) is DENIED. Levi & Korsinsky, LLP is appointed lead counsel for the class. Cullin O'Brien Law, P.A. is appointed liaison counsel for the class. Signed by Magistrate Judge Kyle C. Dudek on 8/14/2024. (CGW) (Entered: 08/14/2024) |
| 42 | Aug 19, 2024 | MOTION for Extension of Time to Amend re 1 Complaint, 41 Order on Motion for Miscellaneous Relief, Order on Motion to Appoint Counsel Renewed Motion for Modification of Deadline to File Amended Complaint; Memorandum of Law Incorporated by Robert Stephens. (O'Brien, Cullin) Motions referred to Magistrate |

Bloomberg Law®                    © 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Doller v. Hertz Global Holdings, Inc. et al, Docket No. 2:24-cv-00513 (M.D. Fla. May 31, 2024), Court Docket

| Entry # | Filing Date | Description |
|---------|-------------|-------------|
|  |  | Judge Kyle C. Dudek. (Entered: 08/19/2024) |
| 43 | Aug 19, 2024 | ENDORSED ORDER granting 42 Motion for Extension of Time. The deadline for Lead Plaintiff to file an amended complaint is extended to September 30, 2024. The remaining deadlines from the Court's prior order (Doc. 24) remain. Signed by Magistrate Judge Kyle C. Dudek on 8/19/2024. (Dudek, Kyle) (Entered: 08/19/2024) |
| 44 | Sep 27, 2024 | MOTION for Gregory M. Potrepka to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-22562215 for $150 by Robert Stephens. (O'Brien, Cullin) Motions referred to Magistrate Judge Kyle C. Dudek. (Entered: 09/27/2024) |
| 45 | Sep 27, 2024 | MOTION for Shannon L. Hopkins to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-22562219 for $150 by Robert Stephens. (O'Brien, Cullin) Motions referred to Magistrate Judge Kyle C. Dudek. (Entered: 09/27/2024) |
| 46 | Sep 27, 2024 | MOTION for Amanda D. Foley to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-22562234 for $150 by Robert Stephens. (O'Brien, Cullin) Motions referred to Magistrate Judge Kyle C. Dudek. (Entered: 09/27/2024) |
| 47 | Sep 27, 2024 | ENDORSED ORDER granting 44 Unopposed Motion for Gregory M. Potrepka to specially appear to represent Lead Plaintiff Robert Stephens, which complies with Local Rule 2.01(c). Unless non-resident attorney Potrepka already has CM/ECF filing credentials for the Middle District of Florida, he shall submit an E-Filer Registration Form within fourteen days of the date of this order. Failure to complete this step may cause the court to revoke its permission to appear specially without further notice. Signed by Magistrate Judge Kyle C. Dudek on 9/27/2024. (BLW) (Entered: 09/27/2024) |
| 48 | Sep 27, 2024 | ENDORSED ORDER granting 45 Unopposed Motion for Shannon L. Hopkins to specially appear to represent Lead Plaintiff Robert Stephens, which complies with Local Rule 2.01(c). Unless non-resident attorney Hopkins already has CM/ECF filing credentials for the Middle District of Florida, the attorney shall submit an E-Filer Registration Form within fourteen days of the date of this order. Failure to complete this step may cause the court to revoke its permission to appear specially without further notice. Signed by Magistrate Judge Kyle C. Dudek on 9/27/2024. (BLW) (Entered: 09/27/2024) |
| 49 | Sep 27, 2024 | ENDORSED ORDER granting 46 Unopposed Motion for Amanda D. Foley to specially appear to represent Lead Plaintiff Robert Stephens, which complies with Local Rule 2.01(c). Unless non-resident attorney Foley already has CM/ECF filing credentials for the Middle District of Florida, she shall submit an E-Filer Registration Form within fourteen days of the date of this order. Failure to complete this step may cause the court to revoke its permission to appear specially without further notice. Signed by Magistrate Judge Kyle C. Dudek on 9/27/2024. (BLW) (Entered: 09/27/2024) |
| 50 | Sep 30, 2024 | AMENDED COMPLAINT Amended Class Action Complaint against All Defendants with Jury Demand. filed by Robert Stephens. Related document: 1 Complaintfiled by Edward M. Doller.(O'Brien, Cullin) (Entered: 09/30/2024) |
| 51 | Oct 30, 2024 | MOTION to Dismiss First Amended Complaint Defendants' Motion to Dismiss the Amended Complaint by Alexandra Brooks, Hertz Global Holdings, Inc., Stephen M. Scherr. (Attachments: # 1 Declaration of Edmund Polubinski in Support of Defendants' Motion to Dismiss the Amended Complaint, # 2 Exhibit Ex. A - October 25, 2021 Press Release, # 3 Exhibit Ex. B - Excerpt of Q3 2021 Form 10-Q, # 4 Exhibit Ex. C - Excerpt |

Doller v. Hertz Global Holdings, Inc. et al, Docket No. 2:24-cv-00513 (M.D. Fla. May 31, 2024), Court Docket

| Entry # | Filing Date | Description |
| --- | --- | --- |
| | | of 2021 Form 10-K, # 5 Exhibit Ex. D - Q3 2023 Earnings Call Transcript, # 6 Exhibit Ex. E - Q1 2023 Earnings Call Transcript, # 7 Exhibit Ex. F - Excerpt of 2022 Form 10-K)(Polubinski, Edmund) (Entered: 10/30/2024) |
| 52 | Oct 31, 2024 | NOTICE of hearing: Rule 16(b) Conference set for 12/16/2024 at 09:15 AM via Zoom Video Conference before Magistrate Judge Kyle C. Dudek. Case Management Report due by 12/9/2024. Zoom instructions will be sent via separate email to counsel of record. (CGW) (Entered: 10/31/2024) |
| 53 | Nov 20, 2024 | RESPONSE in Opposition re 51 MOTION to Dismiss First Amended Complaint Defendants' Motion to Dismiss the Amended Complaint filed by Robert Stephens. (O'Brien, Cullin) (Entered: 11/20/2024) |
| 54 | Nov 21, 2024 | NOTICE of a related action per Local Rule 1.07(c) by Robert Stephens. Related case(s): Yes (O'Brien, Cullin) (Entered: 11/21/2024) |
| 55 | Nov 21, 2024 | CERTIFICATE of interested persons and corporate disclosure statement re 4 Civil Action Order by Robert Stephens. (O'Brien, Cullin) (Entered: 11/21/2024) |
| 56 | Nov 25, 2024 | MOTION for Leave to File Reply in Support of Defendants' Motion to Dismiss the Amended Complaint by Alexandra Brooks, Hertz Global Holdings, Inc., Stephen M. Scherr. (Polubinski, Edmund) (Entered: 11/25/2024) |
| 57 | Nov 26, 2024 | RESPONSE in Opposition re 56 MOTION for Leave to File Reply in Support of Defendants' Motion to Dismiss the Amended Complaint filed by Robert Stephens. (O'Brien, Cullin) (Entered: 11/26/2024) |
| 58 | Nov 26, 2024 | CASE MANAGEMENT REPORT. (O'Brien, Cullin) (Entered: 11/26/2024) |
| 59 | Dec 11, 2024 | ENDORSED ORDER granting 56 Motion for Leave to File Reply. Defendants may file a reply brief not to exceed 10 total pages. It shall be due on or before December 23, 2024. No extensions will be granted absent a showing of extraordinary circumstances.Signed by Judge John L. Badalamenti on 12/11/2024. (Badalamenti, John) (Entered: 12/11/2024) |
| 60 | Dec 13, 2024 | Unopposed MOTION for Jonathan K. Chang to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-22818635 for $150 by Alexandra Brooks, Hertz Global Holdings, Inc., Stephen M. Scherr. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Matthews, Michael) Motions referred to Magistrate Judge Kyle C. Dudek. (Entered: 12/13/2024) |
| 61 | Dec 13, 2024 | ENDORSED ORDER granting 60 Unopposed Motion to Appear Pro Hac Vice, which complies with Local Rule 2.01(c). Unless non-resident attorney Jonathan K. Chang already has CM/ECF filing credentials for the Middle District of Florida, he shall submit an E-Filer Registration Form within fourteen days of the date of this order. Failure to complete this step may cause the court to revoke its permission to appear specially without further notice. Signed by Magistrate Judge Kyle C. Dudek on 12/13/2024. (Dudek, Kyle) (Entered: 12/13/2024) |
| 62 | Dec 16, 2024 | ORAL MOTION for Extension of Time to File Designation of Lead Counsel within 14 days by All Defendants. (CGW) Motions referred to Magistrate Judge Kyle C. Dudek. (Entered: 12/16/2024) |
| 63 | Dec 16, 2024 | ORAL MOTION for Extension of Time to File Notice of Related Action within 14 days by All Plaintiffs. (CGW) Motions referred to Magistrate Judge Kyle C. Dudek. (Entered: |

**Bloomberg Law**®

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Doller v. Hertz Global Holdings, Inc. et al, Docket No. 2:24-cv-00513 (M.D. Fla. May 31, 2024), Court Docket

| Entry # | Filing Date | Description |
|---------|-------------|-------------|
| | | 12/16/2024) |
| 64 | Dec 16, 2024 | Minute Entry. Virtual Proceedings held before Magistrate Judge Kyle C. Dudek: granting 62 Defendants' Oral Motion for Extension of Time to File Designation of Lead Counsel within 14 days; granting 63 Plaintiff's Oral Motion for Extension of Time to File Notice of Related Action within 14 days; RULE 16(b) CONFERENCE held on 12/16/2024. (Digital) (CGW) (Entered: 12/16/2024) |
| 66 | Dec 18, 2024 | NOTICE of a related action per Local Rule 1.07(c) by Hertz Global Holdings, Inc., Stephen M. Scherr, Alexandra Brooks. Related case(s): Yes (Polubinski, Edmund) (Entered: 12/18/2024) |
| 67 | Dec 18, 2024 | NOTICE of Lead Counsel Designation by Edmund Polubinski, III on behalf of Hertz Global Holdings, Inc., Stephen M. Scherr, Alexandra Brooks. Lead Counsel: Edmund Polubinski Esq. (Polubinski, Edmund) Modified text on 12/19/2024 (MCB). (Entered: 12/18/2024) |
| 68 | Dec 18, 2024 | NOTICE of Compliance by Hertz Global Holdings, Inc., Stephen M. Scherr, Alexandra Brooks re 61 Order on Motion to Appear Pro Hac Vice. (Chang, Jonathan) Modified text on 12/19/2024 (MCB). (Entered: 12/18/2024) |
| 69 | Dec 18, 2024 | Unopposed MOTION to Stay Order Pursuant to the Private Securities Litigation Performance Act by Hertz Global Holdings, Inc., Stephen M. Scherr, Alexandra Brooks. (Polubinski, Edmund) (Entered: 12/18/2024) |
| 70 | Dec 19, 2024 | ORDER granting 69 Motion to Stay and the Clerk is directed to add a stay flag to the docket; The stay will be lifted by further order after the motion to dismiss is decided. Signed by Magistrate Judge Kyle C. Dudek on 12/19/2024. (CGW) (Entered: 12/19/2024) |
| 71 | Dec 23, 2024 | REPLY to Response to Motion re 51 MOTION to Dismiss First Amended Complaint filed by Hertz Global Holdings, Inc., Stephen M. Scherr, Alexandra Brooks. (Polubinski, Edmund) Modified on 12/26/2024 to edit the docket text (RPB). (Entered: 12/23/2024) |
| 72 | Sep 15, 2025 | Case Reassigned to Magistrate Judge Douglas N. Frazier. New case number: 2:24-cv-513-JLB-DNF. Magistrate Judge Kyle C. Dudek no longer assigned to the case. (JNB) (Entered: 09/15/2025) |
| 73 | Sep 16, 2025 | Case Reassigned to Judge Kyle C. Dudek. New case number: 2:24-cv-513-KCD-DNF. Judge John L. Badalamenti no longer assigned to the case. (AJS) (Entered: 09/16/2025) |
| 74 | Oct 10, 2025 | ORDER granting in part and denying in part 51 Defendants' Motion to Dismiss. The Clerk is directed to LIFT THE STAY previously entered under the PLSRA and remove the stay flag from the docket. The parties are directed to confer and submit a case management report by October 31, 2025. Signed by District Judge Kyle C. Dudek on 10/10/2025. (BLW) (Entered: 10/10/2025) |
| | Oct 16, 2025 | Case Stay Lifted. (RLD) (Entered: 10/16/2025) |
| 75 | Oct 16, 2025 | Unopposed MOTION for Extension of Time to File Answer re 50 Amended Complaint by All Defendants. (Matthews, Michael) Motions referred to Magistrate Judge Douglas N. Frazier. (Entered: 10/16/2025) |
| 76 | Oct 17, 2025 | ENDORSED ORDER granting 75 Unopposed Motion for Extension of Time for Defendants to Answer the Amended Complaint. The deadline to file a response to the |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

| Entry # | Filing Date | Description |
|---------|-------------|-------------|
| | | amended complaint is extended to October 31, 2025. Signed by Magistrate Judge Douglas N. Frazier on 10/17/2025. (BRH) (Entered: 10/17/2025) |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service