# EXHIBIT E

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA**

GUY SERGE A. FRANKIN, Individually
and on Behalf of All Others Similarly
Situated,

                            Plaintiff,

-v.-

BAKKT HOLDINGS, INC., GAVIN
MICHAEL, ANDREW MAIN, and KAREN
ALEXANDER,

                          Defendants.

Case No. 1:25-cv-02520 (MLB)

**ORDER GRANTING JOINT MOTION
TO SET SCHEDULE FOR FILING OF AMENDED COMPLAINT
AND DEFENDANTS' RESPONSE THERETO**

Upon consideration of the Parties' Joint Motion to Set Schedule for Filing of

Amended Complaint and Defendants' Response Thereto, and for good cause shown,

the Court hereby orders as follows:

1.      Lead Plaintiff shall file an Amended Complaint on September 15, 2025;

2.      Defendants shall answer, move to dismiss, or otherwise respond to the

Amended Complaint on November 14, 2025;

3.      Should Defendants move to dismiss the Amended Complaint, Lead

Plaintiff's brief in opposition to Defendants' motion to dismiss shall be filed on

January 13, 2026; and

4.  Defendants' reply brief in support of their motion to dismiss shall be filed on February 12, 2026.

**SO ORDERED this 23rd day of July, 2025.**

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE