# EXHIBIT G

Jastram v. Nextera Energy, Inc. et al, Docket No. 9:23-cv-80833 (S.D. Fla. May 26, 2023), Court Docket

**Current on Bloomberg Law as of** 2025-10-11 12:50:00

**U.S. District Court**
**Southern District of Florida (West Palm Beach)**
**CIVIL DOCKET FOR CASE #: 9:23-cv-80833-AMC**

# Jastram v. Nextera Energy, Inc. et al

| | |
|---|---|
| **Date Filed:** | May 26, 2023 |
| **Status:** | Closed |
| **Nature of suit:** | 850 Securities/Commodities |
| **Assigned to:** | Judge Aileen M. Cannon |
| **Case in other court:** | USCA, 24-13372-D |
| **Cause:** | 15:0078 Securities Exchange Act |
| **Date terminated:** | 2024-09-27 |
| **Jurisdiction:** | Federal Question |
| **Jury demand:** | Plaintiff |
| **Referred to:** | Magistrate Judge William Matthewman |

# Parties and Attorneys

| **Plaintiff** | **Maha Jastram** |
|---|---|
| | individually and on behalf of all others similarly situated |

| **Representation** | **Christopher Chagas Gold** | **Brendan Jarboe** |
|---|---|---|
| | *Gold Law, PA* | *Block & Leviton LLP* |
| | 350 Lincoln Rd., 2nd Floor | 260 Franklin Street, Suite 1860 |
| | Miami Beach, FL 33139 | Boston, MA 02110 |
| | (561) 789-4413 | (617) 398-5600 |
| | chris@chrisgoldlaw.com | brendan@blockleviton.com |
| | LEAD ATTORNEY | PRO HAC VICE |
| | ATTORNEY TO BE NOTICED | ATTORNEY TO BE NOTICED |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

**Jacob A. Walker**
*Block & Leviton LLP*
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600
jake@blockleviton.com
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Jeffrey C. Block**
*Block & Leviton, LLP*
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600
Fax: 542-1194
jeff@blockleviton.com
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Nathan C. Zipperian**
*Miller Shah LLP*
2103 N. Commerce Parkway
Fort Lauderdale, FL 33326
(866) 540-5505
Fax: (866) 300-7367
nczipperian@millershah.com
ATTORNEY TO BE NOTICED

---

| | |
|---|---|
| **Plaintiff** | **City of Hollywood Police Officers Retirement System and the Pembroke Pines Firefighters & Police Officers Pension Fund**<br>also known as: **Retirement Funds**<br>Lead-Plaintiff |

**Representation**

**Christopher Chagas Gold**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Scott Adam Edelsberg**
*Edelsberg Law PA*
20900 NE 30th Ave
417
Aventura, FL 33180
(305) 975-3320
scott@edelsberglaw.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Brendan Jarboe**
(See above for address)
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Jacob A. Walker**
(See above for address)
PRO HAC VICE
ATTORNEY TO BE NOTICED

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Jastram v. Nextera Energy, Inc. et al, Docket No. 9:23-cv-80833 (S.D. Fla. May 26, 2023), Court Docket

| | | |
|---|---|---|
| **Jeffrey C. Block**<br>(See above for address)<br>PRO HAC VICE<br>ATTORNEY TO BE NOTICED | **Mark Byrne**<br>*Block & Leviton LLP*<br>260 Franklin Street, Suite 1860<br>Boston, MA 02110<br>(617) 398-5600<br>mark@blockleviton.com<br>PRO HAC VICE<br>ATTORNEY TO BE NOTICED |
| **Nathan J. Abelman**<br>*Block & Leviton LLP*<br>260 Franklin Street, Suite 1860<br>Boston, MA 02110<br>(617) 398-5600<br>nathan@blockleviton.com<br>PRO HAC VICE<br>ATTORNEY TO BE NOTICED | **Robert David Klausner**<br>*Klausner, Kaufman, Jensen and Levinson, P.A.*<br>10059 NW 1st Court<br>Plantation, FL 33324-4000<br>(954) 916-1202<br>Fax: 916-1232<br>bob@robertdklausner.com<br>ATTORNEY TO BE NOTICED |

| Defendant | **NextEra Energy, Inc.** | |
|---|---|---|
| **Representation** | **Audra J. Soloway**<br>*Paul Weiss Rifkind Wharton & Garrison LLP*<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 373-3289<br>asoloway@paulweiss.com<br>LEAD ATTORNEY<br>PRO HAC VICE<br>ATTORNEY TO BE NOTICED | **David P. Friedman**<br>*Paul Weiss Rifkind Wharton & Garrison LLP*<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>(212) 373-3935<br>dfriedman@paulweiss.com<br>LEAD ATTORNEY<br>PRO HAC VICE<br>ATTORNEY TO BE NOTICED |
| | **Andy Hernandez**<br>*Martinez-Cid Law*<br>1 S.E. 3rd Avenue<br>Suite 2300<br>Miami, FL 33131<br>(305) 789-4213<br>ahernandez@martinez- | **Daniel J. Kramer**<br>*Paul, Weiss, Rifkind, Wharton & Garrison LLP*<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>(212) 373-3392<br>Fax: 757-3990 |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Case 6:25-cv-01516-AGM-DCI    Document 24-8    Filed 10/17/25    Page 5 of 21 PageID
Jastram v. Nextera Energy, Inc. et al, Docket No. 9:23-cv-80832 (S.D. Fla. May 26, 2023), Court Docket
644

cidlaw.com
ATTORNEY TO BE NOTICED

**Daniel S. Sinnreich**
*Paul, Weiss, Rifkind, Wharton &
Garrison LLP*
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3394
dsinnreich@paulweiss.com
TERMINATED: 10/13/2023
PRO HAC VICE

**Joshua Hill , Jr.**
*Paul, Weiss, Rifkind, Wharton &
Garrison LLP*
1285 Avenue of the Americas
New York, NY 10019
(628) 432-5123
jhill@paulweiss.com
PRO HAC VICE
ATTORNEY TO BE NOTICED

dkramer@paulweiss.com
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Jordi CarloSantiago Martinez-Cid**
*Martinez-Cid Law*
1 SE 3rd Avenue
Suite 2300
Miami, FL 33131
(305) 704-9162
jmartinez-cid@martinez-cidlaw.com
ATTORNEY TO BE NOTICED

---

| **Defendant** | **James Robo** | |
| --- | --- | --- |
| **Representation** | **Audra J. Soloway**<br>(See above for address)<br>LEAD ATTORNEY<br>PRO HAC VICE<br>ATTORNEY TO BE NOTICED | **David P. Friedman**<br>(See above for address)<br>LEAD ATTORNEY<br>PRO HAC VICE<br>ATTORNEY TO BE NOTICED |
| | **Andy Hernandez**<br>(See above for address)<br>ATTORNEY TO BE NOTICED | **Daniel J. Kramer**<br>(See above for address)<br>PRO HAC VICE<br>ATTORNEY TO BE NOTICED |
| | **Daniel S. Sinnreich** | **Jordi CarloSantiago Martinez-** |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Case 6:25-cv-01516-AGM-DCI     Document 24-8     Filed 10/17/25     Page 6 of 21 PageID
Jastram v. Nextera Energy, Inc. et al, Docket No. 9:23-cv-80835 (S.D. Fla. May 26, 2023), Court Docket
645

<table>
<tr><td>(See above for address)<br>TERMINATED: 10/13/2023<br>PRO HAC VICE</td><td>Cid<br>(See above for address)<br>ATTORNEY TO BE NOTICED</td></tr>
</table>

**Joshua Hill , Jr.**
(See above for address)
PRO HAC VICE
ATTORNEY TO BE NOTICED

---

| **Defendant** | **Eric Silagy** | |
|---|---|---|
| **Representation** | **Audra J. Soloway**<br>(See above for address)<br>LEAD ATTORNEY<br>PRO HAC VICE<br>ATTORNEY TO BE NOTICED | **David P. Friedman**<br>(See above for address)<br>LEAD ATTORNEY<br>PRO HAC VICE<br>ATTORNEY TO BE NOTICED |
| | **Andy Hernandez**<br>(See above for address)<br>ATTORNEY TO BE NOTICED | **Daniel J. Kramer**<br>(See above for address)<br>PRO HAC VICE<br>ATTORNEY TO BE NOTICED |
| | **Daniel S. Sinnreich**<br>(See above for address)<br>TERMINATED: 10/13/2023<br>PRO HAC VICE | **Jordi CarloSantiago Martinez-Cid**<br>(See above for address)<br>ATTORNEY TO BE NOTICED |
| | **Joshua Hill , Jr.**<br>(See above for address)<br>PRO HAC VICE<br>ATTORNEY TO BE NOTICED | |

---

| **Defendant** | **David P. Reuter** | |
|---|---|---|
| **Representation** | **Audra J. Soloway**<br>(See above for address)<br>LEAD ATTORNEY<br>PRO HAC VICE | **David P. Friedman**<br>(See above for address)<br>LEAD ATTORNEY<br>PRO HAC VICE |

**Bloomberg Law**®                © 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Jastram v. Nextera Energy, Inc. et al, Docket No. 9:23-cv-80838 (S.D. Fla. May 26, 2023), Court Docket

| | |
|---|---|
| ATTORNEY TO BE NOTICED | ATTORNEY TO BE NOTICED |
| **Andy Hernandez** (See above for address) ATTORNEY TO BE NOTICED | **Daniel J. Kramer** (See above for address) PRO HAC VICE ATTORNEY TO BE NOTICED |
| **Daniel S. Sinnreich** (See above for address) TERMINATED: 10/13/2023 PRO HAC VICE | **Jordi CarloSantiago Martinez-Cid** (See above for address) ATTORNEY TO BE NOTICED |
| **Joshua Hill , Jr.** (See above for address) PRO HAC VICE ATTORNEY TO BE NOTICED | |

| | |
|---|---|
| **Defendant** | **Florida Power & Light Company** |
| **Representation** | **Audra J. Soloway** (See above for address) LEAD ATTORNEY PRO HAC VICE ATTORNEY TO BE NOTICED |
| | **Andy Hernandez** (See above for address) ATTORNEY TO BE NOTICED |

**David P. Friedman**
(See above for address)
LEAD ATTORNEY
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Jordi CarloSantiago Martinez-Cid**
(See above for address)
ATTORNEY TO BE NOTICED

# Docket Entries

Numbers shown are court assigned numbers.

| Entry # | Filing Date | Description |
|---|---|---|
| 1 | May 26, 2023 | COMPLAINT against All Defendants. Filing fees $ 402.00 receipt number AFLSDC-16649714, filed by Maha Jastram. (Attachments: # 1 Civil Cover Sheet, # 2 Summon(s))(Gold, Christopher) (Entered: 05/26/2023) |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Jastram v. Nextera Energy, Inc. et al, Docket No. 9:23-cv-80837 (S.D. Fla. May 26, 2023), Court Docket

| Entry # | Filing Date | Description |
|---|---|---|
| 2 | May 26, 2023 | Clerks Notice of Judge Assignment to Judge Robin L. Rosenberg and Magistrate Judge Bruce E. Reinhart. Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Bruce E. Reinhart is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. (nan) (Entered: 05/30/2023) |
| 3 | May 30, 2023 | Summons Issued as to Nextera Energy, Inc.. (nan) (Entered: 05/30/2023) |
| 4 | May 30, 2023 | Bar Letter re: Admissions sent to attorney Jeffrey C. Block, Jacob Walker and Brendan Jarboe, mailing date May 30, 2023. (cw) (Entered: 05/30/2023) |
| 5 | May 31, 2023 | ORDER OF REFERENCE TO MAGISTRATE JUDGE AND ORDER OF COURT-MANDATED REQUIREMENTS ON SERVICE, DEFAULTS, AND JOINT SCHEDULING REPORTS. ORDER REFERRING CASE to Magistrate Judge Bruce E. Reinhart for appropriate disposition of all pro hac vice motions, motions to substitute counsel, and pretrial motions related to discovery.., Order of Court-Mandated Requirements in, Order Requiring Joint Scheduling Report Signed by Judge Robin L. Rosenberg on 5/31/2023. See attached document for full details. (nan) (Entered: 06/01/2023) |
| 6 | Jun 1, 2023 | STANDING DISCOVERY ORDER FOR MAGISTRATE JUDGE BRUCE REINHART. Signed by Magistrate Judge Bruce E. Reinhart on 6/1/2023. See attached document for full details. (nan) (Entered: 06/01/2023) |
| 7 | Jun 1, 2023 | ORDER OF RECUSAL. Judge Robin L. Rosenberg recused. Case reassigned to Judge Aileen M. Cannon for all further proceedings. Signed by Judge Robin L. Rosenberg on 6/1/2023. See attached document for full details. (jmd) (Entered: 06/01/2023) |
| 8 | Jun 2, 2023 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Brendan Jarboe. Filing Fee $200.00 Receipt # AFLSDC-16663384 by Maha Jastram. Responses due by 6/16/2023 (Gold, Christopher) (Entered: 06/02/2023) |
| 9 | Jun 2, 2023 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Jeffrey C. Block. Filing Fee $200.00 Receipt # AFLSDC-16663394 by Maha Jastram. Responses due by 6/16/2023 (Gold, Christopher) (Entered: 06/02/2023) |
| 10 | Jun 2, 2023 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Jacob A. Walker. Filing Fee $200.00 Receipt # AFLSDC-16663404 by Maha Jastram. Responses due by 6/16/2023 (Gold, Christopher) (Entered: 06/02/2023) |
| 11 | Jun 2, 2023 | ORDER REQUIRING COMBINED RESPONSES. Signed by Judge Aileen M. Cannon on 6/2/2023. See attached document for full details. (jas) (Entered: 06/05/2023) |
| 12 | Jun 5, 2023 | PAPERLESS ORDER granting 8 , 9 , and 10 Motions to Appear Pro Hac Vice, Consents to Designation, and Requests to Electronically Receive Notices of Electronic Filings for Attorneys Brendan Jarboe, Jeffrey C. Block, and Jacob A. Walker. The Court reserves the power to withdraw permission for special appearance at any time. Failure to abide by any court order or failure to appear at any scheduled matter may result in immediate revocation of counsels' pro hac vice status. Local counsel must be ready to adequately represent the party at any time. Signed by Judge Aileen M. |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Jastram v. Nextera Energy, Inc. et al, Docket No. 9:23-cv-80838 (S.D. Fla. May 26, 2023), Court Docket

| Entry # | Filing Date | Description |
|---|---|---|
| | | Cannon on 6/5/2023. (sj00) (Entered: 06/05/2023) |
| 13 | Jun 5, 2023 | ORDER DISMISSING COMPLAINT (Without Prejudice) . (Amended Complaint due by 6/16/2023.). Signed by Judge Aileen M. Cannon on 6/5/2023. See attached document for full details. (jas) (Entered: 06/05/2023) |
| 14 | Jun 8, 2023 | AMENDED COMPLAINT against All Defendants, filed by Maha Jastram.(Gold, Christopher) (Entered: 06/08/2023) |
| 15 | Jun 12, 2023 | SUMMONS (Affidavit) Returned Executed on 1 Complaint with a 21 day response/ answer filing deadline pursuant to Fed. R. Civ. P. 12 by Maha Jastram. Nextera Energy, Inc. served on 6/5/2023, response/answer due 6/26/2023. (Gold, Christopher) (Entered: 06/12/2023) |
| 16 | Jul 3, 2023 | NOTICE of Attorney Appearance by Jordi CarloSantiago Martinez-Cid on behalf of David P. Reuter, Eric Silagy, James Robo, Nextera Energy, Inc.. Attorney Jordi CarloSantiago Martinez-Cid added to party David P. Reuter(pty:dft), Attorney Jordi CarloSantiago Martinez-Cid added to party Eric Silagy(pty:dft), Attorney Jordi CarloSantiago Martinez-Cid added to party James Robo(pty:dft), Attorney Jordi CarloSantiago Martinez-Cid added to party Nextera Energy, Inc.(pty:dft). (Martinez-Cid, Jordi) (Entered: 07/03/2023) |
| 17 | Jul 3, 2023 | Corporate Disclosure Statement by Nextera Energy, Inc. (Martinez-Cid, Jordi) (Entered: 07/03/2023) |
| 18 | Jul 3, 2023 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Joshua Hill Jr.. Filing Fee $ 200.00 Receipt # AFLSDC-16737225 by David P. Reuter, Eric Silagy, James Robo, Nextera Energy, Inc.. Responses due by 7/17/2023 (Attachments: # 1 Certification Joshua Hill's Certification, # 2 Text of Proposed Order Proposed Order granting PHV)(Martinez-Cid, Jordi) (Entered: 07/03/2023) |
| 19 | Jul 3, 2023 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Daniel J. Kramer. Filing Fee $ 200.00 Receipt # AFLSDC-16737235 by David P. Reuter, Eric Silagy, James Robo, Nextera Energy, Inc.. Responses due by 7/17/2023 (Attachments: # 1 Certification of Daniel J. Kramer, # 2 Text of Proposed Order granting motion for Pro Hac Vice Admission)(Martinez-Cid, Jordi) (Entered: 07/03/2023) |
| 20 | Jul 3, 2023 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Daniel S. Sinnreich. Filing Fee $ 200.00 Receipt # AFLSDC-16737256 by David P. Reuter, Eric Silagy, James Robo, Nextera Energy, Inc.. Responses due by 7/17/2023 (Attachments: # 1 Certification of Daniel S. Sinnreich, # 2 Text of Proposed Order granting Pro Hac Vice Motion for Daniel S. Sinnreich)(Martinez-Cid, Jordi) (Entered: 07/03/2023) |
| 21 | Jul 6, 2023 | PAPERLESS ORDER granting 18 , 19 , and 20 Motions to Appear Pro Hac Vice, Consents to Designation, and Requests to Electronically Receive Notices of Electronic Filings for Attorneys Joshua Hill Jr., Daniel J. Cramer, and Daniel S. Sinnreich. The Court reserves the power to withdraw permission for special appearance at any time. Failure to abide by any court order or failure to appear at any scheduled matter may result in immediate revocation of counsels' pro hac vice status. Local counsel must be ready to adequately represent the party at any time. Signed by Judge Aileen M. Cannon on 7/6/2023. (sj00) (Entered: 07/06/2023) |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Jastram v. Nextera Energy, Inc. et al, Docket No. 9:23-cv-80833 (S.D. Fla. May 26, 2023), Court Docket

| Entry # | Filing Date | Description |
|---|---|---|
| 22 | Jul 7, 2023 | NOTICE of Attorney Appearance by Andy Hernandez on behalf of David P. Reuter, Eric Silagy, James Robo, Nextera Energy, Inc.. Attorney Andy Hernandez added to party David P. Reuter(pty:dft), Attorney Andy Hernandez added to party Eric Silagy(pty:dft), Attorney Andy Hernandez added to party James Robo(pty:dft), Attorney Andy Hernandez added to party Nextera Energy, Inc.(pty:dft). (Hernandez, Andy) (Entered: 07/07/2023) |
| 23 | Jul 19, 2023 | Joint MOTION for Extension of Time to File Response/Reply/Answer as to 1 Complaint and Waiver of Service of Process by Defendants by David P. Reuter, Eric Silagy, James Robo, Nextera Energy, Inc.. (Attachments: # 1 Text of Proposed Order Proposed Order Granting Joint Moiton for Enlargement of Time to Respond to Complaint)(Martinez-Cid, Jordi) (Entered: 07/19/2023) |
| 24 | Jul 20, 2023 | PAPERLESS ORDER granting 23 Joint Motion for Extension of Time to Respond to Complaint. Defendants are not required to respond to the Amended Complaint 14 until a lead plaintiff and lead counsel are appointed. Within fourteen days of the Court's appointment of a lead plaintiff and lead counsel, the lead Plaintiff shall either file a Second Amended Complaint or a notice designating the Amended Complaint 14 as operative. Within fourteen days of Plaintiff filing a Second Amended Complaint or designating the Amended Complaint 14 as operative, Defendants shall respond to the operative complaint in accordance with the Court's Order Requiring Combined Responses 11 . Signed by Judge Aileen M. Cannon on 7/20/2023. (sj00) (Entered: 07/20/2023) |
| 25 | Jul 25, 2023 | MOTION to Appoint Lead Plaintiff Retirement Funds and Approving Their Selection as Counsel by Maha Jastram. Responses due by 8/8/2023 (Attachments: # 1 Text of Proposed Order, # 2 Memorandum, # 3 Declaration of Chris Gold, # 4 Exhibit Exhibit A, # 5 Exhibit Exhibit B, # 6 Exhibit Exhibit C, # 7 Exhibit Exhibit D, # 8 Exhibit Exhibit E, # 9 Exhibit Exhibit F)(Gold, Christopher) (Entered: 07/25/2023) |
| 26 | Jul 25, 2023 | MOTION to Appoint Lead Plaintiff Marvin May ( Responses due by 8/8/2023), MOTION to Appoint Lead Counsel The Rosen Law Firm, P.A. by Marvin May. Attorney Laurence Matthew Rosen added to party Marvin May(pty:mov). (Attachments: # 1 Declaration of Laurence M. Rosen, # 2 Exhibit 1 - PSLRA Early Notice, # 3 Exhibit 2 - PSLRA Certification, # 4 Exhibit 3 - Loss Chart, # 5 Exhibit 4 - Rosen Law Firm Resume, # 6 Text of Proposed Order)(Rosen, Laurence) (Entered: 07/25/2023) |
| 27 | Jul 25, 2023 | MOTION to Appoint Lead Plaintiff Jackson County Employees' Retirement System ( Responses due by 8/8/2023), MOTION to Appoint Lead Counsel Robbins Geller Rudman & Dowd LLP by Jackson County Employees' Retirement System. Attorney Paul Jeffrey Geller added to party Jackson County Employees' Retirement System(pty:mov). (Attachments: # 1 Text of Proposed Order)(Geller, Paul) (Entered: 07/25/2023) |
| 28 | Jul 25, 2023 | AFFIDAVIT signed by: Paul J. Geller re 27 MOTION to Appoint Lead Plaintiff Jackson County Employees' Retirement System MOTION to Appoint Lead Counsel Robbins Geller Rudman & Dowd LLP by Jackson County Employees' Retirement System (Attachments: # 1 Exhibit A - PSLRA notice, # 2 Exhibit B - Certification, # 3 Exhibit C - Estimate of losses)(Geller, Paul) (Entered: 07/25/2023) |
| 29 | Jul 25, 2023 | Certificate of Other Affiliates/Corporate Disclosure Statement - NONE disclosed by Jackson County Employees' Retirement System (Geller, Paul) (Entered: 07/25/2023) |
| 30 | Jul 25, 2023 | MOTION to Appoint Lead Counsel Pomerantz LLP and Liaison Counsel Miller Shah |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Jastram v. Nextera Energy, Inc. et al, Docket No. 9:23-cv-80833 (S.D. Fla. May 26, 2023), Court Docket

| Entry # | Filing Date | Description |
| --- | --- | --- |
| | | LLP ( Responses due by 8/8/2023), MOTION to Appoint Lead Plaintiff Richard Barcelona by Richard Barcelona. Attorney Jayne Arnold Goldstein added to party Richard Barcelona(pty:mov). (Attachments: # 1 Text of Proposed Order, # 2 Memorandum of Law, # 3 Declaration of Jayne A. Goldstein, # 4 Exhibit A - Damages Analysis, # 5 Exhibit B - PSLRA Notice, # 6 Exhibit C - Certification and Schedule A, # 7 Exhibit D - Movant Declaration, # 8 Exhibit E - Pomerantz LLP Firm Resume, # 9 Exhibit F - Miller Shah Firm Resume)(Goldstein, Jayne) (Entered: 07/25/2023) |
| 31 | Jul 28, 2023 | NOTICE OF WITHDRAWAL OF MOTION by Marvin May re 26 MOTION to Appoint Lead Plaintiff Marvin May MOTION to Appoint Lead Counsel The Rosen Law Firm, P.A. filed by Marvin May (Rosen, Laurence) (Entered: 07/28/2023) |
| 32 | Aug 8, 2023 | AFFIDAVIT in Support re 25 MOTION to Appoint Lead Plaintiff Retirement Funds and Approving Their Selection as Counsel Declaration of Jeffrey C. Block in Further Support of The Florida Retirement Funds' Motion for Appointment filed by Maha Jastram. (Attachments: # 1 Exhibit A - Hollywood Revised Cert, # 2 Exhibit B - Pembroke Revised Cert, # 3 Exhibit C - Hollywood LIFO Loss Chart, # 4 Exhibit D - Pembroke LIFO Loss Chart)(Gold, Christopher) (Entered: 08/08/2023) |
| 33 | Aug 8, 2023 | RESPONSE in Opposition re 27 MOTION to Appoint Lead Plaintiff Jackson County Employees' Retirement System MOTION to Appoint Lead Counsel Robbins Geller Rudman & Dowd LLP , 30 MOTION to Appoint Lead Counsel Pomerantz LLP and Liaison Counsel Miller Shah LLP MOTION to Appoint Lead Plaintiff Richard Barcelona filed by Florida Retirement Funds. Attorney Christopher Chagas Gold added to party Florida Retirement Funds(pty:mov). Replies due by 8/15/2023. (Attachments: # 1 Declaration of Jeffrey C. Block In Support of The Florida Retirement Funds' Opposition to Jackson County Employees' Retirement System's and Richard Barcelona's Motions for Appointment as Lead Plaintiff, # 2 Exhibit A - Zirkin v. Quanta Transcript, # 3 Exhibit B - Parmalat Excerpt, # 4 Exhibit C - Fannie Mae Transcript, # 5 Exhibit D - 25 NSE)(Gold, Christopher) (Entered: 08/08/2023) |
| 34 | Aug 8, 2023 | MEMORANDUM of Law re 25 MOTION to Appoint Lead Plaintiff Retirement Funds and Approving Their Selection as Counsel, 27 MOTION to Appoint Lead Plaintiff Jackson County Employees' Retirement System MOTION to Appoint Lead Counsel Robbins Geller Rudman & Dowd LLP , 30 MOTION to Appoint Lead Counsel Pomerantz LLP and Liaison Counsel Miller Shah LLP MOTION to Appoint Lead Plaintiff Richard Barcelona Memorandum of Law: (1) In Further Support of Motion of Richard Barcelona for Appointment as Lead Plaintiff and Approval of Selection of Counsel; and (2) In Response to Competing Motions by Richard Barcelona. (Goldstein, Jayne) (Entered: 08/08/2023) |
| 35 | Aug 8, 2023 | RESPONSE in Opposition re 26 MOTION to Appoint Lead Plaintiff Marvin May MOTION to Appoint Lead Counsel The Rosen Law Firm, P.A. , 25 MOTION to Appoint Lead Plaintiff Retirement Funds and Approving Their Selection as Counsel, 30 MOTION to Appoint Lead Counsel Pomerantz LLP and Liaison Counsel Miller Shah LLP MOTION to Appoint Lead Plaintiff Richard Barcelona filed by Jackson County Employees' Retirement System. Replies due by 8/15/2023. (Geller, Paul) (Entered: 08/08/2023) |
| 36 | Aug 15, 2023 | RESPONSE in Support re 30 MOTION to Appoint Lead Counsel Pomerantz LLP and Liaison Counsel Miller Shah LLP MOTION to Appoint Lead Plaintiff Richard Barcelona filed by Richard Barcelona. (Goldstein, Jayne) (Entered: 08/15/2023) |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Jastram v. Nextera Energy, Inc. et al, Docket No. 9:23-cv-80883 (S.D. Fla. May 26, 2023), Court Docket

| Entry # | Filing Date | Description |
|---------|-------------|-------------|
| 37 | Aug 15, 2023 | REPLY to Response to Motion re 25 MOTION to Appoint Lead Plaintiff Retirement Funds and Approving Their Selection as Counsel filed by Florida Retirement Funds. (Gold, Christopher) (Entered: 08/15/2023) |
| 38 | Aug 15, 2023 | REPLY to Response to Motion re 27 MOTION to Appoint Lead Plaintiff Jackson County Employees' Retirement System MOTION to Appoint Lead Counsel Robbins Geller Rudman & Dowd LLP filed by Jackson County Employees' Retirement System. (Geller, Paul) (Entered: 08/15/2023) |
| 39 | Aug 15, 2023 | Statement of: Objection to Late Submission of Declaration of Jeffrey C. Block in Further Support of the Florida Retirement Funds' Motion for Appointment by Jackson County Employees' Retirement System (Geller, Paul) (Entered: 08/15/2023) |
| 40 | Aug 15, 2023 | REPLY to Response to Motion re 30 MOTION to Appoint Lead Counsel Pomerantz LLP and Liaison Counsel Miller Shah LLP MOTION to Appoint Lead Plaintiff Richard Barcelona filed by Richard Barcelona. (ls)(See Image at DE # 36 ) (Entered: 08/16/2023) |
| 41 | Aug 16, 2023 | Clerk's Notice to Filer re 36 Response in Support of Motion,. Wrong Event Selected; ERROR - The Filer selected the wrong event. The document was re-docketed by the Clerk, see [de#40]. It is not necessary to refile this document. (ls) (Entered: 08/16/2023) |
| 42 | Aug 18, 2023 | RESPONSE to 39 Statement Response to Jackson County's "Objection" to the Florida Retirement Funds' Supplemental Declaration by Florida Retirement Funds. (Gold, Christopher) (Entered: 08/18/2023) |
| 43 | Aug 22, 2023 | PAPERLESS NOTICE OF HEARING: re 25 27 30 Motions for Appointment as Lead Plaintiff. Motion hearing scheduled for 9/25/2023 at 10:00 A.M. in Fort Pierce Division before Judge Aileen M. Cannon. (kts) (Entered: 08/22/2023) |
| 44 | Aug 24, 2023 | Unopposed MOTION to Continue re 43 Notice re Hearing by Florida Retirement Funds. Responses due by 9/7/2023 (Attachments: # 1 Declaration of Jeffrey C. Block In support of Motion for a Continuance, # 2 Text of Proposed Order)(Gold, Christopher) (Entered: 08/24/2023) |
| 45 | Aug 24, 2023 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for J. Alexander Hood II. Pay.gov Agency Tracking ID FLSDC-16870640. Filing Fee $ 200.00 by Richard Barcelona. Responses due by 9/7/2023 (Attachments: # 1 Certification of J. Alexander Hood, II, # 2 Text of Proposed Order)(Goldstein, Jayne) (Entered: 08/24/2023) |
| 46 | Aug 25, 2023 | PAPERLESS ORDER granting 44 Unopposed Motion for a Continuance. Order rescheduling hearing to follow. Signed by Judge Aileen M. Cannon on 8/25/2023. (jf01) (Entered: 08/25/2023) |
| 47 | Aug 25, 2023 | PAPERLESS NOTICE OF HEARING: re 25 27 30 Motions for Appointment as Lead Plaintiff. Motion hearing scheduled for 10/18/2023 at 10:00 A.M. in Fort Pierce Division before Judge Aileen M. Cannon. (jf01) (Entered: 08/25/2023) |
| 48 | Aug 27, 2023 | PAPERLESS ORDER granting 45 the Motion to Appear Pro Hac Vice, Consents to Designation, and Requests to Electronically Receive Notices of Electronic Filing for Attorney J. Alexander Hood II. The Court reserves the power to withdraw permission for special appearance at any time. Failure to abide by any court order or failure to appear at any scheduled matter may result in immediate revocation of counsel's pro |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Jastram v. Nextera Energy, Inc. et al, Docket No. 9:23-cv-80833 (S.D. Fla. May 26, 2023), Court Docket

| Entry # | Filing Date | Description |
|---|---|---|
| | | hac vice status. Local counsel must be ready to adequately represent the party at any time. Signed by Judge Aileen M. Cannon on 8/27/2023. (jf01) (Entered: 08/27/2023) |
| 49 | Sep 26, 2023 | "STRICKEN" NOTICE of Attorney Appearance by Nathan C. Zipperian on behalf of Maha Jastram. Attorney Nathan C. Zipperian added to party Maha Jastram(pty:pla). (Zipperian, Nathan) Modified on 9/27/2023 (ls). (per DE # 51 ) (Entered: 09/26/2023) |
| 50 | Sep 26, 2023 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Thomas H. Przybylowski. Filing Fee $ 200.00 Receipt # AFLSDC-16946762 by Richard Barcelona. Attorney Nathan C. Zipperian added to party Richard Barcelona(pty:mov). Responses due by 10/10/2023 (Attachments: # 1 Certification of Thomas Przybylowski, # 2 Text of Proposed Order)(Zipperian, Nathan) (Entered: 09/26/2023) |
| 51 | Sep 26, 2023 | NOTICE of Striking 49 Notice of Attorney Appearance filed by Maha Jastram by Richard Barcelona (Zipperian, Nathan) (Entered: 09/26/2023) |
| 52 | Sep 26, 2023 | NOTICE of Attorney Appearance by Nathan C. Zipperian on behalf of Richard Barcelona (Zipperian, Nathan) (Entered: 09/26/2023) |
| 53 | Sep 27, 2023 | Clerk's Notice to Filer re 50 MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Thomas H. Przybylowski. Filing Fee $ 200.00 Receipt # AFLSDC-16946762. Login/Signature Block Violation; CORRECTIVE ACTION REQUIRED WITHIN 3 DAYS - The name of attorney e-filing this document via their CM/ECF login does not match the name of attorney on the signature block of the document. The name used for login must match typed name on signature block of the document. This filing is a violation of Section 3J(1) of CM/ECF Admin Procedures and LR 5.1(b). Filer must File a Notice of Striking, then refile document pursuant to CM/ECF Admin Procedures and Local Rules. (ls) (Entered: 09/27/2023) |
| 54 | Sep 27, 2023 | NOTICE of Striking 50 MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Thomas H. Przybylowski. Filing Fee $ 200.00 Receipt # AFLSDC-16946762 filed by Richard Barcelona by Richard Barcelona (Goldstein, Jayne) (Entered: 09/27/2023) |
| 55 | Sep 27, 2023 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Thomas H. Przybylowski. Filing Fee $ 200.00 Amended/Corrected Motion to Appear Pro Hac Vice Filed - Filing Fees Previously Paid. See 50 Motion to Appear Pro Hac Vice, by Richard Barcelona. Responses due by 10/11/2023 (Attachments: # 1 Certification of Thomas H. Przybylowski, # 2 Text of Proposed Order)(Goldstein, Jayne) (Entered: 09/27/2023) |
| 56 | Sep 29, 2023 | PAPERLESS ORDER granting 55 Motion to Appear Pro Hac Vice, Consents to Designation, and Requests to Electronically Receive Notices of Electronic Filing for Attorney Thomas H. Przybylowski. The Court reserves the power to withdraw permission for special appearance at any time. Failure to abide by any court order or failure to appear at any scheduled matter may result in immediate revocation of counsel's pro hac vice status. Local counsel must be ready to adequately represent the party at any time. Signed by Judge Aileen M. Cannon on 9/29/2023. (jf01) (Entered: 09/29/2023) |
| 57 | Oct 5, 2023 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Michael Albert. Filing Fee $ |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Jastram v. Nextera Energy, Inc. et al, Docket No. 9:23-cv-80883 (S.D. Fla. May 26, 2023), Court Docket

| Entry # | Filing Date | Description |
|---------|-------------|-------------|
| | | 200.00 Receipt # AFLSDC-16972898 by Jackson County Employees' Retirement System. Responses due by 10/19/2023 (Attachments: # 1 Certification of Michael Albert, # 2 Text of Proposed Order)(Geller, Paul) (Entered: 10/05/2023) |
| 58 | Oct 6, 2023 | PAPERLESS ORDER granting 57 Motion to Appear Pro Hac Vice, Consents to Designation, and Requests to Electronically Receive Notices of Electronic Filing for Attorney Michael Albert. The Court reserves the power to withdraw permission for special appearance at any time. Failure to abide by any court order or failure to appear at any scheduled matter may result in immediate revocation of counsel's pro hac vice status. Local counsel must be ready to adequately represent the party at any time. Signed by Judge Aileen M. Cannon on 10/6/2023. (jf01) (Entered: 10/06/2023) |
| 59 | Oct 6, 2023 | NOTICE of Attorney Appearance by Kathleen B. Douglas on behalf of Jackson County Employees' Retirement System. Attorney Kathleen B. Douglas added to party Jackson County Employees' Retirement System(pty:mov). (Douglas, Kathleen) (Entered: 10/06/2023) |
| 60 | Oct 11, 2023 | Unopposed MOTION to Withdraw as Attorney by Daniel S. Sinnreich for / by David P. Reuter, Eric Silagy, James Robo, Nextera Energy, Inc.. Responses due by 10/25/2023 (Attachments: # 1 Text of Proposed Order Proposed Order Granting Daniel S. Sinnreich's Motion to Withdraw as Counsel of Record)(Martinez-Cid, Jordi) (Entered: 10/11/2023) |
| 61 | Oct 13, 2023 | ORDER granting 60 Motion to Withdraw as Attorney. Daniel S. Sinnreich representing Nextera Energy, Inc. (Defendant) and James Robo (Defendant) and Eric Silagy (Defendant); and David P. Reuter (Defendant); withdrawn from case. Notice of Termination delivered by US Mail to Daniel Sinnreich. Signed by Judge Aileen M. Cannon on 10/13/2023. See attached document for full details. (drz) (Entered: 10/13/2023) |
| 62 | Oct 18, 2023 | PAPERLESS Minute Entry for proceedings held before Judge Aileen M. Cannon: Motion Hearing held on October 18, 2023. The Court heard argument from proposed lead plaintiffs on their Motions for Appointment as Lead Plaintiff 25 27 30 . Order to follow. Total time in court: 1 hour, 25 minutes. Attorney Appearances: Jeffrey C. Block, Chris Gold, Brendan Jarboe, Michael Albert, Kathleen B. Douglas, Thomas H. Przybylowski, Nathan C. Zipperian, Jordi Martinez-Cid, Joshua Hill, Daniel J. Kramer, Andy Hernandez. Court Reporter: Diane Miller, 722-467-2337 / Diane_Miller@flsd.uscourts.gov. Court Reporter: Diane Miller, 772-467-2337 / Diane_Miller@flsd.uscourts.gov. (jf01) (Entered: 10/18/2023) |
| 63 | Oct 26, 2023 | ORDER granting 25 MOTION to Appoint Lead Plaintiff and Appoint Lead Counsel; denying 27 MOTION to Appoint Lead Plaintiff and Appoint Lead Counsel; denying 30 MOTION to Appoint Lead Plaintiff and Appoint Lead Counsel. Signed by Judge Aileen M. Cannon on 10/26/2023. See attached document for full details. (jf01) (Entered: 10/26/2023) |
| | Oct 26, 2023 | Reset Response/Answer Due Deadline: David P. Reuter response/answer due 11/6/2023; Eric Silagy response/answer due 11/6/2023; James Robo response/answer due 11/6/2023; Nextera Energy, Inc. response/answer due 11/6/2023. (ls)(per DE # 63 ) (Entered: 10/27/2023) |
| 64 | Nov 6, 2023 | Joint MOTION for Proposed Schedule re 63 Order on Motion to Appoint Lead Plaintiff,, ,, Order on Motion to Appoint Lead Counsel,,,,, by Retirement Funds. (Attachments: # 1 Text of Proposed Order)(Gold, Christopher) (Entered: 11/06/2023) |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Jastram v. Nextera Energy, Inc. et al, Docket No. 9:23-cv-80882 (S.D. Fla. May 26, 2023), Court Docket

| Entry # | Filing Date | Description |
|---------|-------------|-------------|
| 65 | Nov 13, 2023 | ORDER granting in part 64 Joint Motion for Proposed Schedule. Second Amended Complaint due by 12/1/2023. Signed by Judge Aileen M. Cannon on 11/13/2023. See attached document for full details. (ls) (Entered: 11/13/2023) |
| 66 | Nov 28, 2023 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Mark Byrne. Filing Fee $ 200.00 Receipt # AFLSDC-17103211 by Retirement Funds. Responses due by 12/12/2023 (Attachments: # 1 Certification of Mark Byrne, # 2 Text of Proposed Order)(Gold, Christopher) (Entered: 11/28/2023) |
| 67 | Nov 28, 2023 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Nathan J. Abelman. Filing Fee $ 200.00 Receipt # AFLSDC-17103212 by Retirement Funds. Responses due by 12/12/2023 (Attachments: # 1 Certification of Nathan J. Abelman, # 2 Text of Proposed Order)(Gold, Christopher) (Entered: 11/28/2023) |
| 68 | Dec 1, 2023 | Second AMENDED COMPLAINT for Violation of the Federal Securities Laws against All Defendants, filed by Retirement Funds.(Gold, Christopher) (Entered: 12/01/2023) |
| 69 | Dec 4, 2023 | PAPERLESS ORDER granting 66 67 Motions to Appear Pro Hac Vice, Consents to Designation, and Requests to Electronically Receive Notices of Electronic Filing for Attorneys Mark Byrne and Nathan J. Ableman. Acknowledging the Court's designation of "City of Hollywood Police Officers Retirement System and the Pembroke Pines Firefighters & Police Officers Pension Fund" as "Retirement Funds" [ see ECF No. 63], the party identified in the Motions 66 67 has been added to the case. The Clerk is directed to modify the docket to reflect the full name of the subject party as "City of Hollywood Police Officers Retirement System and the Pembroke Pines Firefighters & Police Officers Pension Fund, a/k/a Retirement Funds." The Court reserves the power to withdraw permission for special appearance at any time. Failure to abide by any court order or failure to appear at any scheduled matter may result in immediate revocation of counsels pro hac vice status. Local counsel must be ready to adequately represent the party at any time. Signed by Judge Aileen M. Cannon on 12/4/2023. (jf01) (Entered: 12/04/2023) |
| 70 | Dec 5, 2023 | NOTICE of Filing Proposed Summons(es) For Florida Power & Light Company by City of Hollywood Police Officers Retirement System and the Pembroke Pines Firefighters & Police Officers Pension Fund re 68 Amended Complaint/Amended Notice of Removal filed by City of Hollywood Police Officers Retirement System and the Pembroke Pines Firefighters & Police Officers Pension Fund (Gold, Christopher) (Entered: 12/05/2023) |
| 71 | Dec 6, 2023 | Summons Issued as to Florida Power & Light Company. (ls) (Entered: 12/06/2023) |
| 72 | Dec 7, 2023 | PAPERLESS ORDER: The Court is in receipt of Plaintiffs' 68 Second Amended Complaint, in which Plaintiffs add a new Defendant, Florida Power & Light Company. To date, there is no indication that Defendant Florida Power & Light Company has been served. In accordance with the Court's 11 Order Requiring Combined Responses, the current deadline for Defendants to file a single combined response or separate answers 65 is TEMPORARILY STAYED until proof of service as to all Defendants is made on the docket. Signed by Judge Aileen M. Cannon on 12/7/2023. (jf01) (Entered: 12/07/2023) |
| 73 | Dec 7, 2023 | SUMMONS (Affidavit) Returned Executed on 68 Amended Complaint/Amended Notice of Removal with a 21 day response/answer filing deadline pursuant to Fed. R. Civ. P. |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Jastram v. Nextera Energy, Inc. et al, Docket No. 9:23-cv-80835 (S.D. Fla. May 26, 2023), Court Docket

| Entry # | Filing Date | Description |
| --- | --- | --- |
| | | 12 by City of Hollywood Police Officers Retirement System and the Pembroke Pines Firefighters & Police Officers Pension Fund. Florida Power & Light Company served on 12/6/2023, response/answer due 12/27/2023. (Gold, Christopher) (Entered: 12/07/2023) |
| 74 | Dec 8, 2023 | MOTION for Extension of Time to file Motion to Dismiss by David P. Reuter, Eric Silagy, Florida Power & Light Company, James Robo, Nextera Energy, Inc.. Attorney Jordi CarloSantiago Martinez-Cid added to party Florida Power & Light Company(pty:dft). Responses due by 12/22/2023 (Attachments: # 1 Text of Proposed Order Granting Motion for Extension of Time)(Martinez-Cid, Jordi) (Entered: 12/08/2023) |
| 75 | Dec 10, 2023 | PAPERLESS ORDER granting 74 Defendants' Unopposed Motion for Enlargement of Time to File a Motion to Dismiss and lifting temporary stay of deadlines 72 . Defendants shall file their combined Motion to Dismiss on or before January 12, 2024. In accordance with the schedule set in the Court's prior Order 65 , Plaintiffs shall file a response in opposition to any motion to dismiss within 21 days of the filing of such a motion, and Defendants may file a reply in support of any motion to dismiss within 14 days of the filing of Plaintiffs' response in opposition. Signed by Judge Aileen M. Cannon on 12/10/2023. (jf01) (Entered: 12/10/2023) |
| 76 | Dec 14, 2023 | Plaintiff's MOTION for Extension of Time to File Response/Reply/Answer Unopposed Motion for Enlargement of Time to Oppose Defendants' Motion to Dismiss by City of Hollywood Police Officers Retirement System and the Pembroke Pines Firefighters & Police Officers Pension Fund. (Attachments: # 1 Text of Proposed Order)(Gold, Christopher) (Entered: 12/14/2023) |
| 77 | Dec 15, 2023 | PAPERLESS ORDER granting Lead Plaintiffs' 76 Unopposed Motion for Enlargement of Time to Oppose Defendants' Motion to Dismiss. Plaintiffs shall file a response in opposition to Defendants' forthcoming motion to dismiss within 28 days of the filing of such a motion, and Defendants may file a reply in support of any motion to dismiss within 14 days of the filing of Plaintiffs' response in opposition. No further extensions to these deadlines will be granted. Signed by Judge Aileen M. Cannon on 12/15/2023. (jf01) (Entered: 12/15/2023) |
| 78 | Jan 5, 2024 | MOTION for Leave to File Excess Pages by David P. Reuter, Eric Silagy, Florida Power & Light Company, James Robo, Nextera Energy, Inc.. (Martinez-Cid, Jordi) (Entered: 01/05/2024) |
| 79 | Jan 8, 2024 | PAPERLESS ORDER granting 78 Defendants' Unopposed Motion for Leave of Court to Exceed Page Limitation. Defendants may file a Motion to Dismiss that does not exceed 25 double-spaced pages using 12-point font. Plaintiffs are granted corresponding relief for their response in opposition. Signed by Judge Aileen M. Cannon on 1/8/2023. (jf01) (Entered: 01/08/2024) |
| 80 | Jan 11, 2024 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Audra J. Soloway. Filing Fee $200.00 Receipt # BFLSDC-17208044 by David P. Reuter, Eric Silagy, Florida Power & Light Company, James Robo, Nextera Energy, Inc.. Responses due by 1/25/2024. (Attachments: # 1 Certification of Audra J. Soloway, # 2 Text of Proposed Order granting Pro Hac Vice Motion)(Martinez-Cid, Jordi) (Entered: 01/11/2024) |
| 81 | Jan 11, 2024 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for David P. Friedman. Filing Fee $ |

Jastram v. Nextera Energy, Inc. et al, Docket No. 9:23-cv-80836 (S.D. Fla. May 26, 2023), Court Docket

| Entry # | Filing Date | Description |
|---|---|---|
| | | 200.00 Receipt # AFLSDC-17208242 by David P. Reuter, Eric Silagy, Florida Power & Light Company, James Robo, Nextera Energy, Inc.. Responses due by 1/25/2024. (Attachments: # 1 Certification of David P. Friedman, # 2 Text of Proposed Order granting Pro Hac Vice Motion)(Martinez-Cid, Jordi) (Entered: 01/11/2024) |
| 82 | Jan 11, 2024 | Corporate Disclosure Statement by Florida Power & Light Company identifying Corporate Parent NextEra Energy, Inc. for Florida Power & Light Company (Martinez-Cid, Jordi) Modified Text on 1/12/2024 (ls). (Entered: 01/11/2024) |
| 83 | Jan 12, 2024 | MOTION TO DISMISS 68 Amended Complaint/Amended Notice of Removal FOR FAILURE TO STATE A CLAIM by David P. Reuter, Eric Silagy, Florida Power & Light Company, James Robo, NextEra Energy, Inc.. Responses due by 1/26/2024. (Attachments: # 1 Affidavit Sworn Declaration of Audra J. Soloway, # 2 Exhibit Ex. A - 2021.12.02 OS Article, # 3 Exhibit Ex. B - 2022.06.24 OS Article, # 4 Exhibit Ex. C - 2022.09.07 Call Transcript, # 5 Exhibit Ex. D - FEC Complaint, # 6 Exhibit Ex. E - 2022.10.28 Call Transcript, # 7 Exhibit Ex. F - NEE Q3 2022 10Q, # 8 Exhibit Ex. G - Share Price Data, # 9 Exhibit Ex. H - 2023.01.25 NEE News Release, # 10 Exhibit Ex. I - 2023.01.26 BofA Report, # 11 Exhibit Ex. J - 2023.01.25 NEE 8-K, # 12 Exhibit Ex. K - 2023.01.25 NEE 8-K, # 13 Exhibit Ex. L - 2023.01.25 Call Transcript, # 14 Exhibit Ex. M - 2023.01.30 BofA Report, # 15 Exhibit Ex. N - 2023.01.23 FTU Article, # 16 Exhibit Ex. O - 2022.02.01 Robo F4, # 17 Exhibit Ex. P - 2022.02.22 Robo F4, # 18 Exhibit Ex. Q - 2022.03.10 Robo F4, # 19 Exhibit Ex. R - 2021.12.02 Silagy F4, # 20 Exhibit Ex. S - 2022.02.22 Silagy F4, # 21 Exhibit Ex. T - 2022.06.03 Silagy F4, # 22 Exhibit Ex. U - 2022.06.24 FTU Article, # 23 Exhibit Ex. V - NEE FY 2022 10-K, # 24 Exhibit Ex. W - NEE Q2 2022 10-Q, # 25 Exhibit Ex. X - NEE Q1 2022 10-Q, # 26 Exhibit Ex. Y - NEE FY 2021 10-K, # 27 Exhibit Ex. Z - 2023.01.25 Evercore Report)(Martinez-Cid, Jordi) (Entered: 01/12/2024) |
| 84 | Jan 15, 2024 | PAPERLESS ORDER granting 80 81 Motions to Appear Pro Hac Vice, Consents to Designation, and Requests to Electronically Receive Notices of Electronic Filing for Attorneys Audra J. Soloway and David P. Friedman. The Court reserves the power to withdraw permission for special appearance at any time. Failure to abide by any court order or failure to appear at any scheduled matter may result in immediate revocation of counsel's pro hac vice status. Local counsel must be ready to adequately represent the party at any time. Signed by Judge Aileen M. Cannon on 1/15/2024. (jf01) (Entered: 01/15/2024) |
| 85 | Feb 9, 2024 | RESPONSE in Opposition re 83 MOTION TO DISMISS 68 Amended Complaint/ Amended Notice of Removal FOR FAILURE TO STATE A CLAIM filed by City of Hollywood Police Officers Retirement System and the Pembroke Pines Firefighters & Police Officers Pension Fund. Replies due by 2/16/2024. (Attachments: # 1 Declaration of Chris Gold In support of Memorandum of Law, # 2 Exhibit A to Declaration of Chris Gold)(Gold, Christopher) (Entered: 02/09/2024) |
| 86 | Feb 9, 2024 | MEMORANDUM in Opposition re 83 MOTION TO DISMISS 68 Amended Complaint/ Amended Notice of Removal FOR FAILURE TO STATE A CLAIM by City of Hollywood Police Officers Retirement System and the Pembroke Pines Firefighters & Police Officers Pension Fund. (ls)(See Image at DE # 85 ) (Entered: 02/12/2024) |
| 87 | Feb 12, 2024 | Clerk's Notice to Filer re 85 Response in Opposition to Motion,. Wrong Event Selected; ERROR - The Filer selected the wrong event. The document was re-docketed by the Clerk, see [de#86]. It is not necessary to refile this document. (ls) (Entered: 02/12/ 2024) |

Jastram v. Nextera Energy, Inc. et al, Docket No. 9:23-cv-80837 (S.D. Fla. May 26, 2023), Court Docket

| Entry # | Filing Date | Description |
|---|---|---|
| 88 | Feb 19, 2024 | Unopposed MOTION for Leave to File Excess Pages by David P. Reuter, Eric Silagy, Florida Power & Light Company, James Robo, NextEra Energy, Inc.. Attorney Andy Hernandez added to party Florida Power & Light Company(pty:dft). (Hernandez, Andy) (Entered: 02/19/2024) |
| 89 | Feb 20, 2024 | PAPERLESS ORDER granting 88 Defendants' Unopposed Motion for Leave to Exceed Page Limitation. Defendants may file a reply in support of their Motion to Dismiss that does not exceed 15 double-spaced pages using 12-point font. Signed by Judge Aileen M. Cannon on 2/20/2024. (jf01) Modified Text on 2/20/2024 (ls). (Entered: 02/20/2024) |
| 90 | Feb 23, 2024 | REPLY to Response to Motion re 83 MOTION TO DISMISS 68 Amended Complaint/ Amended Notice of Removal FOR FAILURE TO STATE A CLAIM filed by David P. Reuter, Eric Silagy, Florida Power & Light Company, James Robo, NextEra Energy, Inc.. (Attachments: # 1 Affidavit of Audra J. Soloway, # 2 Exhibit FTU Article, # 3 Exhibit OS Article)(Martinez-Cid, Jordi) (Entered: 02/23/2024) |
| 91 | Mar 28, 2024 | MOTION/REQUEST for Judicial Notice in support re 83 MOTION TO DISMISS 68 Amended Complaint/Amended Notice of Removal FOR FAILURE TO STATE A CLAIM by David P. Reuter, Eric Silagy, Florida Power & Light Company, James Robo, NextEra Energy, Inc.. (Attachments: # 1 Affidavit Affidavit of A. Soloway, # 2 Exhibit NextEra Energy Press Release)(Martinez-Cid, Jordi) Modified to add document link on 3/29/2024 (ls). (Entered: 03/28/2024) |
| 92 | Mar 29, 2024 | Clerk's Notice to Filer re 91 MOTION for Judicial Notice . Document Not Linked; ERROR - The filed document was not linked to the related docket entry. The correction was made by the Clerk. It is not necessary to refile this document. (ls) (Entered: 03/29/2024) |
| 93 | Apr 1, 2024 | MEMORANDUM in Opposition re 91 MOTION for Judicial Notice by City of Hollywood Police Officers Retirement System and the Pembroke Pines Firefighters & Police Officers Pension Fund. (Gold, Christopher) (Entered: 04/01/2024) |
| 94 | Apr 8, 2024 | REPLY to Response to Motion re 91 MOTION for Judicial Notice filed by David P. Reuter, Eric Silagy, Florida Power & Light Company, James Robo, NextEra Energy, Inc.. (Martinez-Cid, Jordi) (Entered: 04/08/2024) |
| 95 | Apr 11, 2024 | PAPERLESS ORDER granting 91 Defendants' Request for Judicial Notice of NextEra Energy, Inc.'s March 12, 2024 press release [91-2]. Upon review of the Motion and related filings 93 94 , the Court takes judicial notice of the press release for the limited purpose of noting the existence of its contents, not to prove the truth of the information contained therein. Signed by Judge Aileen M. Cannon on 4/11/2024. (mdo) (Entered: 04/11/2024) |
| 96 | Apr 12, 2024 | PAPERLESS NOTICE of Hearing on Motion 83 MOTION TO DISMISS 68 Amended Complaint/Amended Notice of Removal FOR FAILURE TO STATE A CLAIM : Motion Hearing set for 5/8/2024 09:30 AM in Fort Pierce Division before Judge Aileen M. Cannon. (tci) (Entered: 04/12/2024) |
| 97 | Apr 15, 2024 | ORDER OF RECUSAL. Magistrate Judge Bruce E. Reinhart recused. Case reassigned to Magistrate Judge William Matthewman for all further proceedings. Signed by Magistrate Judge Bruce E. Reinhart on 4/12/2024. See attached document for full details. (jmd) (Main Document 97 replaced on 4/15/2024) (jmd). (Entered: 04/15/2024) |
| 98 | Apr 18, 2024 | MOTION to Continue Motion Hearing Date by David P. Reuter, Eric Silagy, Florida |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

| Entry # | Filing Date | Description |
|---|---|---|
|  |  | Power & Light Company, James Robo, NextEra Energy, Inc.. Responses due by 5/2/2024. (Hernandez, Andy) (Entered: 04/18/2024) |
| 99 | Apr 19, 2024 | PAPERLESS ORDER granting 98 Defendants' Unopposed Motion to Continue Motion Hearing on 83 Motion to Dismiss 68 Amended Complaint/Amended Notice of Removal for failure to state a claim. Hearing is reset for 5/13/2024 01:30 PM in Fort Pierce Division before Judge Aileen M. Cannon. No further continuances of the hearing date will be granted. Signed by Judge Aileen M. Cannon on 4/19/2024. (tci) (Entered: 04/19/2024) |
| 100 | May 9, 2024 | Unopposed MOTION to Bring Electronic Equipment into the courtroom by David P. Reuter, Eric Silagy, Florida Power & Light Company, James Robo, NextEra Energy, Inc.. Responses due by 5/23/2024. (Hernandez, Andy) (Entered: 05/09/2024) |
| 101 | May 9, 2024 | NOTICE of Attorney Appearance by Robert David Klausner on behalf of City of Hollywood Police Officers Retirement System and the Pembroke Pines Firefighters & Police Officers Pension Fund. Attorney Robert David Klausner added to party City of Hollywood Police Officers Retirement System and the Pembroke Pines Firefighters & Police Officers Pension Fund(pty:pla). (Klausner, Robert) (Entered: 05/09/2024) |
| 102 | May 10, 2024 | ORDER granting 100 Motion to Bring Electronic Equipment into the courtroom. Signed by Judge Aileen M. Cannon on 5/10/2024. See attached document for full details. (tci) (Entered: 05/10/2024) |
| 103 | May 10, 2024 | NOTICE of Change of Address, Email or Law Firm Name by Christopher Chagas Gold (Gold, Christopher) (Entered: 05/10/2024) |
| 104 | May 10, 2024 | CLERK'S NOTICE - Attorney Admissions has updated the address and email information as submitted through attorneys PACER account for attorney Christopher Chagas Gold (pt) (Entered: 05/10/2024) |
| 105 | May 17, 2024 | NOTICE of Compliance by David P. Reuter, Eric Silagy, Florida Power & Light Company, James Robo, NextEra Energy, Inc. (Attachments: # 1 Exhibit A (Demonstratives), # 2 Exhibit B (Citation Guide), # 3 Exhibit C (Derivative Suit Order) (Hernandez, Andy) (Entered: 05/17/2024) |
| 106 | May 17, 2024 | PAPERLESS Minute Entry for proceedings held on May 13, 2024, before Judge Aileen M. Cannon: Hearing held on 83 Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint 68 . Order following hearing to follow. Total time in court: 130 minutes. Attorney Appearances: Sean Michael Sendra, Jeffrey C. Block, Jacob A. Walker, Brendan Jarboe, Jordi Martinez-Cid, Audra J. Soloway, Daniel J. Kramer, Joshua Hill Jr., David P. Friedman, and Kevin P. Madden. Court Reporter: Laura Melton, 305-523-5633 / Laura_Melton@flsd.uscourts.gov. (mdo) (Entered: 05/17/2024) |
| 107 | May 20, 2024 | ORDER Following Hearing. Signed by Judge Aileen M. Cannon on 5/20/2024. See attached document for full details. (ls) (Entered: 05/20/2024) |
| 108 | May 20, 2024 | "STRICKEN" Plaintiff's NOTICE by City of Hollywood Police Officers Retirement System and the Pembroke Pines Firefighters & Police Officers Pension Fund re 107 Order (Attachments: # 1 Exhibit Exhibit A -Plaintiffs' Citation Guide, # 2 Exhibit Exhibit B - demonstrative guide to the Second Amended Complaint) (Klausner, Robert) Modified on 5/22/2024 (ls). (per DE #111) (Entered: 05/20/2024) |
| 109 | May 20, 2024 | STATUS REPORT (Joint) by David P. Reuter, Eric Silagy, Florida Power & Light Company, James Robo, NextEra Energy, Inc. (Hernandez, Andy) (Entered: 05/20/ |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Jastram v. Nextera Energy, Inc. et al, Docket No. 9:23-cv-80833 (S.D. Fla. May 26, 2023), Court Docket

| Entry # | Filing Date | Description |
|---|---|---|
| | | 2024) |
| 110 | May 21, 2024 | Clerk's Notice to Filer re 108 Notice (Other),. Login/Signature Block Violation; CORRECTIVE ACTION REQUIRED WITHIN 3 DAYS - The name of attorney e-filing this document via their CM/ECF login does not match the name of attorney on the signature block of the document. The name used for login must match typed name on signature block of the document. This filing is a violation of Section 3J(1) of CM/ECF Admin Procedures and LR 5.1(b). Filer must File a Notice of Striking, then refile document pursuant to CM/ECF Admin Procedures and Local Rules. AND Docket Text Does Not Match Document; ERROR - The Filer failed to enter a title in the docket text that matches the title of the document. (ls) (Entered: 05/21/2024) |
| 111 | May 21, 2024 | NOTICE of Striking 108 Notice (Other), filed by City of Hollywood Police Officers Retirement System and the Pembroke Pines Firefighters & Police Officers Pension Fund by City of Hollywood Police Officers Retirement System and the Pembroke Pines Firefighters & Police Officers Pension Fund (Klausner, Robert) (Entered: 05/21/2024) |
| 112 | May 21, 2024 | Plaintiff's NOTICE of Supplemental Filing by City of Hollywood Police Officers Retirement System and the Pembroke Pines Firefighters & Police Officers Pension Fund re 107 Order (Attachments: # 1 Exhibit Exhibit A Citation Guide, # 2 Exhibit Exhibit B Demonstrative Presentation) (Klausner, Robert) (Entered: 05/21/2024) |
| 113 | May 24, 2024 | MOTION to Strike Plaintiffs' Demonstrative by David P. Reuter, Eric Silagy, Florida Power & Light Company, James Robo, NextEra Energy, Inc.. Responses due by 6/7/2024. (Attachments: # 1 Exhibit A (Email Correspondence)(Hernandez, Andy) (Entered: 05/24/2024) |
| 114 | May 25, 2024 | TRANSCRIPT of Motion Hearing held on 5/13/2024 before Judge Aileen M. Cannon, 1-112 pages, Court Reporter: Laura Melton, 772-467-2327 / Laura_Melton@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/17/2024. Redacted Transcript Deadline set for 6/25/2024. Release of Transcript Restriction set for 8/23/2024. (Melton, Laura) (Entered: 05/25/2024) |
| 115 | May 28, 2024 | PAPERLESS ORDER denying, with clarification, 113 Defendants' Motion to Strike Plaintiffs' Demonstrative, submitted in Plaintiffs' Notice of Filing [112-2]. Although Defendants are correct that Plaintiffs' Demonstrative goes beyond the citation guide authorized in the Court's Order Following Hearing and discussed during the hearing 107 , the Court elects under the circumstances, and in the interests of parity given Defendants' accepted demonstrative, to accept Plaintiffs' demonstrative in its overall consideration of the Motion to Dismiss. That said, the Court also considers the substance of Defendants' Motion to Strike to the extent it contains a substantive response to Plaintiffs' unauthorized demonstrative. No additional briefing on the Motion to Strike or on the Motion to Dismiss is permitted. Signed by Judge Aileen M. Cannon on 5/28/2024. (mdo) (Entered: 05/28/2024) |
| 116 | Jun 28, 2024 | NOTICE of Change of Address/Contact Information; by Nathan C. Zipperian. Attorney Nathan C. Zipperian added to party Maha Jastram(pty:pla). Attorney Nathan C. Zipperian added to party Maha Jastram(pty:pla). (Zipperian, Nathan) (Entered: 06/28/2024) |
| 117 | Jul 1, 2024 | CLERK'S NOTICE - Attorney Admissions has updated the address information as |

| Entry # | Filing Date | Description |
|---------|-------------|-------------|
| | | submitted through attorneys PACER account for attorney Nathan C. Zipperian (pt) (Entered: 07/01/2024) |
| 118 | Sep 27, 2024 | ORDER granting 83 Motion to Dismiss. Closing Case. Motions Terminated: 83 MOTION TO DISMISS 68 Amended Complaint/Amended Notice of Removal FOR FAILURE TO STATE A CLAIM filed by Eric Silagy, NextEra Energy, Inc., David P. Reuter, Florida Power & Light Company, James Robo. Signed by Judge Aileen M. Cannon on 9/27/2024. See attached document for full details. (drz) (Entered: 09/27/2024) |
| 119 | Oct 16, 2024 | Notice of Appeal re DE 118 Order by City of Hollywood Police Officers Retirement System and the Pembroke Pines Firefighters & Police Officers Pension Fund. Filing fee $ 605.00 receipt number AFLSDC-17910631. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under All Forms and look for Transcript Order Form www.flsd.uscourts.gov/forms/all-forms. (Attachments: # 1 Exhibit)(Klausner, Robert) Modified text on 10/17/2024 to create docket entry relationship (apz). (Entered: 10/16/2024) |
| | Oct 17, 2024 | Transmission of Notice of Appeal, Order under appeal, and Docket Sheet to US Court of Appeals re 119 Notice of Appeal, Notice has been electronically mailed. (apz) (Entered: 10/17/2024) |
| 120 | Oct 18, 2024 | Acknowledgment of Receipt of NOA from USCA re 119 Notice of Appeal, filed by City of Hollywood Police Officers Retirement System and the Pembroke Pines Firefighters & Police Officers Pension Fund. Date received by USCA: 10/17/2024. USCA Case Number: 24-13372-D. (apz) (Entered: 10/18/2024) |
| 121 | Oct 30, 2024 | TRANSCRIPT ORDER FORM filed by City of Hollywood Police Officers Retirement System and the Pembroke Pines Firefighters & Police Officers Pension Fund re 119 Notice of Appeal,, filed by City of Hollywood Police Officers Retirement System and the Pembroke Pines Firefighters & Police Officers Pension Fund. No Transcript Requested. (Klausner, Robert) (Entered: 10/30/2024) |
| 122 | Mar 7, 2025 | Pursuant to 11th Cir. R. 11-2 and 11th Cir. R. 11-3, the Clerk of the District Court for the Southern District of Florida certifies that the record is complete for purposes of this appeal re: 119 Notice of Appeal, Appeal No. 24-13372-HH. The entire record on appeal is available electronically. (apz) (Entered: 03/07/2025) |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service