# EXHIBIT H

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JUDY GRAY JOHNSON,**

      **Plaintiff,**

v.                                **Case No: 6:23-cv-982-PGB-LHP**

**LUMINAR TECHNOLOGIES,
INC. and MIKE MCAULIFFE,**

      **Defendants.**

_____/

## ORDER

This cause comes before the Court on the parties' Stipulation Continuing Date Upon Which Responsive Pleading Is Due. (Doc. 9). The parties correctly note this action is subject to the Private Securities Litigation Reform Act of 1995 (the "Reform Act"), 15 U.S.C. § 78u-4, *et seq.*, which establishes mandatory procedures for the selection of a lead plaintiff and counsel to oversee the putative class action brought under federal securities laws. Due to these procedural requirements, the parties jointly request the Court continue the date upon which Defendants' responsive filings are due. (*Id.*).

For the aforementioned reasons, it is **ORDERED AND ADJUDGED** as follows:

1.      Defendants are not required to answer, move against, or otherwise respond to Plaintiff's Complaint unless it is designated as the

operative complaint by the Court-appointed lead plaintiff under the schedule below.

2. The Court-appointed lead plaintiff shall have **sixty (60) days** after appointment to file an amended or consolidated complaint or, alternatively, to designate the initial Complaint as the operative complaint.

3. Defendants shall answer, move against, or otherwise respond to the operative complaint within **sixty (60) days** after the Court-appointed lead plaintiff (a) files an amended or consolidated complaint, or (b) designates the initial Complaint as the operative complaint.

4. The Court-appointed lead plaintiff shall have **sixty (60) days** to oppose any motions Defendants may file to dismiss the operative complaint.

5. Defendants' replies shall be due **thirty (30) days** after the filing of the Court-appointed lead plaintiff's opposition papers.

6. The deadline for filing a Case Management Report is **TOLLED** until further order of the Court.

**DONE AND ORDERED** in Orlando, Florida on June 14, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

3