# EXHIBIT I

Klein v. Micron Technology, Inc. et al, Docket No. 9:25-cv-80040 (S.D. Fla. Jan 09, 2025), Court Docket

**Current on Bloomberg Law as of** 2025-10-01 18:00:55

**U.S. District Court**
**Southern District of Florida (West Palm Beach)**
**CIVIL DOCKET FOR CASE #: 9:25-cv-80040-DMM**

# Klein v. Micron Technology, Inc. et al

| | |
|---|---|
| **Date Filed:** | Jan 9, 2025 |
| **Status:** | Closed |
| **Nature of suit:** | 850 Securities/Commodities |
| **Assigned to:** | Judge Donald M. Middlebrooks |
| **Cause:** | 15:0078 Securities Exchange Act |
| **Date terminated:** | 2025-04-02 |
| **Jurisdiction:** | Federal Question |
| **Jury demand:** | Plaintiff |
| **Referred to:** | Magistrate Judge William Matthewman |

# Parties and Attorneys

| Plaintiff | **Shlomo (Steve) Klein** |
|---|---|
| | Individually and on Behalf of All Others Similarly Situated |

| Representation | **Nathan C. Zipperian** | **James M. LoPiano** |
|---|---|---|
| | *Miller Shah LLP* | *Pomerantz LLP* |
| | 2103 N. Commerce Parkway | 600 Third Avenue, 20th Floor |
| | Fort Lauderdale, FL 33326 | New York, NY 10016 |
| | (866) 540-5505 | (212) 661-1100 |
| | Fax: (866) 300-7367 | jlopiano@pomlaw.com |
| | nczipperian@millershah.com | PRO HAC VICE |
| | LEAD ATTORNEY | ATTORNEY TO BE NOTICED |
| | ATTORNEY TO BE NOTICED | |

**Bloomberg Law**®    © 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Klein v. Micron Technology, Inc. et al, Docket No. 9:25-cv-80040 (S.D. Fla. Jan 09, 2025), Court Docket

|  |  |  |
|---|---|---|
| | **Jeremy A. Lieberman** | **Jayne Arnold Goldstein** |
| | *Pomerantz, LLP* | *Shepherd Finkelman Miller & Shah LLP* |
| | 600 Third Avenue | 1625 N. Commerce Parkway |
| | 20th Floor | Suite 320 |
| | New York, NY 10016 | Ft. Lauderdale, FL 33326 |
| | (212) 661-1100 | (954) 903-3170 |
| | Fax: (212) 661-8665 | Fax: (866) 300-7367 |
| | jalieberman@pomlaw.com | jagoldstein@millershah.com |
| | PRO HAC VICE | ATTORNEY TO BE NOTICED |
| | ATTORNEY TO BE NOTICED | |

---

**Plaintiff**      **Zane Bianucci**

   **Representation**      **Etan Mark**
*Mark Migdal & Hayden*
80 SW 8th Street
Suite 1999
Miami, FL 33130
(305) 374-0440
etan@markmigdal.com
ATTORNEY TO BE NOTICED

---

**Defendant**      **Micron Technology, Inc.**

   **Representation**      **Betty Chang Rowe**                    **Gregory L. Watts**
*Wilson Sonsini Goodrich & Rosati*                          *Wilson Sonsini Goodrich & Rosati, P.A.*
650 Page Mill Road                                              701 Fifth Avenue, Suite 5100
Palo Alto, CA 94304-1050                                    Seattle, WA 98014
(650) 849-3096                                                    (206) 883-2500
browe@wsgr.com                                                gwatts@wsgr.com
ATTORNEY TO BE NOTICED                              PRO HAC VICE
                                                                        ATTORNEY TO BE NOTICED

---

**Defendant**      **Sanjay Mehrotra**

   **Representation**      **Betty Chang Rowe**                    **Gregory L. Watts**

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Klein v. Micron Technology, Inc. et al, Docket No. 9:25-cv-80039 (S.D. Fla. Jan 09, 2025), Court Docket

|  | (See above for address) | (See above for address) |
|---|---|---|
|  | ATTORNEY TO BE NOTICED | PRO HAC VICE |
|  |  | ATTORNEY TO BE NOTICED |

| **Defendant** | **Mark Murphy** | |
|---|---|---|
| **Representation** | **Betty Chang Rowe** | **Gregory L. Watts** |
|  | (See above for address) | (See above for address) |
|  | ATTORNEY TO BE NOTICED | PRO HAC VICE |
|  |  | ATTORNEY TO BE NOTICED |

# Docket Entries

Numbers shown are court assigned numbers.

| Entry # | Filing Date | Description |
|---|---|---|
| 1 | Jan 9, 2025 | COMPLAINT against Sanjay Mehrotra, Micron Technology, Inc., Mark Murphy. Filing fees $ 405.00 receipt number AFLSDC-18106493, filed by Shlomo (Steve) Klein. (Attachments: # 1 Civil Cover Sheet, # 2 Summon(s) Micron Technology, Inc., # 3 Summon(s) Sanjay Mehrotra, # 4 Summon(s) Mark Murphy)(Goldstein, Jayne) (Entered: 01/09/2025) |
| 2 | Jan 9, 2025 | Clerks Notice of Judge Assignment to Judge Donald M. Middlebrooks. Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge William Matthewman is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. Pro se (NON-PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON-PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of our website. (amb) (Entered: 01/10/2025) |
| 3 | Jan 10, 2025 | Summons Issued as to Sanjay Mehrotra, Micron Technology, Inc., Mark Murphy. (amb) (Entered: 01/10/2025) |
| 4 | Jan 13, 2025 | Bar Letter re: Admissions sent to attorney James M. LoPiano, mailing date January 13, 2025 (nwn) (Entered: 01/13/2025) |
| 5 | Jan 14, 2025 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for James M. LoPiano. Filing Fee $ 250.00 Receipt # AFLSDC-18116637 by Shlomo (Steve) Klein. Responses due by 1/28/2025. (Attachments: # 1 Certification of James M. LoPiano, # 2 Text of Proposed Order)(Goldstein, Jayne) (Entered: 01/14/2025) |
| 6 | Jan 15, 2025 | PAPERLESS ORDER granting 5 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney(s) James M. LoPiano. Signed by Judge Donald M. Middlebrooks on 1/15/ |

Klein v. Micron Technology, Inc. et al, Docket No. 9:25-cv-80040 (S.D. Fla. Jan 09, 2025), Court Docket

| Entry # | Filing Date | Description |
|---------|-------------|-------------|
| | | 2025. (kid) (Entered: 01/15/2025) |
| 7 | Feb 21, 2025 | NOTICE of Attorney Appearance by Betty Chang Rowe on behalf of Micron Technology, Inc., Sanjay Mehrotra, Mark Murphy. Attorney Betty Chang Rowe added to party Micron Technology, Inc.(pty:dft), Attorney Betty Chang Rowe added to party Sanjay Mehrotra(pty:dft), Attorney Betty Chang Rowe added to party Mark Murphy(pty:dft). (Rowe, Betty) (Entered: 02/21/2025) |
| 8 | Feb 21, 2025 | Corporate Disclosure Statement by Micron Technology, Inc. (Rowe, Betty) (Entered: 02/21/2025) |
| 9 | Feb 26, 2025 | ORDER REFERRING CASE AND SETTING TRIAL DATE. SCHEDULING ORDER: ( Jury Trial set for 9/22/2025 09:00 AM in West Palm Beach Division before Judge Donald M. Middlebrooks., Calendar Call set for 9/17/2025 01:15 PM in West Palm Beach Division before Judge Donald M. Middlebrooks.), ORDER REFERRING CASE to Magistrate Judge William Matthewman for Pretrial Non-Dispositive Matters (to conduct a Scheduling Conference, pursuant to Local Rule 16.1.B, for the purpose of setting pre-trial deadline dates, for determining possible consent to the jurisdiction of the Magistrate Judge for trial, and for the purpose of setting any settlement conferences in lieu of or in addition to mediation if the parties so request.). Signed by Judge Donald M. Middlebrooks on 2/26/2025. See attached document for full details. (amb) Pattern Jury Instruction Builder - To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here. (Entered: 02/26/2025) |
| 10 | Feb 27, 2025 | PAPERLESS ORDER SETTING SCHEDULING CONFERENCE: Scheduling Conference set for 03/12/2025 at 11:00 AM in the West Palm Beach Division before U.S. Magistrate Judge William Matthewman to take place via Zoom Video Teleconference (VTC). Any motions to modify the existing trial date should be filed two (2) business days prior to the Scheduling Conference. Motions to modify the trial date must specifically state the basis for the request, including detailed factual support, and must provide a compelling reason. The parties are further advised that the Court is strongly disinclined to modify the trial date based upon the scheduling "tracks" contained within the Local Rules and/or based upon vague references to the complexities of the case. To log in through ZoomGov Meeting, use Meeting ID: 160 540 3826 and Passcode: 246129. All counsel shall appear by both audio and video. Because of the expedited nature of the conference, the parties are relieved of Local Rule 16.1(b)'s conference report requirement. Signed by Magistrate Judge William Matthewman on 2/27/2025. (no00) (Entered: 02/27/2025) |
| 11 | Feb 27, 2025 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Gregory L. Watts. Filing Fee $ 250.00 Receipt # AFLSDC-18240769 by Micron Technology, Inc., Sanjay Mehrotra, Mark Murphy. Responses due by 3/13/2025. (Attachments: # 1 Certification of Gregory L. Watts, # 2 Text of Proposed Order)(Rowe, Betty) (Entered: 02/27/2025) |
| 12 | Mar 4, 2025 | PAPERLESS ORDER granting 11 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney(s) Gregory L. Watts. Signed by Judge Donald M. Middlebrooks on 3/4/2025. (kid) (Entered: 03/04/2025) |
| 13 | Mar 4, 2025 | WAIVER OF SERVICE Returned Executed by Shlomo (Steve) Klein. Micron Technology, Inc. waiver sent on 1/16/2025, response/answer due 3/17/2025. |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

| Entry # | Filing Date | Description |
|---|---|---|
| | | (Goldstein, Jayne) (Entered: 03/04/2025) |
| 14 | Mar 4, 2025 | WAIVER OF SERVICE Returned Executed by Shlomo (Steve) Klein. Sanjay Mehrotra waiver sent on 1/16/2025, response/answer due 3/17/2025. (Goldstein, Jayne) (Entered: 03/04/2025) |
| 15 | Mar 4, 2025 | WAIVER OF SERVICE Returned Executed by Shlomo (Steve) Klein. Mark Murphy waiver sent on 1/16/2025, response/answer due 3/17/2025. (Goldstein, Jayne) (Entered: 03/04/2025) |
| 16 | Mar 4, 2025 | Joint Motion to Continue/Adjourn Scheduling Conference and Associated Deadlines by Shlomo (Steve) Klein. Responses due by 3/18/2025. (Attachments: # 1 Text of Proposed Order)(Goldstein, Jayne) Modified Relief on 3/5/2025 (ls). Added MOTION for Extension of Time to File Response/Reply/Answer as to 1 Complaint, on 3/5/2025 (ls). (Entered: 03/04/2025) |
| 17 | Mar 5, 2025 | Clerk's Notice to Filer re 16 Joint MOTION for Extension of Time (Joint Motion to Adjourn Scheduling Conference and Associated Deadlines and Extend Defendants' Time to Respond to Complaint) re 10 Order,,,,, Set/Reset Hearings,,,, 1 Complaint,. Motion with Multiple Reliefs Filed as One Relief; ERROR - The Filer selected only one relief event and failed to select the additional corresponding events for each relief requested in the motion. The docket entry was corrected by the Clerk. It is not necessary to refile this document but future filings must comply with the instructions in the CM/ECF Attorney User's Manual.AND Filer Selected the Wrong Motion Relief(s); ERROR - The Filer selected the wrong motion relief(s) when docketing the motion. The correction was made by the Clerk. It is not necessary to refile this document but future motions filed must include applicable reliefs. (ls) (Entered: 03/05/2025) |
| 18 | Mar 5, 2025 | ORDER REFERRING SCHEDULING MOTION 16 Joint Motion to Continue/Adjourn Scheduling Conference and Associated Deadlines MOTION for Extension of Time to File Response/Reply/Answer as to 1 Complaint. Motions referred to Judge William Matthewman for resolution. Signed by Judge Donald M. Middlebrooks on 3/5/2025. See attached document for full details. (jas) (Entered: 03/06/2025) |
| 19 | Mar 6, 2025 | PAPERLESS ORDER granting in part and denying in part 16 the Joint Motion to Adjourn Scheduling Conference and Associated Deadlines and Extend Defendants' Time to Respond to Complaint. On or before March 10, 2025, Plaintiff or other members of the putative class shall move this Court to serve as lead plaintiff(s) and for their chosen selection of counsel to be appointed as lead counsel on behalf of the class. The Scheduling Conference in this case is RE-SET for March 24, 2025, at 2:00 p.m. in the West Palm Beach Division before U.S. Magistrate Judge William Matthewman to take place via Zoom Video Teleconference (VTC). At that time, the Court will discuss with the parties the deadline for filing an amended and/or a consolidated complaint or designating the initial Complaint as the operative complaint. The Court intends to move this case forward expeditiously and will not lightly grant any motion to extend deadlines or continue the Scheduling Conference. Any motions to modify the existing trial date should be filed at least two (2) business days prior to the Scheduling Conference. Motions to modify the trial date must specifically state the basis for the request, including detailed factual support, must provide a compelling reason(s) and address the due diligence of the parties in attempting to comply with the Court's deadlines. The parties are further advised that the Court is strongly disinclined to modify the trial date based upon the scheduling "tracks" contained within the Local Rules and/or based upon vague references to the complexities of the case. To log in |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Klein v. Micron Technology, Inc. et al, Docket No. 9:25-cv-80041 (S.D. Fla. Jan 09, 2025), Court Docket

| Entry # | Filing Date | Description |
|---|---|---|
| | | through ZoomGov Meeting, use Meeting ID: 160 540 3826 and Passcode: 246129. All counsel shall appear by both audio and video. Because of the expedited nature of the conference, the parties are relieved of Local Rule 16.1(b)'s conference report requirement. Signed by Magistrate Judge William Matthewman on 3/6/2025. (no00) (Entered: 03/06/2025) |
| 20 | Mar 10, 2025 | MOTION to Appoint Lead Counsel Levi & Korsinsky, LLP ( Responses due by 3/24/ 2025.), MOTION to Appoint Lead Plaintiff Kevin D. Long by Kevin D Long. Attorney Cullin Avram O'Brien added to party Kevin D Long(pty:mov). (Attachments: # 1 Memorandum Memorandum of Law in Support of Motion, # 2 Affidavit Declaration in Support of Motion, # 3 Exhibit Exhibit A - PSLRA Certification, # 4 Exhibit Exhibit B - Loss Chart, # 5 Exhibit Exhibit C- PSLRA Notice, # 6 Exhibit Exhibit D - Individual Declaration, # 7 Exhibit Exhibit E - Firm Resume of Levi Korsinsky, # 8 Exhibit Exhibit F - Firm Resume of Cullin O'Brien)(O'Brien, Cullin) (Entered: 03/10/2025) |
| 21 | Mar 10, 2025 | MOTION to Appoint Lead Plaintiff Zane Bianucci AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL AND INCORPORATED MEMORANDUM OF LAW by Zane Bianucci. Attorney Etan Mark added to party Zane Bianucci(pty:pla). Responses due by 3/24/2025. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Mark, Etan) (Entered: 03/10/2025) |
| 22 | Mar 10, 2025 | MOTION to Appoint Lead Plaintiff Morris Zelikovsky, Ronald Timms, and David A. Milman by Morris Zelikovsky, Ronald Timms, David A Milman. Attorney Jayne Arnold Goldstein added to party Morris Zelikovsky(pty:mov), Attorney Jayne Arnold Goldstein added to party Ronald Timms(pty:mov), Attorney Jayne Arnold Goldstein added to party David A Milman(pty:mov). Responses due by 3/24/2025. (Attachments: # 1 Text of Proposed Order, # 2 Declaration of Jayne A. Goldstein, # 3 Exhibit A - Damages Analysis, # 4 Exhibit B - Shareholder Certifications, # 5 Exhibit C - PSLRA Notice, # 6 Exhibit D - Joint Declaration, # 7 Exhibit E - Pomerantz Firm Resume, # 8 Exhibit F - Rosen Firm Resume, # 9 Exhibit G - Miller Shah Resume)(Goldstein, Jayne) (Entered: 03/10/2025) |
| 23 | Mar 13, 2025 | NOTICE OF ZANE BIANUCCIS NON-OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL by Zane Bianucci (Mark, Etan) (Entered: 03/13/2025) |
| 24 | Mar 13, 2025 | Order on Motions to Appoint Lead Plaintiff denying 20 MOTION to Appoint Lead Counsel ; denying 20 MOTION to Appoint Lead Plaintiff ; denying 21 MOTION to Appoint Lead Plaintiff ; denying 22 MOTION to Appoint Lead Plaintiff. The Parties may file a renewed motion to appoint a Lead Plainitff on or by March 21, 2025. Signed by Judge Donald M. Middlebrooks on 3/12/2025. See attached document for full details. (pc) (Entered: 03/13/2025) |
| 25 | Mar 17, 2025 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Jeremy A. Lieberman. Filing Fee $ 250.00 Receipt # AFLSDC-18288008 by Morris Zelikovsky, Ronald Timms, David A Milman. Responses due by 3/31/2025. (Attachments: # 1 Certification of Jeremy A. Lieberman, # 2 Text of Proposed Order)(Goldstein, Jayne) (Entered: 03/17/2025) |
| 26 | Mar 17, 2025 | PAPERLESS ORDER granting 25 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney(s) Jeremy A. Lieberman.. Signed by Judge Donald M. Middlebrooks on 3/17/ 2025. (kid) (Entered: 03/17/2025) |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

| Entry # | Filing Date | Description |
|---|---|---|
| 27 | Mar 20, 2025 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Phillip Kim. Filing Fee $ 250.00 Receipt # AFLSDC-18301428 by Morris Zelikovsky, Ronald Timms, David A Milman. Responses due by 4/3/2025. (Attachments: # 1 Certification of Phillip Kim, # 2 Text of Proposed Order)(Goldstein, Jayne) (Entered: 03/20/2025) |
| 28 | Mar 21, 2025 | MOTION to Appoint Lead Plaintiff Morris Zelikovsky, Ronald Timms, and David A. Milman by Morris Zelikovsky, Ronald Timms, David A Milman. Responses due by 4/4/2025. (Attachments: # 1 Text of Proposed Order, # 2 Declaration of Jayne A. Goldstein, # 3 Exhibit A - Damages Analysis, # 4 Exhibit B - Shareholder Certifications, # 5 Exhibit C - PSLRA Notice, # 6 Exhibit D - Joint Declaration, # 7 Exhibit E - Pomerantz Firm Resume, # 8 Exhibit F - Rosen Firm Resume, # 9 Exhibit G - Miller Shah Resume)(Goldstein, Jayne) (Entered: 03/21/2025) |
| 29 | Mar 24, 2025 | RESPONSE in Opposition re 21 MOTION to Appoint Lead Plaintiff Zane Bianucci AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL AND INCORPORATED MEMORANDUM OF LAW, 28 MOTION to Appoint Lead Plaintiff Morris Zelikovsky, Ronald Timms, and David A. Milman , 22 MOTION to Appoint Lead Plaintiff Morris Zelikovsky, Ronald Timms, and David A. Milman filed by Kevin D Long. Replies due by 3/31/2025. (O'Brien, Cullin) (Entered: 03/24/2025) |
| 30 | Mar 24, 2025 | NOTICE of Attorney Appearance Pro Hac Vice for Additional Party Representation(s) for Shlomo (Steve) Klein. All information provided in support of the initial 25 MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Jeremy A. Lieberman. Filing Fee $ 250.00 Receipt # AFLSDC-18288008 remains current and correct, including the sponsoring co-counsel. (Goldstein, Jayne) (Entered: 03/24/2025) |
| 31 | Mar 24, 2025 | CLERK'S NOTICE - PHV Attorney Jeremy A. Lieberman has been added to this case for party Shlomo (Steve) Klein re 30 Notice of Appearance Pro Hac Vice for Additional Party Representation, (pt) (Entered: 03/24/2025) |
| 32 | Mar 24, 2025 | PAPERLESS Minute Order for proceedings held before Magistrate Judge William Matthewman: The hearing was held via Zoom Video Teleconference. Scheduling Conference held on 3/24/2025. The Court discussed the trial period. The Defendants anticipate filing an unopposed motion to transfer the case to the District of Idaho once the Court rules on the determination of lead Plaintiffs DE 28 . A further Status Conference may be held if needed. Written scheduling order will be issued. Total time in court: 14 minutes. Attorney Appearance(s): Jayne Arnold Goldstein, Phillip C. Kim, Jeremy A. Lieberman, James M. LoPiano, Betty Chang Rowe, Gregory L. Watts, Other appearances: Ignacio Salceda. (Digital 14:01:31) (swr) (Entered: 03/24/2025) |
| 33 | Mar 24, 2025 | PRETRIAL SCHEDULING ORDER AND ORDER REFERRING CASE TO MEDIATION: re 9 Scheduling Order, Order Referring Case to Magistrate Judge, (Amended Pleadings due by 4/10/2025., Discovery due by 7/10/2025., Joinder of Parties due by 4/10/2025., Dispositive Motions due by 7/24/2025., Motions due by 7/24/2025., Pretrial Stipulation due by 8/25/2025., Calendar Call set for 9/17/2025 09:15 AM in West Palm Beach Division before Judge Donald M. Middlebrooks.). Signed by Magistrate Judge William Matthewman on 3/24/2025. See attached document for full details. (pc) Pattern Jury Instruction Builder - To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here. (Entered: 03/24/2025) |

Bloomberg Law®

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

| Entry # | Filing Date | Description |
|---|---|---|
| 34 | Mar 24, 2025 | PAPERLESS ORDER granting 27 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney(s) Phillip Kim. Signed by Judge Donald M. Middlebrooks on 3/24/2025. (kid) (Entered: 03/24/2025) |
| 35 | Mar 25, 2025 | ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF COUNSEL re 28 MOTION to Appoint Lead Plaintiff The Micron Investor Group. Signed by Judge Donald M. Middlebrooks on 3/25/2025. See attached document for full details. (pc) (Entered: 03/25/2025) |
| 36 | Mar 31, 2025 | Notice of Pending, Refiled, Related or Similar Actions by Micron Technology, Inc., Sanjay Mehrotra, Mark Murphy (Rowe, Betty) (Entered: 03/31/2025) |
| 37 | Apr 1, 2025 | Joint MOTION to Change Venue to the United States District Court for the District of Idaho and Memorandum of Law in Support Thereof by Micron Technology, Inc., Sanjay Mehrotra, Mark Murphy. Responses due by 4/15/2025. (Attachments: # 1 Declaration of Joe DeWitt, # 2 Text of Proposed Order)(Rowe, Betty) (Entered: 04/01/2025) |
| 38 | Apr 2, 2025 | Order on Joint Motion to Change Venue Closing Case. Motions terminated: 37 Joint MOTION to Change Venue to the United States District Court for the District of Idaho and Memorandum of Law in Support Thereof filed by Mark Murphy, Sanjay Mehrotra, Micron Technology, Inc.. Signed by Judge Donald M. Middlebrooks on 4/2/2025. See attached document for full details. (pc) (Entered: 04/03/2025) |
|  | Apr 3, 2025 | SYSTEM ENTRY - Case 9:25-cv-80040 electronically transferred out to Idaho. (pc) (Entered: 04/03/2025) |
| 39 | Apr 3, 2025 | ACKNOWLEDGMENT OF RECEIPT. Case transferred from Florida Southern has been opened in District of Idaho (LIVE) NextGen 1.8 as case 1:25-cv-00191, filed 04/03/2025. (jua) (Entered: 04/03/2025) |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service