# EXHIBIT J

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-81428-CIV-SMITH**

MARKUS KLOSTER, *individually*
*and on behalf of all others similarly situated*,

      Plaintiff,

v.

LILIUM N.V., *et al.*,

      Defendants.

_____/

**ORDER ON MOTION FOR EXTENSION OF TIME**

This matter came before the Court upon the Parties' Joint Motion for Extension of Time

and for Setting Motion to Dismiss Briefing Schedule [DE 57].  Upon consideration, it is hereby

      **ORDERED**

1. The Order Setting Trial is **VACATED** [DE 56].

2. Lead Plaintiff shall file an amended complaint by March 26, 2025.

3. Defendants shall move to dismiss the amended complaint by April 9, 2025.

4. Lead Plaintiff shall file their brief in opposition by April 23, 2025.

5. Defendants shall file their reply brief by April 30, 2025.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 12th day of March, 2025.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record