# EXHIBIT K

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CV-80232-ROSENBERG/REINHART**

MANIRAJ ASHIRWAD GNANARAJ,
Individually and on behalf of all others
similarly situated,

    Plaintiff,

v.

LILIUM N.V. F/K/A QELL
ACQUISITION CORP., BARRY
ENGLE, DANIEL WIEGAND, and
GEOFFREY RICHARDSON,

    Defendants.

_____/

## SCHEDULING ORDER

THIS MATTER comes before the Court upon the parties' Joint Scheduling Report and Joint [Proposed] Scheduling Order. DE 72. The Court has reviewed the filing and the record, and it is otherwise fully advised in the premises. Accordingly, it is HEREBY ORDERED that:

1. Lead Plaintiff shall file the Amended Complaint by March 10, 2023.

2. Defendants shall answer, move to dismiss, or otherwise respond to the Amended Complaint by May 12, 2023.

3. If Defendants file a motion to dismiss the Amended Complaint:

    a. Lead Plaintiff shall file any opposition thereto July 12, 2023; and

    b. Defendants shall file any reply in support of the motion to dismiss August 11, 2023;

4. All discovery and other proceedings in this Action shall be suspended pending adjudication of Defendants' anticipated motion to dismiss the Amended Complaint pursuant to the PSLRA, 15 U.S.C. § 78u-4(b)(3)(B).

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 3rd day of March, 2023.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record