# EXHIBIT L

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

RYAN MARSELIS, Individually and on
Behalf of All Others Similarly Situated,

      Plaintiff,

v.

FOX FACTORY HOLDING CORP., et al.,

      Defendants.

Civil Action No. 1:24-cv-00747-TWT

### ORDER GRANTING JOINT MOTION TO CONTINUE
### DEFENDANTS' TIME TO RESPOND TO COMPLAINT

Upon consideration of the Parties' Joint Motion to Continue Defendants'
Time to Respond to Complaint, and for good cause shown, the Court hereby
orders as follows:

1. Defendants' deadline to answer, move or otherwise respond to the
Complaint is continued until resolution of the "Motion to Appoint Lead Plaintiff and
Approval of Counsel" (ECF No. 5) (the "Lead Plaintiff Motion") by this Court.

2. Within five (5) business days of this Court's resolution of the Lead
Plaintiff Motion, Defendants will meet-and-confer with Lead Plaintiff regarding a
schedule for, among other things, the filing of any amended complaint by Lead
Plaintiff, and Defendants' deadline to answer, move or otherwise respond to the

1

Complaint or any amended complaint filed by Lead Plaintiff.

3.      Within five (5) business days of the meet-and-confer referenced in the preceding paragraph, the parties will submit to the Court a proposed schedule, or proposed motions, regarding the filing of any amended complaint by Lead Plaintiff, and Defendants' deadline to respond to the Complaint or any amended complaint filed by Lead Plaintiff.

SO ORDERED this ___3rd___ day of May, 2024.

_____
HONORABLE THOMAS W. THRASH
UNITED STATES DISTRICT JUDGE