# EXHIBIT N

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NESTOR OURANITSAS,

      Plaintiff,

v.                                                            Case No: 6:23-cv-511-PGB-EJK

TUPPERWARE BRANDS
CORPORATION, MIGUEL
FERNANDEZ, CASSANDRA
HARRIS, and MARIELA MATUTE,

      Defendants.

## ORDER

This cause comes before the Court on the parties' Unopposed Motion for Waiver of Service and Extension of Deadlines to Answer Complaint (the "Motion") (Doc. 7), filed April 3, 2023.

Upon consideration, is it **ORDERED** that the Motion (Doc. 7) is **GRANTED**, as follows:

1. Counsel for Defendants are authorized to accept service of the summons and Complaint in this matter on behalf of Defendants, to the extent not already served, without prejudice and without waiver of any of Defendants' defenses, objections, or arguments, except as to sufficiency of service of process.

2. Defendants are not required to answer, move against, or otherwise respond to Plaintiff's Complaint unless it is designated as the operative complaint by the Court-appointed lead plaintiff under the schedule below.

3. The Court-appointed lead plaintiff shall have **sixty (60) days** after appointment to file an amended or consolidated complaint or, alternatively, to designate the initial Complaint as the operative complaint.

4. Defendants shall answer, move against, or otherwise respond to the operative complaint within **sixty (60) days** after the Court-appointed lead plaintiff (a) files an amended or consolidated complaint, or (b) designates the initial Complaint as the operative complaint.

5. The Court-appointed lead plaintiff shall have **sixty (60) days** to oppose any motions Defendants may file to dismiss the operative complaint.

6. Defendants' replies shall be due **thirty (30) days** after the filing of the Court-appointed lead plaintiff's opposition papers.

7. The deadline for filing a Case Management Report is **TOLLED** until further order of the Court.

**DONE** and **ORDERED** in Orlando, Florida on April 14, 2023.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE