# EXHIBIT P

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TIMOTHY PRIME, *et al.*,

    Plaintiffs,

      v.

MANHATTAN ASSOCIATES, INC., *et al.*,

    Defendants.

CIVIL ACTION NO.
1:25-cv-00992-TRJ

## ORDER

This matter is before the Court on a Joint Motion for Scheduling Order. (Doc. 32). The Court held a scheduling conference with the parties on June 10, 2025. Upon review and consideration, the Joint Motion (Doc. 32) is **GRANTED**. It is hereby **ORDERED** that:

1.    Lead Plaintiff shall file an amended complaint by **July 22, 2025**;

2.    Defendants shall answer or otherwise file a motion to dismiss the amended complaint by **September 22, 2025**;

3.    Should Defendants file a motion to dismiss the amended complaint, Lead Plaintiff shall file an opposition to the motion to dismiss by **November 21, 2025**;

4.    Defendants shall file a reply in support of their motion to dismiss by **December 22, 2025**;

5.    Should the motion to dismiss be denied in whole or in part, Defendants shall then have 45 days to answer the operative complaint; and

6.    Within 30 days of the resolution of Defendants' motion to dismiss, if the

case is not dismissed, the parties shall confer as required by Local Rule 16.1 and file

a Joint Preliminary Report and Discovery Plan.

SO ORDERED, this 10th day of June, 2025.

_____
TIFFANY R. JOHNSON
United States District Judge