# EXHIBIT Q

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MIKE SHAFER, on Behalf of Himself and All Others Similarly Situated, <br><br>                  Plaintiff, <br><br>      v. <br><br> ACTIVE NETWORK LLC, GLOBAL PAYMENTS, INC., JEFF SLOAN, CAMERON BREADY, PAUL TODD, AND JOSH WHIPPLE, <br><br> Defendants. | No. 1:23-cv-00577-LMM |

**ORDER DEFERRING RESPONSE TO COMPLAINT PENDING APPOINTMENT OF LEAD PLAINTIFF AND FILING OR DESIGNATION OF OPERATIVE COMPLAINT**

This Court has considered the consent motion filed by Defendants Active Network LLC, Global Payments, Inc., Jeff Sloan, Cameron Bready, Paul Todd and Josh Whipple (collectively, "Defendants") seeking an order deferring the deadline for Defendants to respond to the Complaint in this action (Dkt. 1) pending the Court's appointment of a lead plaintiff, pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B)(i)-(ii), and the subsequent filing or designation of an operative complaint for this action. The Court finds good cause to grant the motion.

Accordingly, it is HEREBY ORDERED that:

1.    Defendants need not respond to the Complaint (Dkt. 1) pending Court appointment of a lead plaintiff and the designation or filing of an operative complaint for this action.

2.    Following lead plaintiff appointment, Defendants and the lead plaintiff(s) will promptly negotiate in good faith a schedule for the filing of a consolidated amended complaint or the designation of an operative complaint, as well as a time for Defendants to answer, move to dismiss or otherwise respond to the operative complaint, the details of which shall be set forth in an order to be issued by the Court.

SO ORDERED this 14th day of April 2023.

The Honorable Leigh Martin May
United States District Judge