# EXHIBIT R

Case 6:25-cv-01516-AGM-DCI   Document 24-19   Filed 10/17/25   Page 2 of 15 PageID
Shelby Township Police & Fire Retirement System v. Celsius Holdings, Inc. et al, Docket No. 9:24-cv-81472 (S.D
698

**Current on Bloomberg Law as of** 2025-10-17 04:02:31

**U.S. District Court**
**Southern District of Florida (West Palm Beach)**
**CIVIL DOCKET FOR CASE #: 9:24-cv-81472-MD**

# Shelby Township Police & Fire Retirement System v. Celsius Holdings, Inc. et al

| | |
|---|---|
| **Date Filed:** | Nov 22, 2024 |
| **Nature of suit:** | 850 Securities/Commodities |
| **Assigned to:** | Judge Melissa Damian |
| **Cause:** | 15:0078 Securities Exchange Act |
| **Jurisdiction:** | Federal Question |
| **Jury demand:** | Plaintiff |
| **Member cases:** | 9:25-cv-80053-RLR |
| **Referred to:** | Magistrate Judge Bruce E. Reinhart |

# Parties and Attorneys

| **Plaintiff** | **Shelby Township Police & Fire Retirement System**<br>on Behalf of Itself and All Others Similarly Situated | |
|---|---|---|
| **Representation** | **Mary K. Blasy**<br>*Robbins Geller Rudman & Dowd LLP*<br>655 W Broadway<br>Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br>Fax: (619) 231-7423<br>maryb@csgrr.com<br>LEAD ATTORNEY | **Samuel H. Rudman**<br>*Robbins Geller Rudman & Dowd LLP*<br>58 S Service Road<br>Suite 200<br>Melville, NY 11747<br>(631) 367-7100<br>Fax: (631) 367-1173<br>srudman@rgrdlaw.com<br>LEAD ATTORNEY |

**Bloomberg Law**®   © 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Shelby Township Police & Fire Retirement System v. Celsius Holdings, Inc. et al, Docket No. 9:24-cv-81472 (S.D

| ATTORNEY TO BE NOTICED | PRO HAC VICE<br>ATTORNEY TO BE NOTICED |
|---|---|
| **Benjamin Jacobs Widlanski**<br>*Kozyak Tropin Throckmorton LLP*<br>2525 Ponce De Leon Boulevard<br>9th Floor<br>Miami, FL 33134<br>(305) 372-1800<br>Fax: (305) 372-3508<br>bwidlanski@kttlaw.com<br>TERMINATED: 01/21/2025<br>ATTORNEY TO BE NOTICED | **Stephen Richard Astley**<br>*Robbins Geller Rudman & Dowd LLP*<br>120 East Palmetto Park Road<br>Suite 500<br>Boca Raton, FL 33432<br>(561) 750-3000<br>Fax: 750-3364<br>sastley@rgrdlaw.com<br>ATTORNEY TO BE NOTICED |
| **Thomas C. Michaud**<br>*Vanoverbeke, Michaud & Timmony, P.C.*<br>79 Alfred Street<br>Detroit, MI 48201<br>(313) 578-1200<br>tmichaud@vmtlaw.com<br>PRO HAC VICE<br>ATTORNEY TO BE NOTICED | **Robert Jeffrey Robbins**<br>*Robbins Geller Rudman & Dowd LLP*<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>(561) 750-3000<br>rrobbins@rgrdlaw.com<br>ATTORNEY TO BE NOTICED |

| Plaintiff | **The Zarabi Family Trust Dated September 3, 1992** | |
|---|---|---|
| Representation | **Joshua Evan Dubin**<br>7413 Fairfax Dr.<br>Bldg. F<br>Tamarac, FL 33321<br>(917) 523-0124<br>jdubin@dubinconsulting.com<br>Joshua E. Dubin, Esq., P.A.<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED | **James S. Notis**<br>*Grant & Eisenhofer P.A.*<br>485 Lexington Avenue<br>New York, NY 10017<br>(646) 722-8500<br>jnotis@gelaw.com<br>PRO HAC VICE<br>ATTORNEY TO BE NOTICED |
| | **Karin E. Fisch**<br>*Grant & Eisenhofer P.A.* | **Lauren J. Salamon**<br>*Grant & Eisenhofer, P.A.* |

**Bloomberg Law**®

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

**// PAGE 2**

485 Lexington Avenue
New York, NY 10017
(646) 722-8500
kfisch@gelaw.com
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Mica A. Cocco**
*Grant & Eisenhoffer P.A.*
485 Lexington Avenue
New York, NY 10017
(646) 722-8500
mcocco@gelaw.com
PRO HAC VICE
ATTORNEY TO BE NOTICED

485 Lexington Avenue
New York, NY 10017
(646) 722-8500
lsalamon@gelaw.com
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Timothy Clark B. Dauz**
*Grant & Eisenhofer P.A.*
485 Lexington Avenue
New York, NY 10017
(646) 722-8500
tdauz@gelaw.com
PRO HAC VICE
ATTORNEY TO BE NOTICED

---

**Consol Plaintiff**        **Anthony M. Abraham**

**Representation**          **Robert Jeffrey Robbins**          **Stephen Richard Astley**
(See above for address)     (See above for address)
ATTORNEY TO BE NOTICED      ATTORNEY TO BE NOTICED

---

**Defendant**              **Celsius Holdings, Inc.**

**Representation**          **Christopher Carl Marquardt**       **Courtney Quiros**
*Alston & Bird*             *Alston & Bird*
1201 W Peachtree Street, NE  One Atlantic Center
One Atlantic Center         1201 West Peachtree Street
Atlanta, GA 30309-3424      Atlanta, GA 30309
(404) 881-7000              (404) 881-7000
Fax: 881-7777              courtney.quiros@alston.com
chris.marquardt@alston.com  PRO HAC VICE
ATTORNEY TO BE NOTICED      ATTORNEY TO BE NOTICED

**Elizabeth Gingold Clark**          **Joseph G. Tully**
*Alston & Bird*                      *Alston & Bird*
One Atlantic Center                  90 Park Avenue
1201 West Peachtree Street           New York, NY 10016

**Bloomberg Law**®

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Atlanta, GA 30309

(404) 881-7000

elizabeth.clark@alston.com

PRO HAC VICE

ATTORNEY TO BE NOTICED

(212) 210-9493

joe.tully@alston.com

PRO HAC VICE

ATTORNEY TO BE NOTICED

**Scott Gardner Hawkins**

*Jones Foster*

505 South Flagler Drive

Suite 1100

West Palm Beach, FL 33401

(561) 659-3000

Fax: (561) 650-5300

shawkins@jones-foster.com

ATTORNEY TO BE NOTICED

---

| **Defendant** | **John Fieldly** | |
|---|---|---|
| **Representation** | **Christopher Carl Marquardt**<br>(See above for address)<br>ATTORNEY TO BE NOTICED | **Courtney Quiros**<br>(See above for address)<br>PRO HAC VICE<br>ATTORNEY TO BE NOTICED |
| | **Elizabeth Gingold Clark**<br>(See above for address)<br>PRO HAC VICE<br>ATTORNEY TO BE NOTICED | **Joseph G. Tully**<br>(See above for address)<br>PRO HAC VICE<br>ATTORNEY TO BE NOTICED |
| | **Scott Gardner Hawkins**<br>(See above for address)<br>ATTORNEY TO BE NOTICED | |

---

| **Defendant** | **Jarrod Langhans** | |
|---|---|---|
| **Representation** | **Christopher Carl Marquardt**<br>(See above for address)<br>ATTORNEY TO BE NOTICED | **Courtney Quiros**<br>(See above for address)<br>PRO HAC VICE<br>ATTORNEY TO BE NOTICED |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Shelby Township Police & Fire Retirement System v. Celsius Holdings, Inc. et al, Docket No. 9:24-cv-81472 (S.D

| | | **Elizabeth Gingold Clark** | **Joseph G. Tully** |
| | | (See above for address) | (See above for address) |
| | | PRO HAC VICE | PRO HAC VICE |
| | | ATTORNEY TO BE NOTICED | ATTORNEY TO BE NOTICED |

**Scott Gardner Hawkins**
(See above for address)
ATTORNEY TO BE NOTICED

| **Defendant** | **Toby David** |
| **Representation** | **Scott Gardner Hawkins** |
| | (See above for address) |
| | ATTORNEY TO BE NOTICED |

# Docket Entries

Numbers shown are court assigned numbers.

| Entry # | Filing Date | Description |
|---------|-------------|-------------|
| 1 | Nov 22, 2024 | COMPLAINT for Violations of the Federal Securities Laws against Celsius Holdings, Inc., John Fieldly, Jarrod Langhans. Filing fees $ 405.00 receipt number AFLSDC-18005083, filed by Shelby Township Police & Fire Retirement System. (Attachments: # 1 Civil Cover Sheet, # 2 Summon(s) - Celsius Holdings, Inc., # 3 Summon(s) - John Fieldly, # 4 Summon(s) - Jarrod Langhans)(Robbins, Robert) (Entered: 11/22/2024) |
| 2 | Nov 22, 2024 | Clerks Notice of Judge Assignment to Judge Robin L. Rosenberg and Magistrate Judge Bruce E. Reinhart. Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Bruce E. Reinhart is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. Pro se (NON-PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON-PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of our website. (amb) (Entered: 11/22/2024) |
| 3 | Nov 22, 2024 | Summons Issued as to Celsius Holdings, Inc., John Fieldly, Jarrod Langhans. (amb) (Entered: 11/22/2024) |
| 4 | Nov 26, 2024 | ORDER OF REFERENCE TO MAGISTRATE JUDGE AND ORDER OF COURT-MANDATED REQUIREMENTS ON SERVICE, DEFAULTS, AND JOINT SCHEDULING REPORTS. Magistrate Judge Bruce E. Reinhart for appropriate disposition of all pro hac vice motions, motions to substitute counsel, and pretrial motions related to discovery. Signed by Judge Robin L. Rosenberg on 11/26/2024. See attached document for full details. (ebz) (Entered: 11/26/2024) |

**Bloomberg Law**®

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

| Entry # | Filing Date | Description |
|---|---|---|
| 5 | Nov 26, 2024 | ORDER OF REFERENCE TO MAGISTRATE JUDGE AND ORDER OF COURT-MANDATED REQUIREMENTS ON SERVICE, DEFAULTS, AND JOINT SCHEDULING REPORTS (ar24). (Entered: 11/26/2024) |
| 6 | Nov 26, 2024 | STANDING DISCOVERY ORDER FOR MAGISTRATE JUDGE BRUCE REINHART. Signed by Magistrate Judge Bruce E. Reinhart on 11/26/2024. See attached document for full details. (ebz) (Entered: 11/26/2024) |
| 7 | Dec 4, 2024 | NOTICE of Attorney Appearance by Stephen Richard Astley on behalf of Shelby Township Police & Fire Retirement System. Attorney Stephen Richard Astley added to party Shelby Township Police & Fire Retirement System(pty:pla). (Astley, Stephen) (Entered: 12/04/2024) |
| 8 | Dec 4, 2024 | WAIVER OF SERVICE Returned Executed by Shelby Township Police & Fire Retirement System. Celsius Holdings, Inc. waiver sent on 12/2/2024, response/answer due 1/31/2025. (Robbins, Robert) (Entered: 12/04/2024) |
| 9 | Dec 4, 2024 | WAIVER OF SERVICE Returned Executed by Shelby Township Police & Fire Retirement System. Jarrod Langhans waiver sent on 12/2/2024, response/answer due 1/31/2025. (Robbins, Robert) (Entered: 12/04/2024) |
| 10 | Dec 4, 2024 | WAIVER OF SERVICE Returned Executed by Shelby Township Police & Fire Retirement System. John Fieldly waiver sent on 12/2/2024, response/answer due 1/31/2025. (Robbins, Robert) (Entered: 12/04/2024) |
| 11 | Dec 10, 2024 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Joseph G. Tully. Filing Fee $ 250.00 Receipt # AFLSDC-18042100 by Celsius Holdings, Inc., John Fieldly, Jarrod Langhans. Attorney Christopher Carl Marquardt added to party Celsius Holdings, Inc.(pty:dft), Attorney Christopher Carl Marquardt added to party John Fieldly(pty:dft), Attorney Christopher Carl Marquardt added to party Jarrod Langhans(pty:dft). Responses due by 12/26/2024. (Marquardt, Christopher) (Entered: 12/10/2024) |
| 12 | Dec 10, 2024 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Elizabeth Gingold Clark. Filing Fee $ 250.00 Receipt # AFLSDC-18042146 by Celsius Holdings, Inc., John Fieldly, Jarrod Langhans. Responses due by 12/26/2024. (Marquardt, Christopher) (Entered: 12/10/2024) |
| 13 | Dec 10, 2024 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Courtney Quiros. Filing Fee $ 250.00 Receipt # AFLSDC-18042165 by Celsius Holdings, Inc., John Fieldly, Jarrod Langhans. Responses due by 12/26/2024. (Marquardt, Christopher) (Entered: 12/10/2024) |
| 14 | Dec 11, 2024 | PAPERLESS ORDER granting 11 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Joseph G. Tully. Signed by Magistrate Judge Bruce E. Reinhart on 12/11/2024. (hk02) (Entered: 12/11/2024) |
| 15 | Dec 11, 2024 | PAPERLESS ORDER granting 12 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Elizabeth Gingold Clark. Signed by Magistrate Judge Bruce E. Reinhart on 12/11/2024. (hk02) (Entered: 12/11/2024) |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

| Entry # | Filing Date | Description |
|---|---|---|
| 16 | Dec 11, 2024 | PAPERLESS ORDER granting 13 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Courtney Quiros. Signed by Magistrate Judge Bruce E. Reinhart on 12/11/2024. (hk02) (Entered: 12/11/2024) |
| 17 | Dec 13, 2024 | Joint MOTION for Extension of Time to File Joint Scheduling Report by Shelby Township Police & Fire Retirement System. Responses due by 12/27/2024. (Attachments: # 1 Text of Proposed Order)(Astley, Stephen) (Entered: 12/13/2024) |
| 18 | Dec 17, 2024 | PAPERLESS ORDER sua sponte modifying the deadline for the parties to submit a Joint Scheduling Report as set forth in DE 4 at 2. The parties shall submit a Joint Scheduling Report within fourteen (14) days of the Court's ruling on any motion to dismiss the operative complaint or, alternatively, the Defendants' answer to the operative complaint, whichever is earlier. The Court denies as moot 17 Joint Motion for Extension of Time. Signed by Judge Robin L. Rosenberg (lwt) (Entered: 12/17/2024) |
| 19 | Dec 18, 2024 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Thomas C. Michaud. Filing Fee $ 250.00 Receipt # AFLSDC-18061652 by Shelby Township Police & Fire Retirement System. Responses due by 1/2/2025. (Attachments: # 1 Certification of Thomas C. Michaud, # 2 Text of Proposed Order)(Astley, Stephen) (Entered: 12/18/2024) |
| 20 | Dec 18, 2024 | PAPERLESS ORDER granting 19 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Thomas C. Michaud. Signed by Magistrate Judge Bruce E. Reinhart on 12/18/2024. (hk02) (Entered: 12/18/2024) |
| 21 | Jan 21, 2025 | WITHDRAWN. MOTION to Consolidate Cases ( Responses due by 2/4/2025.), MOTION to Appoint Lead Plaintiff David W. Kendall ( Responses due by 2/4/2025.), MOTION to Appoint Lead Counsel Rosen Law Firm P.A. by David W. Kendall. Attorney Laurence Matthew Rosen added to party David W. Kendall(pty:mov). (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Declaration of Laurence M. Rosen, # 3 Exhibit PSLRA Notice, # 4 Exhibit PSLRA Cert, # 5 Exhibit Loss Chart, # 6 Exhibit Firm Resume)(Rosen, Laurence) Modified per DE 35 Notice of Withdrawal on 2/3/2025 (ebz). (Entered: 01/21/2025) |
| 22 | Jan 21, 2025 | MOTION to Appoint Lead Counsel Levi & Korsinsky, LLP ( Responses due by 2/4/2025.), MOTION to Appoint Lead Plaintiff Gary J. Vucekovich, individually and on behalf of the Vucekovich Family 678 Trust by Gary J. Vucekovich, individually and on behalf of the Vucekovich Family 678 Trust. Attorney Cullin Avram O'Brien added to party Gary J. Vucekovich, individually and on behalf of the Vucekovich Family 678 Trust(pty:mov). (Attachments: # 1 Memorandum Memorandum of Law, # 2 Affidavit Declaration in Support of Motion, # 3 Exhibit Exhibit A to Declaration, # 4 Exhibit Exhibit B to Declaration, # 5 Exhibit Exhibit C to Declaration, # 6 Exhibit Exhibit D to Declaration, # 7 Exhibit Exhibit E to Declaration, # 8 Exhibit Exhibit F to Declaration, # 9 Text of Proposed Order Proposed Order)(O'Brien, Cullin) (Entered: 01/21/2025) |
| 23 | Jan 21, 2025 | STRICKEN. MOTION to Appoint Lead Counsel Francis Bayog by Shelby Township Police & Fire Retirement System. Attorney Benjamin Jacobs Widlanski added to party Shelby Township Police & Fire Retirement System(pty:pla). Responses due by 2/4/2025. (Attachments: # 1 Memorandum Memorandum of Law in Support of Motion, # 2 Affidavit Declaration of Benjamin J. Widlanski in Support of Motion, # 3 Exhibit A - PSLRA Notice, # 4 Exhibit B - Certification, # 5 Exhibit C - Financial Interest Analysis, |

| Entry # | Filing Date | Description |
|---|---|---|
| | | # 6 Exhibit D - GPM Firm Resume, # 7 Exhibit KTT Firm Resume, # 8 Text of Proposed Order Proposed Order)(Widlanski, Benjamin) Modified per DE 26 Notice of Striking on 1/22/2025 (ebz). (Entered: 01/21/2025) |
| 24 | Jan 21, 2025 | NOTICE of Attorney Appearance by Benjamin Jacobs Widlanski on behalf of Francis Bayog. Attorney Benjamin Jacobs Widlanski added to party Francis Bayog(pty:mov). (Widlanski, Benjamin) (Entered: 01/21/2025) |
| 25 | Jan 21, 2025 | NOTICE of Attorney Appearance by Meaghan E. Goldstein on behalf of Francis Bayog. Attorney Meaghan E. Goldstein added to party Francis Bayog(pty:mov). (Goldstein, Meaghan) (Entered: 01/21/2025) |
| 26 | Jan 21, 2025 | NOTICE of Striking 23 MOTION to Appoint Lead Counsel Francis Bayog filed by Shelby Township Police & Fire Retirement System by Francis Bayog (Widlanski, Benjamin) (Entered: 01/21/2025) |
| 27 | Jan 21, 2025 | WITHDRAWN. MOTION to Appoint Lead Plaintiff Francis Bayog by Francis Bayog. Responses due by 2/4/2025. (Attachments: # 1 Memorandum of Law in Support of Motion, # 2 Affidavit Declaration of Benjamin J. Widlanski, # 3 Exhibit A to Declaration, # 4 Exhibit B to Declaration, # 5 Exhibit C to Declaration, # 6 Exhibit D to Declaration, # 7 Exhibit E to Declaration, # 8 Text of Proposed Order)(Widlanski, Benjamin) Modified per DE 37 Notice of Witdrawal on 2/3/2025 (ebz). (Entered: 01/21/2025) |
| 28 | Jan 21, 2025 | MOTION to Appoint Lead Counsel Grant & Eisenhofer P.A. MOTION OF THE ZARABI FAMILY TRUST DATED SEPTEMBER 3, 1992 FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL by Zarabi Family Trust Dated September 3, 1992. Attorney Joshua Evan Dubin added to party Zarabi Family Trust Dated September 3, 1992(pty:mov). Responses due by 2/4/2025. (Attachments: # 1 Memorandum of Law in Support of the Motion of the Zarabi Family Trust Dated September 3, 1992 for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel, # 2 Affidavit - Declaration of Karin E. Fisch in Support of the Motion of The Zarabi Family Trust Dated September 3, 1992 for Consolidation of Related Actions, Appointment as Lead Counsel and Approval of Selection of Lead Counsel, # 3 Exhibit A - Client Certification, # 4 Exhibit Exhibit B - Zarabi Family Trust Loss Charts, # 5 Exhibit Exhibit C - PSLRA Notice, # 6 Exhibit Exhibit D - G&E Firm Bio, # 7 Text of Proposed Order)(Dubin, Joshua) (Entered: 01/21/2025) |
| 29 | Jan 21, 2025 | WITHDRAWN. MOTION to Consolidate Cases ( Responses due by 2/4/2025.), MOTION to Appoint Lead Plaintiff Anthony M. Abraham and Anna Handy ( Responses due by 2/4/2025.), MOTION to Appoint Lead Counsel Robbins Geller Rudman & Dowd LLP by Anthony M. Abraham, Anna Handy. Attorney Robert Jeffrey Robbins added to party Anthony M. Abraham(pty:mov), Attorney Robert Jeffrey Robbins added to party Anna Handy(pty:mov). (Attachments: # 1 Text of Proposed Order)(Robbins, Robert) Modified per DE 38 Notice of Withdrawal on 2/3/2025 (ebz). (Entered: 01/21/2025) |
| 30 | Jan 21, 2025 | WITHDRAWN. MOTION to Consolidate Cases ( Responses due by 2/4/2025.), MOTION to Appoint Lead Plaintiff Joel Todd Mull ( Responses due by 2/4/2025.), MOTION to Appoint Lead Counsel Hagens Berman Sobol Shapiro LLP by Joel Todd Mull. Attorney Reed Richard Kathrein added to party Joel Todd Mull(pty:mov). (Attachments: # 1 Text of Proposed Order, # 2 Affidavit Declaration of Reed R. Kathrein, # 3 Exhibit A - Movant's Certification, # 4 Exhibit B - Movant's Loss Chart, # 5 Exhibit C - Notice of Pendency, # 6 Exhibit D - Movant's Declaration, # 7 Exhibit E - |

| Entry # | Filing Date | Description |
|---|---|---|
| | | Firm Resume)(Kathrein, Reed) Modified per DE 36 Notice of Withdrawal on 2/3/2025 (ebz). (Entered: 01/21/2025) |
| 31 | Jan 21, 2025 | AFFIDAVIT in Support re 29 MOTION to Consolidate Cases MOTION to Appoint Lead Plaintiff Anthony M. Abraham and Anna Handy MOTION to Appoint Lead Counsel Robbins Geller Rudman & Dowd LLP filed by Anthony M. Abraham, Anna Handy. (Attachments: # 1 Exhibit A - PSLRA Notice, # 2 Exhibit B - Certifications and Assignment, # 3 Exhibit C - Estimate of Losses, # 4 Exhibit D - Joint Declaration in Support)(Robbins, Robert) (Entered: 01/21/2025) |
| 32 | Jan 21, 2025 | WITHDRAWN. MOTION to Consolidate Cases ( Responses due by 2/4/2025.), MOTION to Appoint Lead Plaintiff Lauren Ann Miskinnis, as trustee of The Lauren Ann Miskinnis 2022 U/A DTD 02/02/2022, Johnathan Q. Quach, Ishan Nilesh Shah, and Brian Zeigler ( Responses due by 2/4/2025.), MOTION to Appoint Counsel by Lauren Ann Miskinnis, as trustee of The Lauren Ann Miskinnis 2022 U/A DTD 02/02/2022, Johnathan Q. Quach,, Ishan Nilesh Shah,, Brian Zeigler. Attorney Lester Rene Hooker added to party Lauren Ann Miskinnis, as trustee of The Lauren Ann Miskinnis 2022 U/A DTD 02/02/2022(pty:mov), Attorney Lester Rene Hooker added to party Johnathan Q. Quach,(pty:mov), Attorney Lester Rene Hooker added to party Ishan Nilesh Shah,(pty:mov), Attorney Lester Rene Hooker added to party Brian Zeigler(pty:mov). (Attachments: # 1 Memorandum of Law, # 2 Affidavit Declaration of Lester R. Hooker, # 3 Exhibit A - Order, # 4 Exhibit B - Certifications, # 5 Exhibit C - Loss Chart, # 6 Exhibit D - Joint Declaration, # 7 Exhibit E - Notice, # 8 Exhibit F - Firm Profile, # 9 Exhibit G - Firm Resume, # 10 Text of Proposed Order)(Hooker, Lester) Modified per DE 34 Notice of Withdrawal on 2/3/2025 (ebz). (Entered: 01/21/2025) |
| | Jan 21, 2025 | Attorney Benjamin Jacobs Widlanski representing Shelby Township Police & Fire Retirement System (Plaintiff) terminated per DE 26 . (jua) (Entered: 05/05/2025) |
| 33 | Jan 27, 2025 | PAPERLESS ORDER. Plaintiffs David W. Kendall, Gary J. Vucekovich, Francis Bayog, The Zarabi Family Trust, Anthony M. Abraham, Joel Todd Mull, and Lauren Ann Miskinnis shall each respond to the other six moving plaintiffs' Motions to Appoint Lead Plaintiff and Lead Counsel at docket entries 21 , 22 , 27 , 28 , 29 , 30 , 32 . Each Plaintiff may respond with a single filing to the other six plaintiffs' motions. Plaintiffs shall file their responses by February 3, 2025. Alternatively, in lieu of filing a response, Plaintiffs may elect to withdraw their respective motion to appoint lead plaintiff and lead counsel by filing a notice of withdrawal by February 3, 2025. Signed by Judge Robin L. Rosenberg (lwt) (Entered: 01/27/2025) |
| | Jan 27, 2025 | Set/Reset Deadlines/Hearings as to 22 MOTION to Appoint Lead Counsel Levi & Korsinsky, LLP MOTION to Appoint Lead Plaintiff Gary J. Vucekovich, individually and on behalf of the Vucekovich Family 678 Trust , 32 MOTION to Consolidate Cases MOTION to Appoint Lead Plaintiff Lauren Ann Miskinnis, as trustee of The Lauren Ann Miskinnis 2022 U/A DTD 02/02/2022, Johnathan Q. Quach, Ishan Nilesh Shah, and Brian Zeigler MOTION to Appoint Counsel , 30 MOTION to Consolidate Cases MOTION to Appoint Lead Plaintiff Joel Todd Mull MOTION to Appoint Lead Counsel Hagens Berman Sobol Shapiro LLP , 21 MOTION to Consolidate Cases MOTION to Appoint Lead Plaintiff David W. Kendall MOTION to Appoint Lead Counsel Rosen Law Firm P.A. , 29 MOTION to Consolidate Cases MOTION to Appoint Lead Plaintiff Anthony M. Abraham and Anna Handy MOTION to Appoint Lead Counsel Robbins Geller Rudman & Dowd LLP , 28 MOTION to Appoint Lead Counsel Grant & Eisenhofer P.A. MOTION OF THE ZARABI FAMILY TRUST DATED SEPTEMBER 3, 1992 FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD |

**Bloomberg Law**®

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

| Entry # | Filing Date | Description |
|---|---|---|
|  |  | PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL, 27 MOTION to Appoint Lead Plaintiff Francis Bayog . Per DE 33 Order. Responses due by 2/3/2025. (ebz) (Entered: 01/28/2025) |
| 34 | Jan 31, 2025 | NOTICE OF WITHDRAWAL OF MOTION by Lauren Ann Miskinnis, as trustee of The Lauren Ann Miskinnis 2022 U/A DTD 02/02/2022, Johnathan Q. Quach,, Ishan Nilesh Shah,, Brian Zeigler re 32 MOTION to Consolidate Cases MOTION to Appoint Lead Plaintiff Lauren Ann Miskinnis, as trustee of The Lauren Ann Miskinnis 2022 U/A DTD 02/02/2022, Johnathan Q. Quach, Ishan Nilesh Shah, and Brian Zeigler MOTION to Appoint Counsel filed by Ishan Nilesh Shah,, Johnathan Q. Quach,, Lauren Ann Miskinnis, as trustee of The Lauren Ann Miskinnis 2022 U/A DTD 02/02/2022, Brian Zeigler (Hooker, Lester) (Entered: 01/31/2025) |
| 35 | Feb 3, 2025 | NOTICE OF WITHDRAWAL OF MOTION by David W. Kendall re 21 MOTION to Consolidate Cases MOTION to Appoint Lead Plaintiff David W. Kendall MOTION to Appoint Lead Counsel Rosen Law Firm P.A. filed by David W. Kendall (Rosen, Laurence) (Entered: 02/03/2025) |
| 36 | Feb 3, 2025 | NOTICE OF WITHDRAWAL OF MOTION by Joel Todd Mull re 30 MOTION to Consolidate Cases MOTION to Appoint Lead Plaintiff Joel Todd Mull MOTION to Appoint Lead Counsel Hagens Berman Sobol Shapiro LLP filed by Joel Todd Mull (Kathrein, Reed) (Entered: 02/03/2025) |
| 37 | Feb 3, 2025 | NOTICE OF WITHDRAWAL OF MOTION by Francis Bayog re 27 MOTION to Appoint Lead Plaintiff Francis Bayog filed by Francis Bayog (Widlanski, Benjamin) (Entered: 02/03/2025) |
| 38 | Feb 3, 2025 | NOTICE OF WITHDRAWAL OF MOTION by Anthony M. Abraham, Anna Handy re 29 MOTION to Consolidate Cases MOTION to Appoint Lead Plaintiff Anthony M. Abraham and Anna Handy MOTION to Appoint Lead Counsel Robbins Geller Rudman & Dowd LLP filed by Anthony M. Abraham, Anna Handy (Robbins, Robert) (Entered: 02/03/2025) |
| 39 | Feb 3, 2025 | RESPONSE in Opposition re 29 MOTION to Consolidate Cases MOTION to Appoint Lead Plaintiff Anthony M. Abraham and Anna Handy MOTION to Appoint Lead Counsel Robbins Geller Rudman & Dowd LLP , 23 MOTION to Appoint Lead Counsel Francis Bayog , 32 MOTION to Consolidate Cases MOTION to Appoint Lead Plaintiff Lauren Ann Miskinnis, as trustee of The Lauren Ann Miskinnis 2022 U/A DTD 02/02/ 2022, Johnathan Q. Quach, Ishan Nilesh Shah, and Brian Zeigler MOTION to Appoint Counsel , 27 MOTION to Appoint Lead Plaintiff Francis Bayog , 30 MOTION to Consolidate Cases MOTION to Appoint Lead Plaintiff Joel Todd Mull MOTION to Appoint Lead Counsel Hagens Berman Sobol Shapiro LLP , 21 MOTION to Consolidate Cases MOTION to Appoint Lead Plaintiff David W. Kendall MOTION to Appoint Lead Counsel Rosen Law Firm P.A. , 22 MOTION to Appoint Lead Counsel Levi & Korsinsky, LLP MOTION to Appoint Lead Plaintiff Gary J. Vucekovich, individually and on behalf of the Vucekovich Family 678 Trust RESPONSE OF THE ZARABI FAMILY TRUST DATED SEPTEMBER 3, 1992 TO ALL COMPETING MOTIONS FOR APPOINTENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL filed by Zarabi Family Trust Dated September 3, 1992. Replies due by 2/10/2025. (Dubin, Joshua) (Entered: 02/03/2025) |
| 40 | Feb 3, 2025 | RESPONSE in Opposition re 28 MOTION to Appoint Lead Counsel Grant & Eisenhofer P.A. MOTION OF THE ZARABI FAMILY TRUST DATED SEPTEMBER 3, 1992 FOR |

**Bloomberg Law**®

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Shelby Township Police & Fire Retirement System v. Celsius Holdings, Inc. et al, Docket No. 9:24-cv-81472 (S.D

| Entry # | Filing Date | Description |
|---------|-------------|-------------|
| | | CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL filed by Gary J. Vucekovich, individually and on behalf of the Vucekovich Family 678 Trust. Replies due by 2/10/2025. (Attachments: # 1 Affidavit Supplemental Declaration, # 2 Exhibit Exhibit A to Supplemental Declaration, # 3 Exhibit Exhibit B to Supplemental Declaration)(O'Brien, Cullin) (Entered: 02/03/2025) |
| 41 | Feb 6, 2025 | PAPERLESS ORDER. No later than February 10, 2025, Plaintiffs Gary J. Vucekovich and the Zarabi Family Trust shall file reply briefs pursuant to Local Rule 7.1(c)(1) in support of their motions at docket entries 22 and 28 . Signed by Judge Robin L. Rosenberg (lwt) (Entered: 02/06/2025) |
| 42 | Feb 10, 2025 | REPLY MEMORANDUM OF LAW TO COMPETING MOTION re 28 MOTION to Appoint Lead Counsel Grant & Eisenhofer P.A. MOTION OF THE ZARABI FAMILY TRUST DATED SEPTEMBER 3, 1992 FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL, 22 MOTION to Appoint Lead Counsel Levi & Korsinsky, LLP MOTION to Appoint Lead Plaintiff Gary J. Vucekovich, individually and on behalf of the Vucekovich Family 678 Trust . filed by Gary J. Vucekovich, individually and on behalf of the Vucekovich Family 678 Trust. (Attachments: # 1 Affidavit Supplemental Declaration, # 2 Exhibit Exhibit A)(O'Brien, Cullin) Modified text on 2/11/2025 (ebz). (Entered: 02/10/2025) |
| 43 | Feb 10, 2025 | REPLY in Support of Motion re 28 MOTION to Appoint Lead Counsel Grant & Eisenhofer P.A. MOTION OF THE ZARABI FAMILY TRUST DATED SEPTEMBER 3, 1992 FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL. filed by Zarabi Family Trust Dated September 3, 1992. (Attachments: # 1 Affidavit - Declaration of Karin E. Fisch in Support of the Reply of the Zarabi Family Trust Dated September 3, 1992 to the Remaining Competing Motion for Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel, # 2 Exhibit A - COMPLAINT - Miller v. Levi & Korsinsky, et al., # 3 Exhibit B - Cooch and Taylor v. Levi & Korsinsky, et al., Amended Complaint, # 4 Exhibit C - Decimus Capital Markets v. Levi & Korsinsky, Complaint)(Dubin, Joshua) (Entered: 02/10/2025) |
| 44 | Mar 3, 2025 | ORDER granting 28 MOTION to Appoint Lead Counsel; granting in part and denying in part 22 , granting MOTION to Consolidate Cases, denying Motion Appoint Lead Counsel. Signed by Judge Robin L. Rosenberg on 3/3/2025. See attached document for full details. (jas) (Entered: 03/03/2025) |
| 45 | Mar 5, 2025 | Joint MOTION for Extension of Time to Amend 44 Order on Motion to Appoint Lead Counsel,,, JOINT MOTION FOR EXTENSION OF TIME TO FILE THE AMENDED COMPLAINT AND RELATED BRIEFING SCHEDULE by The Zarabi Family Trust Dated September 3, 1992. Attorney Joshua Evan Dubin added to party The Zarabi Family Trust Dated September 3, 1992(pty:pla). Responses due by 3/19/2025. (Attachments: # 1 Text of Proposed Order)(Dubin, Joshua) (Entered: 03/05/2025) |
| 46 | Mar 5, 2025 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Karin E. Fisch. Filing Fee $250.00 Receipt # AFLSDC-18258544 by The Zarabi Family Trust Dated September 3, 1992. Responses due by 3/19/2025. (Dubin, Joshua) (Entered: 03/05/2025) |
| 47 | Mar 5, 2025 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Shelby Township Police & Fire Retirement System v. Celsius Holdings, Inc. et al, Docket No. 9:24-cv-81472 (S.D

| Entry # | Filing Date | Description |
|---------|-------------|-------------|
| | | Electronically Receive Notices of Electronic Filing for Mica A. Cocco. Filing Fee $ 250.00 Receipt # AFLSDC-18258584 by The Zarabi Family Trust Dated September 3, 1992. Responses due by 3/19/2025. (Dubin, Joshua) (Entered: 03/05/2025) |
| 48 | Mar 6, 2025 | PAPERLESS ORDER granting 46 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Karin E. Fisch. Signed by Magistrate Judge Bruce E. Reinhart on 3/6/2025. (hk02) (Entered: 03/06/2025) |
| 49 | Mar 6, 2025 | PAPERLESS ORDER granting 47 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Mica A. Cocco. Signed by Magistrate Judge Bruce E. Reinhart on 3/6/2025. (hk02) (Entered: 03/06/2025) |
| 50 | Mar 6, 2025 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Timothy Clark B. Dauz. Filing Fee $ 250.00 Receipt # AFLSDC-18262455 by The Zarabi Family Trust Dated September 3, 1992. Responses due by 3/20/2025. (Dubin, Joshua) (Entered: 03/06/2025) |
| 51 | Mar 7, 2025 | PAPERLESS ORDER granting 50 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Timothy Clark B. Dauz. Signed by Magistrate Judge Bruce E. Reinhart on 3/7/2025. (hk02) (Entered: 03/07/2025) |
| 52 | Mar 12, 2025 | PAPERLESS ORDER granting in part and denying in part the parties' 45 Joint Motion for Extension of Time. Lead Plaintiff shall file an amended complaint no later than April 25, 2025. Defendants shall answer, move to dismiss, or otherwise respond to the amended complaint no later than June 13, 2025. Signed by Judge Robin L. Rosenberg (gky) (Entered: 03/12/2025) |
| 53 | Apr 24, 2025 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for James S. Notis. Filing Fee $ 250.00 Receipt # AFLSDC-18395706 by The Zarabi Family Trust Dated September 3, 1992. Responses due by 5/8/2025. (Dubin, Joshua) (Entered: 04/24/2025) |
| 54 | Apr 24, 2025 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Lauren J. Salamon. Filing Fee $ 250.00 Receipt # AFLSDC-18395735 by The Zarabi Family Trust Dated September 3, 1992. Responses due by 5/8/2025. (Dubin, Joshua) (Entered: 04/24/2025) |
| 55 | Apr 24, 2025 | PAPERLESS ORDER granting 53 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney James S. Notis. Signed by Magistrate Judge Bruce E. Reinhart on 4/24/2025. (hk02) (Entered: 04/24/2025) |
| 56 | Apr 24, 2025 | PAPERLESS ORDER granting 54 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Lauren J. Salamon. Signed by Magistrate Judge Bruce E. Reinhart on 4/24/2025. (hk02) (Entered: 04/24/2025) |
| 57 | Apr 25, 2025 | AMENDED COMPLAINT against Celsius Holdings, Inc., John Fieldly, Jarrod Langhans, Toby David, filed by The Zarabi Family Trust Dated September 3, 1992. (Attachments: # 1 Exhibit A Zarabi Certification + Schedule A)(Dubin, Joshua) (Entered: 04/25/2025) |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

| Entry # | Filing Date | Description |
|---|---|---|
| 58 | May 5, 2025 | PAPERLESS Order Setting a Zoom Status Conference for 5/16/2025 at 11:00 AM before Magistrate Judge Bruce E. Reinhart. The Court will email the Zoom link to counsel listed on the docket in advance of the conference. Signed by Magistrate Judge Bruce E. Reinhart on 5/5/2025. (hk02) (Entered: 05/05/2025) |
| 59 | May 6, 2025 | Clerk's Notice of Undeliverable Mail re 58 Status Conference. Email returned for: Mary K. Blasy; maryb@csgrr.com. The Court has not located an updated address for this party. After two undeliverable notices from the Court, notices will no longer be sent to this party in this case until a correct email address is provided. PLEASE NOTE: LOCAL RULE 11.1(g) Responsibility to Maintain Current Contact Information. Each member of the Bar of the Southern District, any attorney appearing pro hac vice, and any party appearing pro se shall maintain current contact information with the Clerk of Court. Each attorney shall update contact information including e-mail address within seven (7) days of a change. See the Courts website for detailed instructions. www.flsd.uscourts.gov/updating-your-information . (per Chambers request on 5/6/2025) (jc) (Entered: 05/06/2025) |
| 60 | May 9, 2025 | WAIVER OF SERVICE Returned Executed by The Zarabi Family Trust Dated September 3, 1992. Toby David waiver sent on 4/30/2025, response/answer due 6/30/2025. (Dubin, Joshua) (Entered: 05/09/2025) |
| 61 | May 15, 2025 | NOTICE of Attorney Appearance by Scott Gardner Hawkins on behalf of Celsius Holdings, Inc.. Attorney Scott Gardner Hawkins added to party Celsius Holdings, Inc.(pty:dft). (Hawkins, Scott) (Entered: 05/15/2025) |
| 62 | May 16, 2025 | PAPERLESS Minute Entry for proceedings held before Magistrate Judge Bruce E. Reinhart: Zoom Status Conference re: procedure for consenting to Magistrate Judge jurisdiction held on 5/16/2025. Total time in court: 10 minutes. (hk02) (Entered: 05/16/2025) |
| 63 | Jun 12, 2025 | NOTICE of Attorney Appearance by Scott Gardner Hawkins on behalf of Celsius Holdings, Inc., Toby David, John Fieldly, Jarrod Langhans. Attorney Scott Gardner Hawkins added to party Toby David(pty:dft), Attorney Scott Gardner Hawkins added to party John Fieldly(pty:dft), Attorney Scott Gardner Hawkins added to party Jarrod Langhans(pty:dft). (Hawkins, Scott) (Entered: 06/12/2025) |
| 64 | Jun 13, 2025 | Defendant's MOTION TO DISMISS 57 Amended Complaint/Amended Notice of Removal FOR FAILURE TO STATE A CLAIM by Celsius Holdings, Inc., Toby David, John Fieldly, Jarrod Langhans. Responses due by 6/27/2025. (Attachments: # 1 Declaration of Elizabeth Clark, # 2 Exhibit A to Declaration, # 3 Exhibit B to Declaration, # 4 Exhibit C to Declaration, # 5 Exhibit D to Declaration, # 6 Exhibit E to Declaration, # 7 Exhibit F to Declaration, # 8 Exhibit G to Declaration, # 9 Exhibit H to Declaration, # 10 Exhibit I to Declaration, # 11 Exhibit J to Declaration, # 12 Exhibit K to Declaration, # 13 Exhibit L to Declaration, # 14 Exhibit M to Declaration, # 15 Exhibit N to Declaration, # 16 Exhibit O to Declaration)(Hawkins, Scott) (Entered: 06/13/2025) |
| 65 | Jun 13, 2025 | Defendant's Certificate of Other Affiliates/Corporate Disclosure Statement - NONE disclosed by Celsius Holdings, Inc. (Hawkins, Scott) (Entered: 06/13/2025) |
| 66 | Jun 17, 2025 | Joint MOTION for Extension of Time to File Response/Reply/Answer as to 64 Defendant's MOTION TO DISMISS 57 Amended Complaint/Amended Notice of Removal FOR FAILURE TO STATE A CLAIM JOINT MOTION FOR EXTENSION OF BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT by The Zarabi Family Trust Dated September 3, 1992. (Dubin, Joshua) |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Case 6:25-cv-01516-AGM-DCI    Document 24-19    Filed 10/17/25    Page 15 of 15 PageID
Shelby Township Police & Fire Retirement System v. Celsius Holdings, Inc. et al, Docket No. 9:24-cv-81472 (S.D
#: 711

| Entry # | Filing Date | Description |
|---|---|---|
| | | (Entered: 06/17/2025) |
| 67 | Jun 23, 2025 | PAPERLESS ORDER granting the parties' 66 Joint Motion for Extension of Time. Lead Plaintiff's response to Defendant's 64 Motion to Dismiss shall be filed by no later than August 1, 2025, and Defendant's reply in support of the motion shall be filed no later than September 5, 2025. Signed by Judge Robin L. Rosenberg (gky) (Entered: 06/23/2025) |
| 68 | Aug 1, 2025 | RESPONSE in Opposition re 64 Defendant's MOTION TO DISMISS 57 Amended Complaint/Amended Notice of Removal FOR FAILURE TO STATE A CLAIM Lead Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss filed by The Zarabi Family Trust Dated September 3, 1992. Replies due by 8/8/2025. (Dubin, Joshua) (Entered: 08/01/2025) |
| 69 | Aug 4, 2025 | CLERK'S NOTICE OF REASSIGNMENT OF CASE pursuant to Admin. Order 2025-59. Case reassigned to Judge Melissa Damian for all further proceedings. Judge Robin L. Rosenberg no longer assigned to case as presider. (jmd) (Entered: 08/04/2025) |
| 70 | Aug 7, 2025 | ORDER REFERRING MOTION TO MAGISTRATE JUDGE. Motion 64 referred to Judge Bruce E. Reinhart. Signed by Judge Melissa Damian on 8/6/2025. See attached document for full details. (kpe) (Entered: 08/07/2025) |
| 71 | Sep 5, 2025 | Defendant's REPLY in Support of Motion re 64 Defendant's MOTION TO DISMISS 57 Amended Complaint/Amended Notice of Removal FOR FAILURE TO STATE A CLAIM . filed by Celsius Holdings, Inc., Toby David, John Fieldly, Jarrod Langhans. (Hawkins, Scott) (Entered: 09/05/2025) |
| 72 | Oct 16, 2025 | Notice of Supplemental Authority re 68 Response in Opposition to Motion, by The Zarabi Family Trust Dated September 3, 1992 (Attachments: # 1 Supplement - Doller v. Hertz Global Holdings, Inc., No. 2:24-cv-513-KCD-DNF, 2025 WL 2896919 (M.D. Fla. Oct. 10, 2025)) (Dubin, Joshua) (Entered: 10/16/2025) |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service