# EXHIBIT S

**Current on Bloomberg Law as of** 2024-07-29 15:03:38

**U.S. District Court**
**Middle District of Florida (Ft. Myers)**
**CIVIL DOCKET FOR CASE #: 2:23-cv-00107-JLB-NPM**

# Sinder v. Alico, Inc. et al

| | |
|---|---|
| **Date Filed:** | Feb 17, 2023 |
| **Status:** | Closed |
| **Nature of suit:** | 850 Securities/Commodities |
| **Assigned to:** | Judge John L. Badalamenti |
| **Cause:** | 15:0078m(a) Securities Exchange Act |
| **Date terminated:** | 2023-09-06 |
| **Jurisdiction:** | Federal Question |
| **Jury demand:** | Plaintiff |
| **Referred to:** | Magistrate Judge Nicholas P. Mizell |

## Parties and Attorneys

---

| | |
|---|---|
| **Plaintiff** | **Jeffrey Sinder**<br>Individually and on Behalf of All Others Similarly Situated |

| Representation | Nathan Zipperian | Brian Calandra |
|---|---|---|
| | *Miller Shah LLP* | *Pomerantz LLP* |
| | 2103 N. Commerce Parkway | 600 Third Avenue, 20th Floor |
| | Fort Lauderdale, FL 33326 | New York, NY 10016 |
| | (866) 540-5505 | (646) 581-9958 |
| | Fax: (866) 300-7367 | TERMINATED: 05/16/2023 |
| | nczipperian@millershah.com | PRO HAC VICE |
| | LEAD ATTORNEY | ATTORNEY TO BE NOTICED |
| | ATTORNEY TO BE NOTICED | |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

| | | |
|---|---|---|
| | **Joseph Alexander Hood , II**<br>*Pomerantz*<br>600 THIRD AVE, Floor 20<br>New York, NY 10016<br>(212) 661-1100<br>ahood@pomlaw.com<br>Pomerantz LLP<br>PRO HAC VICE<br>ATTORNEY TO BE NOTICED | **Jayne Arnold Goldstein**<br>*Miller Shah LLP*<br>2103 N. Commerce Parkway<br>Ft. Lauderdale, FL 33326<br>(954) 903-3170<br>Fax: (866) 300-7367<br>jagoldstein@millershah.com<br>ATTORNEY TO BE NOTICED |
| **Plaintiff** | **Matthew J. Morahan** | |
| **Representation** | **Jayne Arnold Goldstein**<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED | **Joseph Alexander Hood , II**<br>(See above for address)<br>LEAD ATTORNEY<br>PRO HAC VICE<br>ATTORNEY TO BE NOTICED |
| | **Nathan Zipperian**<br>(See above for address)<br>ATTORNEY TO BE NOTICED | |
| **Defendant** | **Alico, Inc.** | |
| **Representation** | **Jason C. Hegt**<br>*Latham & Watkins LLP*<br>1271 Avenue of the Americas<br>New York, NY 10020<br>(212) 906-1200<br>Fax: (212) 751-4864<br>jason.hegt@lw.com<br>ATTORNEY TO BE NOTICED | **Jeff G. Hammel**<br>*Latham & Watkins LLP*<br>1271 Avenue of the Americas<br>New York, NY 10020<br>(212) 906-1200<br>Fax: (212) 751-4864<br>jeff.hammel@lw.com<br>PRO HAC VICE<br>ATTORNEY TO BE NOTICED |
| | **John D. Goldsmith**<br>*Trenam, Kemker, Scharf, Barkin,*<br>*Frye, O'Neill & Mullis,*<br>Suite 2700 | |



© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

101 E Kennedy Blvd
Tampa, FL 33602
(813) 223-7474
Fax: (813) 229-6553
jgoldsmith@trenam.com
ATTORNEY TO BE NOTICED

---

**Defendant**                 **John E Kiernan**

  **Representation**          **Jason C. Hegt**                    **Jeff G. Hammel**
    (See above for address)              (See above for address)
    ATTORNEY TO BE NOTICED               PRO HAC VICE
                                         ATTORNEY TO BE NOTICED

    **John D. Goldsmith**
    (See above for address)
    ATTORNEY TO BE NOTICED

---

**Defendant**                 **Perry Del Vecchio**

  **Representation**          **Jason C. Hegt**                    **Jeff G. Hammel**
    (See above for address)              (See above for address)
    ATTORNEY TO BE NOTICED               PRO HAC VICE
                                         ATTORNEY TO BE NOTICED

    **John D. Goldsmith**
    (See above for address)
    ATTORNEY TO BE NOTICED

---

**Defendant**                 **Richard Rallo**

  **Representation**          **Jason C. Hegt**                    **Jeff G. Hammel**
    (See above for address)              (See above for address)
    ATTORNEY TO BE NOTICED               PRO HAC VICE
                                         ATTORNEY TO BE NOTICED

    **John D. Goldsmith**
    (See above for address)

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Sinder v. Alico, Inc. et al, Docket No. 2:23-cv-00107 (M.D. Fla. Feb 17, 2023), Court Docket

ATTORNEY TO BE NOTICED

# Docket Entries

Numbers shown are court assigned numbers.

| Entry # | Filing Date | Description |
|---|---|---|
| 1 | Feb 17, 2023 | COMPLAINT against Alico, Inc., Perry Del Vecchio, John E Kiernan, Richard Rallo with Jury Demand (Filing fee $402 receipt number AFLMDC-20525057) filed by Jeffrey Sinder. (Attachments: # 1 Civil Cover Sheet, # 2 Certification, # 3 Schedule A, # 4 Proposed Summons to Alico, Inc., # 5 Proposed Summons to John E. Kiernan, # 6 Proposed Summons to Perry Del Vecchio, # 7 Proposed Summons to Richard Rallo)(Goldstein, Jayne) (Entered: 02/17/2023) |
| 2 | Feb 17, 2023 | NEW CASE ASSIGNED to Judge John L. Badalamenti and Magistrate Judge Nicholas P. Mizell. New case number: 2:23-cv-0107-JLB-NPM. (SJB) (Entered: 02/17/2023) |
| 3 | Feb 22, 2023 | CIVIL Action Order Signed by All Divisional Judges on 2/22/2023. (JK) (Entered: 02/22/2023) |
| 4 | Feb 22, 2023 | SUMMONS issued as to Alico, Inc., Perry Del Vecchio, John E Kiernan, Richard Rallo. (JK) (Entered: 02/22/2023) |
| 5 | Apr 11, 2023 | Unopposed MOTION for J. Alexander Hood II to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-20712610 for $150 by Jeffrey Sinder. (Goldstein, Jayne) Motions referred to Magistrate Judge Nicholas P. Mizell. (Entered: 04/11/2023) |
| 6 | Apr 12, 2023 | ORDER granting 5 unopposed motion for special admission of attorney Hood. See order for details. Signed by Magistrate Judge Nicholas P. Mizell on 4/12/2023. (BB) (Entered: 04/12/2023) |
| 7 | Apr 18, 2023 | MOTION to Appoint Counsel and Lead Plaintiff by Matthew J. Morahan. (Attachments: # 1 Text of Proposed Order)(Goldstein, Jayne) Motions referred to Magistrate Judge Nicholas P. Mizell. (Entered: 04/18/2023) |
| 8 | Apr 18, 2023 | DECLARATION of Jayne A. Goldstein re 7 MOTION to Appoint Counsel and Lead Plaintiff by Matthew J. Morahan. (Attachments: # 1 Exhibit A - Damages Analysis, # 2 Exhibit B - Press Release, # 3 Exhibit C - Certification, # 4 Exhibit D - Movant Declaration, # 5 Exhibit E - Pomerantz Resume, # 6 Exhibit F - Miller Shah Resume)(Goldstein, Jayne) (Entered: 04/18/2023) |
| 9 | Apr 19, 2023 | STIPULATION and Proposed Order by Jeffrey Sinder. (Goldstein, Jayne) Modified text on 4/20/2023 (JK). Modified on 6/29/2023 (BB). (Entered: 04/19/2023) |
| 10 | Apr 26, 2023 | NOTICE of Appearance by John D. Goldsmith on behalf of Alico, Inc., Perry Del Vecchio, John E Kiernan, Richard Rallo (Goldsmith, John) (Entered: 04/26/2023) |
| 11 | Apr 27, 2023 | NOTICE of hearing: Preliminary Pretrial Conference set for 6/27/2023 at 10:15 AM before Magistrate Judge Nicholas P. Mizell. Parties shall file a Case Management Report by 6/12/2023. All parties shall appear telephonically. The toll-free teleconference number is 1-877-873-8018. The access code is 5997085. You will then |

**Bloomberg Law**®

Sinder v. Alico, Inc. et al, Docket No. 2:23-cv-00107 (M.D. Fla. Feb 17, 2023), Court Docket

| Entry # | Filing Date | Description |
|---------|-------------|-------------|
| | | be prompted to enter a participant security code: 23107. All parties are encouraged to utilize a landline or similarly stable connection free of ambient interference to avoid having any portion of the conference conducted without them. (WRW) (Entered: 04/27/2023) |
| 12 | Apr 27, 2023 | MOTION for Jeff G. Hammel to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-20772508 for $150 by All Defendants. (Attachments: # 1 Exhibit NY Cert of Good Standing)(Goldsmith, John) Motions referred to Magistrate Judge Nicholas P. Mizell. (Entered: 04/27/2023) |
| 13 | Apr 27, 2023 | MOTION for Jason C. Hegt to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-20772536 for $150 by All Defendants. (Attachments: # 1 Exhibit NY Cert of Good Standing)(Goldsmith, John) Motions referred to Magistrate Judge Nicholas P. Mizell. (Entered: 04/27/2023) |
| 14 | May 1, 2023 | ORDER granting 12 and 13 motions for special admission of attorneys Hammel and Hegt. See order for details. Signed by Magistrate Judge Nicholas P. Mizell on 5/1/2023. (BB) (Entered: 05/01/2023) |
| 15 | May 1, 2023 | Unopposed MOTION for Brian Calandra to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-20782426 for $150 by Jeffrey Sinder. (Goldstein, Jayne) Motions referred to Magistrate Judge Nicholas P. Mizell. (Entered: 05/01/2023) |
| 16 | May 2, 2023 | NOTICE of Appearance by Nathan Zipperian on behalf of Jeffrey Sinder (Zipperian, Nathan) (Entered: 05/02/2023) |
| 17 | May 3, 2023 | ORDER denying without prejudice 15 motion for special admission of attorney Calandra. See order for details. Signed by Magistrate Judge Nicholas P. Mizell on 5/3/2023. (BB) (Entered: 05/03/2023) |
| 18 | May 10, 2023 | NOTICE of Non-Opposition by Matthew J. Morahan re 7 MOTION to Appoint Counsel and Lead Plaintiff (Goldstein, Jayne) Modified text on 5/11/2023 (JK). (Entered: 05/10/2023) |
| 19 | May 18, 2023 | CERTIFICATE of interested persons and corporate disclosure statement re 3 Civil Action Order by Alico, Inc. (Hegt, Jason) Modified text on 5/19/2023 (JK). (Entered: 05/18/2023) |
| 20 | May 18, 2023 | Consent MOTION to Continue Sine Die Case Management Report Deadline and Preliminary Pretrial Conference by Alico, Inc., Perry Del Vecchio, John E Kiernan, Richard Rallo. (Hegt, Jason) Motions referred to Magistrate Judge Nicholas P. Mizell. (Entered: 05/18/2023) |
| 21 | Jun 12, 2023 | CASE MANAGEMENT REPORT. (Hegt, Jason) (Entered: 06/12/2023) |
| 22 | Jun 14, 2023 | NOTICE OF RESCHEDULING HEARING: The Preliminary Pretrial Conference scheduled for 6/27/2023 is rescheduled. New scheduling date and time: Preliminary Pretrial Conference set for 6/28/2023 at 10:15 AM before Magistrate Judge Nicholas P. Mizell. All parties shall appear telephonically. The toll-free teleconference number is 1-877-873-8018. The access code is 5997085. You will then be prompted to enter a participant security code: 23107. All parties are encouraged to utilize a landline or similarly stable connection free of ambient interference to avoid having any portion of the conference conducted without them.(WRW) (Entered: 06/14/2023) |
| 23 | Jun 28, 2023 | NOTICE of a related action per Local Rule 1.07(c) by Alico, Inc., Perry Del Vecchio, |

Sinder v. Alico, Inc. et al, Docket No. 2:23-cv-00107 (M.D. Fla. Feb 17, 2023), Court Docket

| Entry # | Filing Date | Description |
|---|---|---|
| | | John E Kiernan, Richard Rallo. Related case(s): No (Hegt, Jason) (Entered: 06/28/2023) |
| 24 | Jun 28, 2023 | CERTIFICATE of interested persons and corporate disclosure statement by Perry Del Vecchio, John E Kiernan, Richard Rallo. (Hegt, Jason) (Entered: 06/28/2023) |
| 25 | Jun 29, 2023 | ENDORSED ORDER granting 9 construed request for more time to respond and 20 joint motion to continue the Rule 16 conference and related deadlines. The defendants are relieved of their obligation to respond until a court-appointed lead plaintiff files an amended complaint. Should the defendants answer the amended complaint, or once any motion to dismiss is resolved, the court will require a case management report and hold a Rule 16 conference. Signed by Magistrate Judge Nicholas P. Mizell on 6/29/2023. (BB) (Entered: 06/29/2023) |
| 26 | Jun 29, 2023 | ORDER granting 7 motion to appoint lead plaintiff and lead counsel. Morahan must file his amended complaint by August 28, 2023, and the defendants must respond to the amended complaint within 60 days. See order for details. Signed by Magistrate Judge Nicholas P. Mizell on 6/29/2023. (BB) (Entered: 06/29/2023) |
| 27 | Jun 29, 2023 | Minute Entry. Telephonic Proceedings held before Magistrate Judge Nicholas P. Mizell: PRELIMINARY PRETRIAL CONFERENCE held on 6/28/2023. (DIGITAL) (WRW) (Entered: 06/29/2023) |
| | Jun 29, 2023 | Set deadlines: Amended Complaint due by 8/28/2023 (KNC) (Entered: 06/29/2023) |
| 28 | Jun 29, 2023 | CERTIFICATE of interested persons and corporate disclosure statement by Matthew J. Morahan. (Zipperian, Nathan) (Entered: 06/29/2023) |
| 29 | Aug 28, 2023 | NOTICE of voluntary dismissal by Jeffrey Sinder (Goldstein, Jayne) (Entered: 08/28/2023) |
| 30 | Sep 6, 2023 | TEXT ORDER. Lead Plaintiff Matthew Morahan filed a Notice of Voluntary Dismissal. (Doc. 29). The Notice is self-executing. See Fed. R. Civ. P. 41(a)(1)(A)(i); Matthews v. Gaither, 902 F.2d 877, 880 (11th Cir. 1990). Accordingly, the Clerk of Court is DIRECTED to terminate any pending deadlines and motions and close the file. Signed by Judge John L. Badalamenti on 9/6/2023. (WJF) (Entered: 09/06/2023) |

© 2025 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service