**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| CHARLES J. O'CONNOR, JR. and JUDY A. O'CONNOR, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CTO REALTY GROWTH, INC., JOHN P. ALBRIGHT, MATTHEW M. PARTRIDGE, LISA M. VORAKOUN, and PHILIP R. MAYS, <br><br> Defendants. | **Case No. 6:25-cv-01516-WWB-DCI** <br><br> **STIPULATION APPOINTING CO-LEAD PLAINTIFFS AND APPROVING SELECTION OF CO-LEAD COUNSEL** <br><br> <u>CLASS ACTION</u> |

Lead Plaintiff Movants Charles J. O'Connor, Jr. and Judy A. O'Connor (the "O'Connors") and Steven Sramowicz ("Sramowicz"), by and through their undersigned counsel, hereby stipulate as follows in support of their request for appointment as Co-Lead Plaintiffs and approval of their selection of Co-Lead Counsel:

WHEREAS, the above-captioned action has been filed against CTO Realty Growth, Inc. ("CTO" or the "Company"), and certain of its current and former executives, alleging fraud claims under the Securities Exchange Act of 1934;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i), on August 8, 2025, after the filing of this action, a notice was published over a national wire service, duly advising putative class members of this action and informing them of their right to seek appointment as lead plaintiff within 60 days (*see* Dkt. Nos. 12-3 and 13-2);

WHEREAS, on October 7, 2025, two sets of movants filed timely, separate motions seeking appointment as Lead Plaintiff or Co-Lead Plaintiffs and approval of their respective selections of Lead Counsel pursuant to the PSLRA: (i) the O'Connors (Dkt. No. 12); and (ii) Sramowicz (Dkt. No. 13);

WHEREAS, the PSLRA provides, among other things, that the most adequate plaintiff to serve as Lead Plaintiff is, in the determination of the Court, the "person or group of persons" that has the largest financial interest in the relief sought by the class and otherwise satisfies the relevant requirements of Rule 23 of the Federal Rules of Civil Procedure ("Rule 23") (15 U.S.C. § 78u-4(a)(3)(B)(iii));

1

WHEREAS, the PSLRA provides that, subject to the approval of the Court, the most adequate plaintiff will select and retain counsel to represent the class (15 U.S.C. § 78u-4(a)(3)(B)(v));

WHEREAS, the O'Connors and Sramowicz have provided sworn Certifications pursuant to the PSLRA in support of their respective applications for lead plaintiff appointment, setting forth, among other things, their transactions in CTO securities (Dkt. Nos. 12-4 and 13-3);

WHEREAS, the O'Connors and Sramowicz, each having alleged significant losses in connection with the fraud alleged in the above-captioned action, both have significant financial interests in the outcome of this litigation;

WHEREAS, the O'Connors and Sramowicz are also each qualified to serve as Co-Lead Plaintiffs in this case given, among other things, their interest in aggressively pursuing the claims in this action and their willingness to discharge the obligations of class representatives in this action as described in the memoranda of law submitted in support of the O'Connors' and Sramowicz's respective motions (*see* Dkt. Nos. 12 and 13);

WHEREAS, having reviewed one another's submissions to the Court, the O'Connors and Sramowicz believe that they each satisfy the typicality and adequacy requirements of Rule 23;

WHEREAS, the O'Connors and Sramowicz believe that, rather than continue to litigate their competing motions, it is in the best interest of the Class to amicably resolve the motions and pool their resources to effectively and efficiently prosecute this action

(*see* Joint Declaration of Lead Plaintiff Movants Charles J. O'Connor, Jr., Judy A. O'Connor, and Steven Sramowicz, filed herewith);

WHEREAS, having reviewed one another's submissions to the Court, the O'Connors and Sramowicz believe that it is in the best interests of the Class for the O'Connors and Sramowicz to serve as Co-Lead Plaintiffs and for their respective selections of Pomerantz LLP ("Pomerantz") and The Rosen Law Firm, P.A. ("Rosen") to serve as Co-Lead Counsel (*see id.*);

WHEREAS, the O'Connors and Sramowicz are committed to supervising the conduct of this litigation by their counsel and to ensuring that counsel coordinate appropriately, prosecute this action efficiently, and avoid any duplication of effort in the conduct of the litigation (*see id.*);

WHEREAS, courts, including in this District, have endorsed stipulations among competing lead plaintiff movants, like here, as promoting the statutory purposes of the PSLRA, and have permitted "independent lead plaintiff movants [to] join together to help ensure that adequate resources and experience are available to the prospective class in the prosecution of th[e] action and because [e]mploying a co-lead plaintiff structure . . . will also provide the proposed class with the substantial benefits of joint decision-making." *In re Rockwell Med., Inc. Sec. Litig.*, No. 1:16-cv-01691-RJS, Dkt. No. 18 at 2-3 (S.D.N.Y. May 20, 2016) (internal quotation marks omitted) (citing *Pirelli Armstrong Tire Corp. Retiree Med. Benefits Tr. v. LaBranche & Co.*, 229 F.R.D. 395, 420 (S.D.N.Y. 2004)); *see also Edge v. Tupperware Brands Corporation et al.*, No. 6:22-cv-01518-RBD-LHP (M.D. Fla.), Dkt. No. 29 (approving stipulation of competing lead plaintiff movants to serve as co-lead plaintiffs and approving their selection of co-lead counsel);

3

*Ortiz v. Canopy Growth Corporation et al.,* No. 2:19-cv-20543 (D.N.J.) ("Ortiz"), Dkt. No. 27 (same); *Deputy v. Akebia Therapeutics, Inc. et al.*, No. 1:22-cv-01411-AMD-VMS (E.D.N.Y.), ECF Order on June 28, 2022 (same); *In re Grab Holdings Ltd. Sec. Litig.*, No. 1:22-cv-02189-VM (S.D.N.Y.), Dkt. No. 39 (same); *In re Altimmune, Inc. Sec. Litig.*, No. 8:24-cv-01315-ABA (D. Md.), Dkt. No. 22 (same); *Pizzuto v. Homology Meds., Inc.*, No. 2:22-cv-01968-FLA-JPR (C.D. Cal.), Dkt. No. 38 (same); *Maurer v. Argos Therapeutics Inc., et al.*, No. 1:17-cv-00216-TDS-LPA (M.D.N.C.), Dkt. No. 26 (same); *In re Facebook, Inc. Sec. Litig.*, No. 5:18-cv-01725-EJD, Dkt. No. 56 at 2-3 (N.D. Cal. Aug. 3, 2018) (approving stipulation of lead plaintiff movants where movants "concluded that a protracted dispute concerning lead plaintiff appointment . . . [was] not in the best interests of the class and that jointly prosecuting [the] litigation would be appropriate and assist with the speedy commencement of [the] litigation"); *In re Millennial Media, Inc. Sec. Litig.*, 87 F.Supp.3d 563, 570 (S.D.N.Y. 2015) ("A co-lead plaintiff structure best protects the interests of the class . . . and gives the class the advantages of the combined knowledge, experience, and judgment of both lead plaintiffs." (collecting cases)); and

WHEREAS, Pomerantz and Rosen have successfully prosecuted similar securities class actions under the PSLRA as Co-Lead Counsel. *See, e.g., Chan, et al., v. New Oriental Education & Technology Group Inc., et al.*, No. 2:16-cv-09279-KSH-CLW (D.N.J.); *Ortiz; Vataj v. Johnson, et al.*, No. 4:19-cv-06996-HSG (N.D. Cal.); *In re Blue Apron Holdings, Inc. Securities Litigation*, No. 17-cv-04846-NGG-PK (E.D.N.Y.); *Pirnik v. Fiat Chrysler Automobiles N.V. et al.*, No. 1:15-cv-07199-JMF (S.D.N.Y.); *Whiteley, et al. v. Zynerba Pharmaceuticals, Inc., et al.*, No. 2:19-cv-04959-NIQA (E.D.

4

Pa.); *Thomas, et al., v. MagnaChip Semiconductor Corp., et al.*, No. 3:14-CV-01160-JST (N.D. Cal.); *Thorpe, et al., v. Walter Investment Management Corp.*, No. 1:14-cv-20880-UU (S.D. Fla.).

**IT IS HEREBY STIPULATED AND AGREED THAT**, subject to the Court's approval, as follows:

1.    The O'Connors' (Dkt. No. 12) and Sramowicz's (Dkt. No. 13) lead plaintiff motions are granted, and the O'Connors and Sramowicz are hereby appointed Co-Lead Plaintiffs in the above-captioned action and any subsequently filed or transferred actions that are consolidated with this action, pursuant to 15 U.S.C. § 78u-4(a)(3)(B);

2.    Co-Lead Plaintiffs' selections of Pomerantz and Rosen as Co-Lead Counsel are hereby approved.

Dated: October 21, 2025             Respectfully submitted,

**MILLER SHAH LLP**

*/s/ Nathan C. Zipperian*
Nathan C. Zipperian
Jayne A. Goldstein
2103 N. Commerce Parkway
Fort Lauderdale, Florida 33326
Telephone: (954) 515-0123
Facsimile: (866) 300-7367
nczipperian@millershah.com
jagoldstein@millershah.com

*Counsel for Charles J. O'Connor, Jr. and Judy A. O'Connor and Proposed Liaison Counsel for Co-Lead Plaintiffs and the Class*

5

**POMERANTZ LLP**
Jeremy A. Lieberman (Lead Counsel)
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(*pro hac vice application* forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Charles J. O'Connor, Jr. and Judy A. O'Connor and Proposed Co-Lead Counsel for Co-Lead Plaintiffs and the Class*

**THE ROSEN LAW FIRM, P.A.**

*/s/Laurence M. Rosen*
Laurence M. Rosen
Fla. Bar No. 0182877
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
lrosen@rosenlegal.com

*Counsel for Steven Sramowicz and Proposed Co-Lead Counsel for Co-Lead Plaintiffs and the Class*

6

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Nathan C. Zipperian*
Nathan C. Zipperian

7